AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Humane Society of the United States,
2100 L Street, N.W.  20039
Washington, D.C.
Will Anderson
2122 8th Avenue North, #201
Seattle, WA 98109
And
Sharon Young
22 Washburn Street
Sagamore Beach, MA 02562

                          Plaintiffs,

                  V.

The Department of Commerce,
Carlos M. Gutierrez,
Conrad C. Lautenbacher, Jr.,
The National Oceanic and Atmospheric Administration,
William T. Hogarth,
and the National Marine Fisheries Service

                        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01392

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/12/2005

TO:  Alberto Gonzales
     United States Attorney General
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Barrett
Sara K. Orr
Latham & Watkins
555 Eleventh Street, NW  Suite 1000
Washington, DC 20004-1304

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    **JUL 12 2005**
CLERK                                               DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States, et al.

vs.

The Department of Commerce, et al.

No. 1:05CV01392 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:30 pm on July 19, 2005, I served Alberto Gonzales, United States Attorney General at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Donna Dantzler, Accountable Mail Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    30
HEIGHT-    5'7"
  HAIR-    BLACK
WEIGHT-    150
 COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on _____
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155499

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Humane Society of the United States,
2100 L Street, N.W.  20039
Washington, D.C.
Will Anderson
2122 8th Avenue North, #201
Seattle, WA 98109
And
Sharon young
22 Washburn Street
Sagamore Beach, MA 02562

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

V.

The Department of Commerce,
Carlos M. Gutierrez,
Conrad C. Lautenbacher, Jr.,
The National Oceanic and Atmospheric Administration,
William T. Hogarth,
and the National Marine Fisheries Service

Defendants.

CASE NUMBER  1:05CV01392

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/13/2005

TO:   Carlos M. Gutierrez
      Secretary of the United States Departarment of Commerce
      14th & Constitution Avenue, NW
      Washington, DC 20230

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Barrett
Sara K. Orr
Latham & Watkins
555 Eleventh Street, NW  Suite 1000
Washington, DC 20004-1304

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       JUL 1 2 2005
CLERK                            DATE

_Janette Stewart-Burel_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States, et al.

vs.

The Department of Commerce, et al.

No. 1:05CV01392 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:50 pm on July 19, 2005, I served Carlos M. Gutierrez, Secretary of the United States Department of Commerce at 14th & Constitution Avenue, NW, Washington, DC 20230 by serving Angela Henson, Paralegal, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    45
HEIGHT-    5'8"
  HAIR-    BROWN
WEIGHT-    160
 COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 0 /-20-05
            Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155501

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Humane Society of the United States,
2100 L Street, N.W. 20039
Washington, D.C.
Will Anderson
2122 8th Avenue North, #201
Seattle, WA 98109
And
Sharon young
22 Washburn Street
Sagamore Beach, MA 02562

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

v.

The Department of Commerce,
Carlos M. Gutierrez,
Conrad C. Lautenbacher, Jr.,
The National Oceanic and Atmospheric Administration,
William T. Hogarth,
and the National Marine Fisheries Service

Defendants.

CASE NUMBER 1:05CV01392

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/13/2005

TO: Conrad C. Lautenbacher, Jr.
Administrator, National Oceanic and Atmospheric Administration
14th & Constitution Avenue, NW
Washington, DC 20230

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Barrett
Sara K. Orr
Latham & Watkins
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUL 1 2 2005
_____  _____
CLERK                               DATE

_Janette Stewart-Clark_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States, et al.

vs.

The Department of Commerce, et al.

No. 1:05CV01392 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 02-09-1958.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:14 pm on July 19, 2005, I served Conrad C. Lautenbacher, Jr., Administrator at National Oceanic and Atmospheric Administration, 14th & Constitution Avenue, NW, Washington, DC 20230 by serving Patricia Simms, Executive Assistant, authorized to accept.  Described herein:

    SEX-    FEMALE
    AGE-    40
 HEIGHT-   5'6"
   HAIR-   BROWN
 WEIGHT-   125
  COLOR-   BLACK

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on    07-20-05
                Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155503

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Humane Society of the United States,
2100 L Street, N.W.  20039
Washington, D.C.
Will Anderson
2122 8th Avenue North, #201
Seattle, WA 98109
And
Sharon young
22 Washburn Street
Sagamore Beach, MA 02562

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

v.

The Department of Commerce,
Carlos M. Gutierrez,
Conrad C. Lautenbacher, Jr.,
The National Oceanic and Atmospheric Administration,
William T. Hogarth,
and the National Marine Fisheries Service

CASE NUMBER  1:05CV01392

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/12/2005

Defendants.

TO:   William T. Hogarth
      Assistant Administrator, National Marine Fisheries Service
      1315 East-West Highway
      Silver Spring, MD 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Barrett
Sara K. Orr
Latham & Watkins
555 Eleventh Street, NW  Suite 1000
Washington, DC 20004-1304

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JUL 1 2 2005
CLERK                                 DATE

_/s/ Janette Stewart-Curet_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States, et al.

vs.

The Department of Commerce, et al.

No. 1:05CV01392 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 12-18-1965.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:35 pm on July 20, 2005, I served William T. Hogarth, Assistant Administrator at National Marine Fisheries Service, 1315 East-West Highway, Silver Spring, Maryland 20910 by serving Gloria Thompson, Special Assistant to the Assistant Administrator, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     44
HEIGHT-  5'6"
HAIR-    BROWN
WEIGHT-  135
COLOR-   WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on _____
            Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155502

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Humane Society of the United States,
2100 L Street, N.W. 20039
Washington, D.C.
Will Anderson
2122 8th Avenue North, #201
Seattle, WA 98109
And
Sharon young
22 Washburn Street
Sagamore Beach, MA 02562

         Plaintiffs,

         V.

The Department of Commerce,
Carlos M. Gutierrez,
Conrad C. Lautenbacher, Jr.,
The National Oceanic and Atmospheric Administration,
William T. Hogarth,
and the National Marine Fisheries Service

         Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01392

JUDGE: Ellen Segal Huvelle

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/13/2005

TO:  Civil Process Clerk
     United States Attorney's Office
     for the District of Columbia
     555 4th Street, NW
     Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     James R. Barrett
     Sara K. Orr
     Latham & Watkins
     555 Eleventh Street, NW  Suite 1000
     Washington, DC 20004-1304

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**         **JUL 1 2 2005**

CLERK                                                DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Humane Society of the United States, et al.

vs.

The Department of Commerce, et al.

No. 1:05CV01392 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:39 am on July 19, 2005, I served United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20530 by serving Lori Cox, Legal Assistant, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    39
HEIGHT-    5'0"
  HAIR-    BLACK
WEIGHT-    100
 COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___07-20-05___
              Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155500