IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. )<br>)<br>) Plaintiffs, )<br>)<br>vs. )<br>)<br>CARLOS M. GUTIERREZ, et al., )<br>)<br>Defendants. ) | Civ. No. 05-1392 |

**JOINT PROPOSED BRIEFING SCHEDULE**

Plaintiffs the Humane Society of the United States, Will Anderson, and Sharon Young, and Defendants U.S. Department of Commerce; Carlos M. Gutierrez, Secretary, U.S. Department of Commerce; Conrad C. Lautenbacher, Jr., Administrator, National Oceanic and Atmospheric Administration ("NOAA"); William T. Hogarth, Assistant Administrator for Fisheries, NOAA; and the National Marine Fisheries Service ("NMFS") (collectively "Federal Defendants"), hereby propose the following schedule for the briefing of this matter:

| | |
|---|---|
| October 28, 2005: | Federal Defendants provide administrative record to Plaintiffs |
| November 11, 2005: | Federal Defendants file administrative record with the Court |
| November 14, 2005: | Plaintiffs' motion for summary judgment |
| December 21, 2005: | Federal Defendants' reply and cross-motion for summary judgment |
| January 6, 2006: | Plaintiffs' reply |
| January 20, 2006: | Federal Defendants' reply |

Respectfully submitted,

Dated: October 12, 2004

/s/ James R. Barrett
LATHAM & WATKINS
DAVID J. HAYES (DC Bar No. 252130)
JAMES R. BARRETT (DC Bar No. 441674)
SARA K. ORR
555 Eleventh Street, N.W.
Washington, DC 20004
Tel: (202) 637-2200

Attorneys for Plaintiffs

Dated: October 12, 2004

KELLY A. JOHNSON
Acting Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney
(DC Bar No. 469615)
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney
(DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov
Attorneys for Defendants