# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) Civ. No. 05-1392 |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| CARLOS M. GUTIERREZ, et al., | ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER

The Joint Proposed Briefing Schedule is hereby adopted by the Court, and the parties are ordered to comply therewith. The briefing schedule in this case is as follows:

| | |
|---|---|
| October 28, 2005: | Federal Defendants provide administrative record to Plaintiffs |
| November 11, 2005: | Federal Defendants file administrative record with the Court |
| November 14, 2005: | Plaintiffs' motion for summary judgment |
| December 21, 2005: | Federal Defendants' reply and cross-motion for summary judgment |
| January 6, 2006: | Plaintiffs' reply |
| January 20, 2006: | Federal Defendants' reply |

Dated: _____              _____
                                    HON. ELLEN SEGAL HUVELLE
                                    UNITED STATES DISTRICT JUDGE