### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. )<br><br>                 Plaintiffs, )<br><br>vs. )<br><br>CARLOS M. GUTIERREZ, et al., )<br><br>                 Defendants. )<br>_____ | Civ. No. 05-1392 |

### JOINT MOTION TO STAY BRIEFING SCHEDULE

Plaintiffs The Humane Society of the United States, Will Anderson, and Sharon Young, and Defendants U.S. Department of Commerce; Carlos M. Gutierrez, Secretary, U.S. Department of Commerce; Conrad C. Lautenbacher, Jr., Administrator, National Oceanic and Atmospheric Administration ("NOAA"); William T. Hogarth, Assistant Administrator for Fisheries, NOAA; and the National Marine Fisheries Service ("NMFS") (collectively "Federal Defendants"), hereby move to stay the schedule for the briefing of this matter.

Pursuant to this Court's October 13, 2005, Minute Order approving the parties' joint proposed briefing schedule (Doc. No. 7), the briefing schedule in this matter is as follows:

| | |
|---|---|
| October 28, 2005: | Federal Defendants provide administrative record to Plaintiffs |
| November 11, 2005: | Federal Defendants file administrative record with the Court |
| November 14, 2005: | Plaintiffs' motion for summary judgment |
| December 21, 2005: | Federal Defendants' reply and cross-motion for summary judgment |

January 6, 2006:		Plaintiffs' reply
January 20, 2006:		Federal Defendants' reply

In accordance with this schedule, Federal Defendants provided to Plaintiffs a copy of the proposed administrative record on October 28, 2005.  By letter dated November 8, 2005, Plaintiffs requested that Federal Defendants supplement the administrative record and provide copies of documents that appeared to be inadvertently omitted.  Federal Defendants are presently reviewing Plaintiffs' request, and intend to respond to Plaintiffs in a timely manner.  Federal Defendants anticipate filing the administrative record with the Court on or before November 30, 2005.

Thus, the parties respectfully request that the Court stay the briefing schedule in this matter to allow the parties to attempt to reach an agreement on the scope of the administrative record in order to avoid bringing this issue before the Court.  The parties will file a revised joint proposed briefing schedule with the Court as soon as possible.

Respectfully submitted,

Dated: November 9, 2005		/s/ Kimberly M. McCormick
		LATHAM & WATKINS
		DAVID J. HAYES (DC Bar No. 252130)
		JAMES R. BARRETT (DC Bar No. 441674)
		KIMBERLY M. McCORMICK
		SARA K. ORR
		555 Eleventh Street, N.W.
		Washington, DC 20004
		Tel: (202) 637-2200

		Attorneys for Plaintiffs

Dated: November 9, 2005                    KELLY A. JOHNSON
                                                                                  Acting Assistant Attorney General
                                                                                  JEAN E. WILLIAMS, Chief
                                                                                  SETH M. BARSKY, Assistant Chief
                                                                                  U.S. Department of Justice
                                                                                  Environment and Natural Resources Division
                                                                                  Wildlife and Marine Resources Section

                                                                                  <u>/s/ Kristen Byrnes Floom</u>
                                                                                  KRISTEN BYRNES FLOOM, Trial Attorney
                                                                                  (DC Bar No. 469615)
                                                                                  P.O. Box 7369
                                                                                  Washington, D.C.  20044-7369
                                                                                  Telephone: (202) 305-0210
                                                                                  Facsimile: (202) 305-0275
                                                                                  Kristen.Floom@usdoj.gov

                                                                                  GREGORY PAGE, Trial Attorney
                                                                                  (DC Bar No. 398121)
                                                                                  U.S. Department of Justice
                                                                                  Environment and Natural Resources Division
                                                                                  General Litigation Section
                                                                                  P.O. Box 663
                                                                                  Washington, D.C.  20044-0663
                                                                                  Telephone: (202) 305-0446
                                                                                  Facsimile: (202) 305-0506
                                                                                  Gregory.Page@usdoj.gov
                                                                                  Attorneys for Defendants