# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) Civ. No. 05-1392 |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CARLOS M. GUTIERREZ, et al., | ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Pursuant to the parties' Joint Motion to Stay Briefing Schedule, it is hereby ORDERED that the briefing schedule in this matter is stayed pending resolution of the Plaintiffs' request to supplement the administrative record. The parties shall file a revised joint proposed briefing schedule with the Court as soon as possible.

Dated: _____                    _____
                                          HON. ELLEN SEGAL HUVELLE
                                          UNITED STATES DISTRICT JUDGE