# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE )
UNITED STATES, et al. )
                                      )      Civ. No. 05-1392
              Plaintiffs, )
                                        )
vs. )
                                        )
CARLOS M. GUTIERREZ, et al., )
                                        )
             Defendants. )
_____

## SECOND JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's November 10, 2005 minute order, Plaintiffs The Humane Society of the United States, Will Anderson, and Sharon Young, and Defendants U.S. Department of Commerce; Carlos M. Gutierrez, Secretary, U.S. Department of Commerce; Conrad C. Lautenbacher, Jr., Administrator, National Oceanic and Atmospheric Administration ("NOAA"); William T. Hogarth, Assistant Administrator for Fisheries, NOAA; and the National Marine Fisheries Service ("NMFS") (collectively "Federal Defendants"), hereby propose the following revised schedule for briefing of this matter:

| | |
|---|---|
| December 15, 2005: | Federal Defendants file administrative record with the Court |
| January 6, 2006: | Plaintiffs file motion for summary judgment |
| January 27, 2006: | Federal Defendants file reply and cross-motion for summary judgment |
| February 17, 2006: | Plaintiffs file reply and opposition to cross-motion |
| March 10, 2006: | Federal Defendants file reply |

Respectfully submitted,

Dated: December 12, 2005                    /s/ Kimberly M. McCormick
                                            LATHAM & WATKINS
                                            DAVID J. HAYES (DC Bar No. 252130)
                                            JAMES R. BARRETT (DC Bar No. 441674)
                                            KIMBERLY M. McCORMICK
                                            SARA K. ORR
                                            555 Eleventh Street, N.W.
                                            Washington, DC 20004
                                            Tel: (202) 637-2200

                                            Attorneys for Plaintiffs

                                            SUE ELLEN WOOLDRIDGE
                                            Assistant Attorney General
                                            JEAN E. WILLIAMS, Chief
                                            SETH M. BARSKY, Assistant Chief
                                            U.S. Department of Justice
                                            Environment and Natural Resources Division
                                            Wildlife and Marine Resources Section

Dated: December 12, 2005                    /s/ Kristen Byrnes Floom
                                            KRISTEN BYRNES FLOOM, Trial Attorney
                                            (DC Bar No. 469615)
                                            P.O. Box 7369
                                            Washington, D.C.  20044-7369
                                            Telephone: (202) 305-0210
                                            Facsimile: (202) 305-0275
                                            Kristen.Floom@usdoj.gov

                                            GREGORY PAGE, Trial Attorney
                                            (DC Bar No. 398121)
                                            U.S. Department of Justice
                                            Environment and Natural Resources Division
                                            General Litigation Section
                                            P.O. Box 663
                                            Washington, D.C.  20044-0663
                                            Telephone: (202) 305-0446
                                            Facsimile: (202) 305-0506
                                            Gregory.Page@usdoj.gov

                                            Attorneys for Defendants