## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. )<br>)<br>) Civ. No. 05-1392<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CARLOS M. GUTIERREZ, et al., )<br>)<br>Defendants. )<br>_____ | |

### FEDERAL DEFENDANTS' NOTICE OF FILING
### ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that the Federal Defendants are hereby filing the Administrative Record for the captioned matter. Attached hereto as Exhibit 1 is the certification of James H. Lecky, Director, Office of Protected Resources, National Marine Fisheries Service ("NMFS"), National Oceanic and Atmospheric Administration, United States Department of Commerce. Attached hereto as Exhibit 2 is the Index to the Administrative Record. Federal Defendants note that no documents have been withheld from the Administrative Record on the basis of privilege.

Dated: December 15, 2005          Respectfully submitted,

                                                     SUE ELLEN WOOLDRIDGE
                                                   Assistant Attorney General
                                                   JEAN E. WILLIAMS, Chief
                                                   SETH M. BARSKY, Assistant Chief
                                                   U.S. Department of Justice
                                                   Environment and Natural Resources Division
                                                   Wildlife and Marine Resources Section

   /s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney
(DC Bar No. 469615)
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney
(DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

Attorneys for Federal Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Federal Defendants' Administrative Record was served on this 15th day of December, 2005, via Federal Express delivery to:

James R. Barrett
Sara K. Orr
Latham & Watkins
555 Eleventh Street, NW
Washington, DC 20004-1304


                    /s/ Kristen Byrnes Floom