## U. S. DEPARTMENT OF COMMERCE

FORM CD-64
(REV. 1-29-71)
PRESCRIBED BY
DAO 201-17

Washington, _____ , _____

I HEREBY CERTIFY that the annexed is a true copy of <u>the index comprising the documents that constitute the administrative record for the issuance of permits 881 – 1668; 358 – 1769; 782 – 1768; 715 – 1784; 434 – 1669; 1010 – 1641; and permits 1034 – 1773 and 800 – 1664, which are still pending.</u>

on file in the <u>Office of Protected Resources, National Marine Fisheries Service</u>

_____
Director, Protected Resources
(Official title)

I HEREBY CERTIFY that <u>James H. Lecky</u>

who signed the foregoing certificate, is now, and was at the time of signing, <u>Director,</u>
<u>Office of Protected Resources</u>

and that full faith and credit should be given his certificate as such.

IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this _15th_ day of _December_ , two thousand _five_.

For the SECRETARY OF COMMERCE:

_William T. Hogarth_
Certifying Officer

USCOMM-DC 1359-P71