## Index for Steller Sea Lion Permits Administrative Record

**A.     File No. 881-1668; Alaska SeaLife Center**

2002 Permit

1. March 7, 2002          Letter from D. Calkins to Chief, Permits Division transmitting Application for a Permit for Scientific Research to enhance survival or recovery of a stock under the Marine Mammal Protection Act and the Endangered Species Act (File No. 881-1668)

2. March 15, 2002    Email from T. Adams to D Calkins re: receipt of your application for a permit

3. April 24, 2002          Email from D. Calkins to T. Adams re: receipt of your application for a permit

4. April 26, 2002          Email from T. Adams to J. Drevenak re: application file no. 881-1668 (ASLC)

5. June 11, 2002          Email from G. Nitta to T. Spradlin et al. re: [Fwd: Info re ASLC MMPA permit application] with attached "TMMC App 5.pdf"

6. June 11, 2002          Letter from T. Schrock to G. Nitta

7. June 27, 2002          Federal Register Notice (67 FR 43283) Receipt of applications to amend permits, receipt of applications for scientific research permits, and availability of Environmental Assessment

8. June 28, 2002          Email from T. Adams to B. Kohn re: please review applications for permit

9. June 28, 2002          Email from T. Adams to M. Payne et al. re: please review application for permit (File No. 881-1668)

10. July 2, 2002          Letter from E. Nitta to C. Gipson (request for review of scientific research permit application File No. 881-1668)

11. July 29, 2002          Fax from L. Rea to T. Adams transmitting memo dated July 25, 2002 re: requested reviews of permit applications received from Dr. Randall Davis, Dr. Glenn VanBlaricom, and the Alaska SeaLife Center

12. August 15, 2002   Letter from B. Kohn to G. Nitta (re: APHIS comments on File No. 881-1668)

13. August 21, 2002   Email from T. Adams to D. Calkins re: additional comments on application file #881-668

14. September 9, 2002          Letter from T. Schrock to D. Knowles transmitting ASLC's responses to public comments

15. November 12, 2002          Memo from E. Nitta to D. Knowles re: Report on the Applications for Scientific Research Permits and Amendments to Scientific Research Permits to take Steller sea lions [Permit Numbers 358- and 782-1532; File Numbers 1016-1651, 1010-1641, 800-1664, 881-1668, and 434-1669]: Recommendation for Issuance

16. November 12, 2002          Memo from E. Nitta to D. Knowles re: Report on the Applications for Scientific Research Permits and Amendments to Scientific Research Permits to take Steller sea lions [Permit Numbers 358- and 782-1532; File Numbers 1016-1651, 1010-1641, 800-1664, 881-1668, and 434-1669]: COMMENTS

17. November 12, 2002          Letter from E. Nitta to T. Schrock transmitting Permit No. 881-1668-00

18. November 13, 2002       Fax from A. Steeves to T. Adams transmitting signature page for Permit No. 881-1668-00

19. November 21, 2002       Letter from P. Tuomi to D. Calkins re: IACUC approval for Protocol No. 02-017, with attached Protocol

20. November 21, 2002       Letter from P. Tuomi to D. Calkins re: IACUC approval for Protocol No. 02-015, with attached Protocol

21. November 21, 2002       Letter from P. Tuomi to S. Atkinson re: IACUC approval for Protocol No. 02-018, with attached Protocol

22. November 21, 2002       Letter from P. Tuomi to J. Mellish re: IACUC approval for Protocol No. 02-019, with attached Protocol

23. November 21, 2002       Letter from P. Tuomi to L. Rea re: IACUC approval for Protocol No. 02-020, with attached Protocol

24. November 21, 2002       Letter from P. Tuomi to L. Mazzaro re: IACUC approval for Protocol No. 02-021, with attached Protocol

25. November 21, 2002       Letter from P. Tuomi to J. Wise re: IACUC approval for Protocol No. 02-022, with attached Protocol

26. December 13, 2002       Letter from E. Nitta to T. Schrock re: IACUC reviews of protocols for Permit Nos. 881-1443-06 and 881-1668-00 with enclosed 9 CFR Chapter I, Part 2

27. January 29, 2003  Email from T. Adams to J. Drevenak re: ASLC responses to public comment on File#881-1668

28. February 3, 2003  Letter from T. Schrock to S. Leathery transmitting memo re: Permit No. 881-1668-00

29. February 20, 2003 Letter from Don Calkins and T. Schrock to S. Leathery re: notification of activities under permit #881-1668

30. February 24, 2002 Fax from S. Atkinson to S. Leathery transmitting ASLC Assurance of Animal Care for project 03-004; signed approval letter for above; minutes of November 20, 2002 meeting of ASLC IACUC; and memo from T. Schrock appointing Lee Keller as Chair of ASLC IACUC

31. March 7, 2003       Letter from D. Cottingham to S. Leathery re: Review of Additional Information Regarding Research Proposed to be conducted under permit no. 881-1668

32. March 27, 2003    Email from T. Adams to J. Mellish re: information request re: 881-1668 amendment

33. March 27, 2003    Email from B. Kohn to T. Adams and A. Sloan re: ASLC responses to public comment on File#881-1668 with attached letter from B. Kohn to A. Sloan re: APHIS comments

34. April 30, 2003       Memo prepared by F/PR1 re: Permit No. 88101668, information needs for NEPA and ESA analyses to add juvenile studies to permit

35. April 30, 2003       Memo prepared by F/PR1 re: Permit No. 881-1668, Justification for taking Steller sea lion pups < 6 weeks old

36. May 8, 2005       Fax from P. Tuomi to T. Adams transmitting abstracts and trip reports re: ASLC SSL capture and release 3/03; ASLC SSL captive care (rehab) and release "Faith"; and 2 IAAAM abstracts

37. May 19, 2003       Letter from L. Keller to D. Calkins re: IACUC approval for Protocol No. 03-007, with attached Protocol

38. May 23, 2003       Email from D. Calkins to T. Adams re: [no subject line]

39. May 29, 2003       Email from D. Calkins to T. Adams re: [no subject line]

2

40. May 29, 2003            Email from T. Adams to D. Calkins re: [no subject line]
41. May 30, 2003            Email from T. Adams to D. Calkins re: [no subject line]
42. May 30, 2003            Letter from S. Leathery to T. Schrock transmitting minor
    amendment Permit No. 881-1668-01
43. June 2, 2003            Email from T. Adams to D. Calkins et al. re: draft amendment no.
    2 with attached 881-1668-02_draft2.rtf
44. June 2, 2003            Email from D. Calkins to T. Adams et al. re: RE: draft amendment
    no. 2
45. June 5, 2003            Memo from S. Leathery to The Record, File Nos. 1016-1651 and
    881-1668 re: compliance with the section 7 on the Endangered Species Act for issuance of
    amendments to Steller sea lion research permits
46. June 5, 2003            Email from T. Schrock to T. Adams re: Comments/Questions on
    draft amendment 2
47. June 5, 2003            Email from T. Adams to T. Schrock re: Re: Comments/Questions
    on draft amendment 2
48. June 5, 2003            Email from T. Schrock to T. Adams re: More comments/questions
49. June 6, 2003            Email from T. Adams to T. Schrock re: Re: More
    comments/questions
50. June 6, 2003            Email from T. Adams to T. Schrock re: Re: Comments/Questions
    on draft amendment 2
51. June 6, 2003            Email from T. Schrock to T. Adams re: Draft photo language
52. June 6, 2003            Email from T. Adams to T. Schrock and S. Leathery re: Re: Draft
    photo language
53. June 9, 2003            Email from T. Schrock to T. Adams re: FW: Pam Tuomi's
    comments on 881-1668-02 with attached comments
54. June 9, 2003            Email from T. Adams to T. Schrock re: Re: FW: Pam Tuomi's
    comments on 881-1668-02
55. June 9, 2003            Email from T. Adams to T. Schrock re: RE: FW: Pam Tuomi's
    comments on 881-1668-02
56. June 10, 2003           Email from T. Schrock to T. Adams and S. Leathery re: Final
    comments on 881-1668-02 with attached final response
57. June 11, 2003           Email from J. Mellish to S. Leathery and T. Adams re: ASLC
    restraint cage and AUP
58. June 12, 2003           Email from S. Leathery to T. Adams and A. Sloan re: FWD:
    follow up to our call 6/11
59. June 13, 2003           Email from T. Adams to J. Mellish re: RE: ASLC restraint cage
    and AUP
60. June 14, 2003           Email from A. Sloan to S. Leathery re: Re: Fwd: follow up to our
    call 6/11
61. June 16, 2003           Email from J. Mellish to T. Adams re: RE: ASLC restraint cage
    and AUP
62. June 20, 2003           Email from A. Sloan to T. Adams re: Re: ASLC issues
63. June 30, 2003           Email from S. Leathery to T. Schrock re: Re: follow up to our call
    6/11 with attached "ASLC 881-1668-02_draft 6 30" and "555-1565-01 amendment.wpd"
64. July 8, 2003            Email from S. Leathery to T. Adams and A. Sloan re: Fwd: 2
    weeks issue with attached "881-1668 responses to research conditions 7-03.doc"

65. July 11, 2003          Email from A. Sloan to J. Whaley re: ASLC
66. July 11, 2003          Email from T. Adams to S. Leathery re: response to ASLC
67. July 11, 2003          Email from S. Leathery to T. Schrock re: Re: 2 weeks issue
68. July 17, 2003          Email from T. Adams to P. Tuomi re: FW: permit
69. July 18, 2003          Email from T. Adams to S. Leathery re: ASLC permit conditions
70. July 21, 2003          Email from T. Adams to P. Tuomi re: FW: permit
71. July 21, 2003          Email from T. Adams to A. Sloan re: ASLC
72. July 22, 2003          Email from A. Sloan to S. Leathery and T. Adams re: Fwd: RE: pinniped release guidelines
73. July 22, 2003          Email from A. Sloan to T. Adams and S. Leathery re: Fwd: RE: FW: permit
74. July 22, 2003          Email from T. Adams to A. Sloan re: [Fwd: RE: FW: permit]
75. July 23, 2003          Email from S. Leathery to A. Sloan re: Re: [Fwd: RE: FW: permit]
76. July 24, 2003          Email from T. Adams to P. Tuomi re: permit language
77. July 24, 2003          Email from T. Adams to P. Tuomi re: oops re: permit conditions
78. July 24, 2003          Email from P. Tuomi to T. Adams re: RE: oops re: permit conditions
79. July 31, 2003          Email from J. Skidmore to B. Kohn re: [Fwd: ASLC's new facilities]
80. July 31, 2003          Email from B. Kohn to J. Skidmore re: Re: [Fwd: ASLC's new facilities]
81. July 31, 2003          Memo from S. Leathery to L. Allen re: Report on the Application for an Amendment to Scientific Research Permit No. 881-1668-02: COMMENTS, with attached memo dated November 12, 2002
82. July 31, 2003          Memo from S. Leathery to L. Allen re: Report on the Application for an Amendment to Scientific Research Permit No. 881-1668-02: Recommendation for Issuance, with attached memo dated November 12, 2002
83. July 31, 2003          Letter from S. Leathery to T. Schrock transmitting major amendment Permit No. 881-1668-02
84. August 6, 2003     Email from L. Kellar to E. Lyons [no subject line] with attached "the Alaska SeaLife Center SSB overview.pdf"
85. August 8, 2003     Federal Register Notice (68 FR 47294) Issuance of permit amendment; marine mammals; File No. 881-1668
86. November 25, 2003    Letter from S. Leathery to D. Calkins re: expiring permits

2005 Permit
87. December 3, 2003 Memo from D. Calkins to S. Leathery re: minor amendment to Permit No. 881-1668-02
88. December 7, 2003 Memo from D. Calkins to S. Leathery re: major amendment to Permit No. 881-1668-02
89. January 21, 2004  Letter from S. Leathery to T. Schrock re: annual reauthorization of Permit No. 881-1668-02
90. February 24, 2004 Memo from D. Calkins to S. Leathery and T. Adams re: Annual reauthorization, permit 881-1668-02
91. May 2, 2004          Fax from D. Calkins to S. Leathery transmitting memo dated May 1, 2004 RE: minor amendment to permit no. 881-1668-02

92. May 3, 2004                Letter from L. Kellar to R. Andrews re: IACUC approval for Protocol No. 04-004

93. May 11, 2004             Letter from D. Calkins to S. Leathery re: additional information for request for major amendment to Permit no. 881-1668

94. July 16, 2004            Memo from D. Calkins to S. Leathery re: minor amendment to Permit No. 881-1668-03

95. October 7, 2004   Fax from R. Andrews to T. Adams with attached letter dated October 7, 2004 from D. Calkins to S. Leathery re: Major amendment request to permit 881-1668-02

96. October 8, 2004   Email from R. Andrews to S. Leathery et al., re: amendment request with attached "updated ASLC major amendment request_7Oct04.pdf"

97. November 23, 2004      Email from R. Andrews to T. Adams re: update amendment request for 881-1668 with attached "Updated major amendment request_22Nov04.pdf" (the amendment is called "22Nov04pdf" but is actually dated 19Nov.

98. December 8, 2004 Email from S. Leathery to T. Schrock et. al. re: SSL permit extension

99. December 21, 2004     Letter from S. Leathery to T. Schrock transmitting minor amendment Permit No. 881-1668-03

100.     January 26, 2005      Email from D. Calkins to T. Adams re: Clarification of permit extension and questions about your amendments

101.     January 26, 2005      Email from D. Calkins to T. Adams re: please review table re: your SSL permit request

102.     January 27, 2005      Email from J. Mellish to T. Adams re: question about transient amendment

103.     February 3, 2005      Email from T. Jones to S. Leathery and T. Adams re: Annual report NMFS permit #881-1668-03 with attached "permit 881-1668-03 final 020305.trj.doc"

104.     February 3, 2005      Letter from T. Schrock to S. Leathery transmitting annual report for Scientific Research Permit No. 881-1668-03

105.     February 15, 2005    Letter from S. Leathery to T. Schrock re: phone conversation about transient juvenile program

106.     April 4, 2005             Federal Register Notice (70 FR 17072) Receipt of Applications

107.     April 18, 2005          Email from T. Adams to J. Drevenak re: Steller EA and FR notice

108.     May 13, 2005            Email from D. Calkins to T. Adams re: ASLC response to HSUS comments with attached "All Response to HSUS comments May12.doc"

109.     May 24, 2005            Fax from J. Mellish to T. Adams transmitting ASLC IACUC forms pertaining to upcoming cruise

110.     May 24, 2005            Memo from S. Leathery to L. Allen re: Report on the Application for Amendment to Permit No. 881-1668 to Take Steller Sea Lions: Recommendation for Issuance

111.     May 24, 2005            Letter from S. Leathery to T. Schrock transmitting major amendment Permit No. 881-1668-05

112.     May 24, 2005            Fax from A. Kameroff-Steeves transmitting signature page for Permit No. 881-1668-05

113.     June 16, 2005           Federal Register Notice (70 FR 35065) Notice of issuance of permits and permit amendments

**B.    Permit No. 800-1664; Texas A&M University at Galveston**

2002 Permit

114.    January 3, 2002        Letter from R. Davis to T. Adams transmitting Application for a Permit for Scientific Research to enhance survival or recovery of a stock under the Marine Mammal Protection Act and the Endangered Species Act (File No. 800-1664)

115.    January 14, 2002        Letter from D. MacKenzie to R. Davis re: Approval of Animal Use Protocol

116.    January 22, 2002        Email from T. Adams to R. Davis re: receipt of your application for a permit

117.    January 25, 2002        Email from T. Adams to R. Davis re: (No Subject) with attached "MMPA Permit Issuance Criteria.pdf"

118.    January 29, 2002        Email from T. Adams to R. Davis re: additional information needed for file #800-1664 with attached "800-1664_Application"

119.    February 7, 2002        Email from R. Davis to T. Adams re: (No Subject) with attached "revised Steller MMP.doc"

120.    September 16, 2002    Email from R. Davis to T. Adams re: comments on your permit application (#800-1664) with attached "Response to Reviewer's Comments on Steller Permit"

121.    October 21, 2002        Memo from E. Nitta to P. Williams re: Modification to request for initiation of Section 7 Consultation under the Endangered Species Act on the Steller sea lion research program permits with attached September 03, 2002 email from E. Nitta to P. Williams re: Request for initiation of Section 7 Consultation under the Endangered Species Act on the Steller sea lion research program permits

122.    November 12, 2002    Letter from E. Nitta to R. Davis transmitting Permit No. 800-1664

123.    January 8, 2003        Letter from R. Davis to S. Leathery re: concerns about six provisions contained in Permit No. 800-1664

124.    June 12, 2003        Letter from S. Leathery to R. Davis transmitting minor amendment to Permit No. 800-1664-00 Enclosure Permit No. 800-1664-01 Amendment No. 1

125.    November 25, 2003    Letter from S. Leathery to R. Davis re: reminder that Permit No. 800-1664 will expire in December 2004

126.    December 2, 2003        Letter from R. Davis to S. Leathery re: request to extend Permit No. 800-1664

2005 Permit

127.    February 13, 2004    Letter from R. Davis to S. Leathery transmitting Application for an Amendment for Permit 800-1664

128.    February 19, 2004    Letter from R. Davis to S. Leathery retransmitting Application for an Amendment for Permit 800-1664 enclosed with letter dating February 19, 2004 APPLICATION IS NOT ATTACHED

129.    March 1, 2004        Letter from R. Davis to S. Leathery transmitting Annual Report of Activities for 2003; Annual Report for 2002 Attached; Distribution List included

130.    March 16, 2004        Letter from S. Leathery to R. Davis re: discrepancies in annual report versus activities authorized in permit with attached "Questions regarding 2003 annual report for Permit No. 800-1664-01"

131.    March 30, 2004    Letter from R. Davis to S. Leathery re: responses to March 16, 2004 letter with attached abstracts: "Winter movements, diving patterns, and habitat associations of

juvenile Steller sea lions (*Eumetopias jubatus*) in Prince William Sound and Resurrection Bay, Alaska" and "Movements and diving behavior of juvenile Steller sea lions (*Eumetopias jubatus*) during the winter and spring in south-central Alaska"

132. April 9, 2004            Letter from S. Leathery to R. Davis re: clarification of permit process and response to March 30, 2004 letter

133. April 15, 2004           Letter from R. Davis to S. Leathery re: response to April 9, 2004 letter with attached "Definitions of major and minor amendments as found in 50 CFR 216.39 (cited in NMFS 2002; Environmental Assessment on the Affects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions)

134. April 19, 2004           Letter from R. Davis to S. Leathery re: request for minor amendment to Permit No. 800-1664

135. April 26, 2004           Email from T. Adams to R. Davis re: your amendment request

136. April 26, 2004           Email from S. Leathery to T. Adams (cc: R. Davis) re: your amendment request

137. April 26, 2004           Email from S. Leathery to R. Davis re: your amendment request

138. April 27, 2004           Email from T. Adams to S. Leathery FWD re: Let's chat about this (R. Davis' question of definition of pup)

139. April 27, 2004           Email from T. Adams to S. Leathery re: Let's chat about this (proposed response to R. Davis' question of definition of pup)

140. July 12, 2004            Email from S. Leathery to T. Adams re: Forwarded message for Randy Davis (from V. Burkanov)

141. July 20, 2004            Fax transmittal of letter from R. Davis to S. Leathery re: all research Steller sea lions will be marked by hot branding in future

142. September 10, 2004       Letter from R. Davis to S. Leathery transmitting an Application for an Amendment for Permit No. 800-1664, Attached Amendment No. 2

143. December 21, 2004        Letter from T. Adams ( for S. Leathery) to R. Davis transmitting Amendment No. 2 to Scientific Research Permit No. 800-1664-01

144. February 2, 2005  Email from R. Davis to T. Adams re: please review table re: your SSl permit request with attached "2005_EA_table"

145. February 14, 2005 Letter from R. Davis to S. Leathery transmitting Annual Report of Activities for 2004


   **C.      File No. 1010-1641; Aleutians East Bourough**
   2002 Permit

146. July 3, 2001      "Application for permit for scientific research under the Marine Mammal Protection Act and for scientific purposes under the Endangered Species Act" submitted by Glenn Merrill, Aleutians East Borough (File No. 1010-1641).

147. July 10, 2001            Email from T. Adams to G. Merrill re: your permit application

148. August 2, 2001    Email from T. Adams to G. Merrill re: your permit application

149. August 10, 2001   Email from G. Merrill to T. Adams re: your permit application

150. August 14, 2001   Email from T. Adams to G. Merrill re: your permit application

151. August 14, 2001   Email from G. Merrill to T. Adams re: your permit application with attached "SSLRI Permit Application Responses.doc"

152. August 15, 2001   Email from T. Adams to G. Merrill re: additional information received

153. August 16, 2001   Memo from A. Terbush to D. DeMaster re: Request for Scientific Research Permit from Aleutians East Borough (File No. 1010-1641)

154. August 16, 2001   Memo from A. Terbush to M. Payne re: Request for Scientific Research Permit from Aleutians East Borough (File No. 1010-1641)

155. August 16, 2001   Memo from A. Terbush to B. Norberg re: Request for Scientific Research Permit from Aleutians East Borough (File No. 1010-1641)

156. August 16, 2001   Letter from A. Terbush to R. Mattlin re: transmitting Permit Application File No. 1010-1641 for review

157. August 16, 2001   Memo from R. Johnson to S. Yamashita re: Review of Marine Mammal Permit Application (File No. 1010-1641)

158. August 22, 2001   Federal Register (66 FR 44120) Notice of Receipt of Application

159. August 27, 2001   Fax from G. Merrill to T. Adams transmitting application certification page

160. August 29, 2001   Memo from A. Terbush to D. Knowles re: Report on the Status of Steller Sea Lion Scientific Research permits

161. August 20, 2001   Email from B. Schneider to R. Johnson re: Marine Mammal Permit Applications 774-1469 and 1010-1641

162. August 30, 2001   Fax from R. Angliss to A. Terbush re: transmitting memo from D. DeMaster to A. Terbush et al. (review of permit request from Aleutians East Borough (File No. 1010-1641)

163. September 5, 2001       Letter from R. Mattlin to A. Terbush re: Permit Application No. 1010-1641 (Aleutians East Borough)

164. September 6, 2001       Email from B. Norberg to T. Adams re: Research Permit 1010-1641

165. November 12, 2002       Letter from G. Nitta to B. Juettner re: transmitting Permit No. 1010-1641-00

166. November 25, 2003       Letter from S. Leathery to K. Wynne re: permit expiration reminder

167. January 15, 2004   Letter from C. Hegwer to S. Leathery re: transmitting request to change personnel with attached CV

168. February 18, 2004 Email C Hegwer to T. Adams re: Permit # 1010-1641-00 with attached "Annual Request to resume research 2004 Stephen Leathery.doc"; "Annual Report 2004.doc"; and Annual Notification of field dates and sites 2004 K. Brix.doc"

169. February 20, 2004 Email from C. Hegwer to T. Adams re: Permit # 1010-1641-00

170. February 21, 2004 Email from B. Stewart to T. Adams re: Permit # 1010-1641-00

171. March 2, 2004         Email from B. Stewart to T. Adams re: Permit # 1010-1641-00

172. March 2, 2004         Email from T. Adams to B. Stewart re: Permit # 1010-1641-00

173. March 4, 2004         Letter from S. Leathery to C. Hegwer re: CI authorization, change in Responsible Party, and annual reauthorization of Permit No. 1010-1641 (AEB)

2005 Permit

174. May 17, 2004         Email from C. Hegwer to T. Adams re: request to extend Permit # 1010-1641 with attached "Permit extension request 2004 Stephen Leathery.doc"

175. August 10, 2004   Letter from S. Leathery to C. Hegwer re: transmitting minor amendment to Permit No. 1010-1641-01

176. December 21, 2004        Letter from S. Leathery to C. Hegwer re: transmitting minor amendment Permit No. 1010-1641-02
177. December 31, 2004        Email from C. Hegwer to T. Adams re: Annual report with 5 attachments
178. January 18, 2005  Email from C. Hegwer to T. Adams re: AEB re: please review table re: your SSL permit request with attached "proposed takes under new permit.doc"
179. May 26, 2005          Email from C. Hegwer to T. Adams re: HSUS comments with attached "reply to HSUS comments.doc"; "2004 Annual report Table 1 attachment.doc"; and "Annual Report Research Activities 2004.doc"
180. May 31, 2005          Letter from S. Leathery to C. Foy re: transmitting major amendment Permit No. 1010-1641-03
181. June 8, 2005          Fax from C. Foy to T. Adams re: transmitting signature page for major amendment 1010-1641-03


**D.      Permit No. 434-1669; Oregon Department of Fish and Wildlife**
2002 Permit

182. March 6, 2002          Letter from R. Brown to Chief, Permits Division transmitting Application for a scientific research permit for studies of Steller sea lion population biology at rookeries and haul-out areas in the Pacific Northwest (File No. 434-1669)
183. March 13, 2002    Email from T. Adams to R. Brown re: receipt of your application for a permit
184. April 24, 2002          Email from T. Adams to R. Brown re: File No. 434-1669
185. April 24, 2002          Email from R. Brown to T. Adams re: File No. 434-1669
186. June 10, 2002          Email from R. Brown to T. Adams re: update on File No. 434-1669
187. November 12, 2002        Letter from E. Nitta to R. Brown transmitting Permit No. 434-1669-00
188. December 17, 2002        Email from R. Brown to S. Leathery re:  Permit No. 434-1669-00 with attachment "LeatheryMemo1202.doc".
189. March 11, 2003    Letter from S. Leathery to R. Brown transmitting a minor amendment Permit No. 434-1669-01
190. April 11, 2003          Letter from R. Brown to S. Leathery transmitting signed file copy for Permit No. 434-1669-01
191. November 25, 2003        Letter from S. Leathery to R. Brown re: reminder that most Steller sea lion research permits expire in December 2004
192. March 30, 2004    Email from R. Brown to T. Adams re: annual report Permit No. 434-1669
193. March 31, 2004    Email from R. Brown to T. Adams re: annual report Permit No. 434-1669
194. April 5, 2004          Letter from S. Leathery to R. Brown granting authorization to continue Steller sea lion research through December 31, 2004
195. December 21, 2004        Letter from S. Leathery to R. Brown transmitting minor amendment Permit No. 434-1669-02


2005 Permit

196. January 24, 2005  Memo from R. Brown to T. Adams re: request for modification to permit No. 434-1669-01
197. January 26, 2005  Email from R. Brown to T. Adams re: Please review table re: your SSl permit request
198. May 31, 2005            Letter from S. Leathery to R. Brown transmitting major amendment Permit No. 434-1669-03
199. June 7, 2005            Fax from R. Brown to T. Adams transmitting corrected table
200. July 7, 2005            Fax from R. Brown to T. Adams transmitting signed file copy for Permit No. 434-1669-03
201. July 11, 2005           Letter from S. Leathery to R. Brown transmitting revised pages of Permit No. 434-1669-03

**E.    Permit No. 782-1532; National Marine Mammal Laboratory**
  2000 Permit
202. October 18, 1999  Letter from J. Sease to A. Terbush transmitting Application for a Permit for Scientific Research Under the Marine Mammal Protection Act and For Scientific Purposes Under the Endangered Species Act (File No. 782-1532)
203. October 27, 1999  Memo from A. Terbush to R. Merrick re:  Request for Permit for Marine Mammals (File No. 782-1532)
204. October 27, 1999  Memo from A. Terbush to M. Payne and B. Norberg re:  Request for Permit for Marine Mammals (File No. 782-1532)
205. October 27, 1999  Memo from A. Terbush to S. Yamashita re:  Review of Marine Mammal Permit Application
206. October 27, 1999  Memo from A. Terbush to W. Cain re:  Request for Section 7 Consultation under the Endangered Species Act (File No. 782-1532) (memo incorrectly calls it 1528)
207. October 27, 1999  Letter from A. Terbush to J. Twiss transmitting NMML permit application (File No. 782-1532)
208. October 27, 1999  Letter from A. Terbush to L.Lowry transmitting NMML permit application (File No. 782-1532) (letter incorrectly calls it 1528)
209. November 2, 1999Email from B. Norberg to R. Johnson copying J. Scordino re:  NMML Application 782-1532
210. November 2, 1999Federal Register Notice (64 FR 59163) Receipt of application for scientific research permit
211. November 9, 1999Memo from M. Payne to A. Terbush re: Comments on Permit application (File No. 782-1532) from the National Marine Mammal Laboratory
212. November 10, 1999       Letter from A. Terbush to K. Pitcher and B. Small transmitting NMML permit application (File No. 782-1532) (letter incorrectly calls it 1528)
213. November 10, 1999       Letter from A. Terbush to R. Brown transmitting NMML permit application (File No. 782-1532) (letter incorrectly calls it 1528)
214. November 10, 1999       Letter from A. Terbush to S. Jeffries transmitting NMML permit application (File No. 782-1532) (letter incorrectly calls it 1528)
215. November 10, 1999        Letter from J. Twiss to P.Dalton re: Permit Application No.782-1532 (National Marine Mammal Laboratory, Alaska Fisheries Science Center, Thomas R. Loughlin, Ph.D)

216. November 16, 1999      Memo to A. Terbush from M. Sissenwine re: Review of Request by the National Marine Mammal Laboratory (NMML) for a MMPA/ESA permit to take Steller sea lions, harbor seals, and northern fur seals (File No. 782-1532)

217. December 6, 1999 Email from K. Pitcher to R. Johnson re: NMML SSL Research Permit Application

218. December 13, 1999     Fax from A. Long to R. Johnson with 12/10/99 letter from J. Twiss to P. Dalton, cc: A. Terbush  re: Permit application No. 782-1532.

219. December 16,1999      Email from J. Sease to R. Johnson re: Stellers with attached take table

220. January 7, 2000    Memo from D. Knowles to the record re: Biological Opinion on proposed Marine Mammal Permit No. 782-1532 which would authorize the Marine Mammal Laboratory to conduct various research activities on Steller sea lions

221. January 10, 2000  Memo from A. Terbush to D. Knowles re: Report on the Application for a Scientific Research Permit (File No.1532) submitted by the National Marine Mammal Laboratory (NMML), National Marine Fisheries Service:  Comments and Discussion

222. January 10, 2000  Memo from A. Terbush to D. Knowles re: Report on the Application for a Scientific Research Permit (File No.1532) submitted by the National Marine Mammal Laboratory (NMML), National Marine Fisheries Service:  Recommendation for Issuance

223. January 10, 2000  Letter from A. Terbush to D. DeMaster transmitting Permit No. 782-1532

224. January 14, 2000  Signature page for Permit No. 782-1532

225. January 14, 2000  Federal Register Notice (65 FR 2383) Issuance of Permit

226. January 26, 2001  Memo from D. DeMaster to A. Terbush transmitting Report of research activity during Calendar Year 2000 under MMPA/ESA Permit No. 782-1532-00

227. May 4, 2001      Memo from D.DeMaster to A. Terbush re: Modification of the National Marine Mammal Laboratory's Steller sea lion research permit No. 782-1532-00 (two copies)

228. May 11, 2001      Email from R. Johnson to J. Sease copying T. Adams re: Steller Amendment

229. May 23, 2001      Email from B. Fadely to R. Johnson et al. re:  [Fwd:  Steller Amendement]

230. June 4, 2001      Email from R. Johnson to J. Drevenak copying R. Mattlin re: NMFS/NMML Permit Amendment Request with attached amendment request

231. June 8, 2001      Federal Register Notice (66 FR 30885) Receipt of application No. 751-1614-00; and receiot of application to amend permits (782-1532-00, 981-1578-00)

232. July 3, 2001      Email from R. Johnson to T. Adams re: [Fwd:  Permit Apps. 782-1532 & 751-1614]

233. July 20, 2001      Email from A. Terbush to R. Lowe et al. re:  Steller Sea Lion Research

234. July 20, 2001     Email from T. Adams to R. Angliss et al. re: Re:  Steller sea lion permit mod.

235. July 25, 2001      Fax from D. DeMaster to A.Terbush transmitting report re:  Steller Sea Lion Pup Mortality During and After Handling Activity at Rogue Reef, Oregon

236. July 25, 2001      Memo from D. DeMaster to A. Terbush re:  Steller Sea Lion Pup Mortality During and After Handling Activity at Rogue Reef, Oregon

237. July 26, 2001     Email from T. Adams to T. Loughlin et al re: Steller permit

238. July 27, 2001          Letter from R. Mattlin to A. Terbush re:  Request for Amendment of Permit Nos. 782-1532 (National Marine Mammal Laboratory, National Fisheries Service) and 358-1564 (Alaska Department of Fish and Game)
239. August 3, 2001     Email from T. Adams to J.Sease et al. re:  Responses to questions about NMML's modification request
240. August 6, 2001     Memo from A. Terbush to P.Williams re:  Request for re-initiation of Section 7 Consultation under the Endangered Species Act (File Nos. 358-564 and 782-1532)
241. August 8, 2001     Email from T. Adams to T. Gelatt et al. re:  Re:  Steller sea lion permit mod?
242. August 8, 2001     Email from T. Adams to T. Loughlin et al. re:  Re: Steller sea lion permit mod
243. August 16, 2001   Letter from R. Lowe to A. Terbush requesting legal definition of the term "accidental mortality"
244. December 14, 2001     Memo from S. Moore to A. Terbush re: Reallocation of takes under the NMML's Steller seal lion research permit No. 782-1532
245. January 4, 2002    Letter from R. Lowe to A. Terbush requesting legal definition of the term "accidental mortality"
246. February 5, 2002  Letter from A. Terbush to R. Lowe responding to request for legal definition of "accidental mortality"
247. June 17, 2002          Memo from S. Moore to G. Nitta re:  Designation of Glenn Van Blaricom and Laura Litsky as Co-principal Investigators Under Steller Sea Lion Research Permit 782-1532-00 with attached designation letters and CV
248. August 16, 2002   Memo from S. Moore to G. Nitta re: Designation of Michelle Lander as Co-principal Investigators Under Steller Sea Lion Research Permit 782-1532-00 00 with attached designation letter and CV
249. November 12, 2002          Memo from E. Nitta to D. Knowles re : Report on the Application for Scientific Research Permits and Amendments to Scientific Research Permits to take Steller Sea Lions [ Permit Numbers 358-1564 and 782-1532; File Numbers 1016-1651,800-1664,881-1668, and 434-1669]:  Recommendation for Issuance
250. November 12, 2002          Letter from E. Nitta to S. Moore transmitting major amendment to Permit No. 782-1532-01
251. November 14, 2002          Signature page for Permit amendment 782-1532-01
252. November 15, 2002          Fax from R. Angliss to G. Nitta transmitting signature page for Permit Amendment 782-1532-01
253. February 14, 2003 Memo from S. Moore to S. Leathery transmitting  Report of research activity during Calendar Year 2002 under MMPA/ESA Permit No. 782-1532-00
254. February 28, 2003 Letter from S. Leathery to S. Moore transmitting minor amendment to Permit No. 782-1532-01
255. March 2, 2003          Fax from R. Angliss to T. Adams transmitting signature page for Permit amendment 782-1532-02
256. November 25, 2003          Letter from S. Leathery to T. Loughlin re: expiration of Steller sea lion research permit in December 2004 (two copies)
257. March 18, 2004    Letter from S. Leathery to S. Moore re:  annual report under Permit No. 782-1532-02
258. December 21, 2004          Letter from S. Leathery to J. Bengston transmitting minor amendment to Permit No. 782-1532-02

259. January 24, 2005  Letter from J. Bengston to S. Leathery transmitting final report from research under Permit No. 782-1532-02 from 2000-2004

260. May 13, 2005            Memo from J. Benston to S. Leathery re:  Marine Mammal Permit No. 782-1532-03 mortality with attached sea lion necropsy report


F.    **Permit No. 358-1564; Alaska Department of Fish and Game**
2002 Permit

261. January 20, 2000  Letter from W. Regelin to Chief, Permits Section transmitting Application for a Permit for Scientific Research under the Marine Mammal Protection Act and for Scientific Purposes under the Endangered Species Act (File No. 358-1564)

262. February 2, 2000  Memo from A. Terbush to W. Cain re: Request for Section 7 consultation under the Endangered Species Act (File No. 358-1564)

263. February 3, 2000  Memo from A. Terbush to S. Yamashita re: review of marine mammal permit applications and an amendment request

264. February 3, 2000  Letter from A. Terbush to J. Twiss transmitting 13 copies of 3 permit applications (File Nos. 675-1563, 358-1564, and P595) and requesting review

265. February 3, 2000  Memo from A. Terbush to M. Payne re: Applications for Permit to take marine mammals in Alaska

266. February 11, 2000 Federal Register Notice (65 FR 6997) Receipt of applications

267. February 23, 2000 Email from D. DeMaster to J. Drevenak et al. re: MMPA/ESA permit reviews

268. February 28, 2000 Letter from J. Twiss to P. Dalton re: Permit Application No. 358-1564, Marine Mammal Commission comments

269. June 21, 2000            Memo from A. Terbush to D. Knowles re: Report on the Application for a Scientific Research Permit, submitted by Alaska Department of Fish and Game [File No. 358-1654-00]: COMMENTS

270. June 21, 2000            Memo from D. Knowles to The Record transmitting the Biological Opinion on proposed Marine Mammal Permit No. 358-1564, which would authorize Dr. Ken Pitcher of the Alaska Department of Fish and Game to conduct various research activities on Steller sea lions

271. June 21, 2000            Memo from A. Terbush to D. Knowles re: Report on the Application for a Scientific Research Permit, submitted by Alaska Department of Fish and Game [File No. 358-1564-00]: Recommendation for Issuance

272. June 21, 2000            Scientific Research Permit to Take Marine Mammals issued to the Alaska Department of Fish and Game

273. June 28, 2000            Federal Register Notice (65 FR 39878) Issuance of permit

274. February 5, 2001  Email chain between NMFS and ADFG re: Branding Juvenile SSLs (top message is email from K. Pitcher to R. Johnson et al.)

275. February 16, 2001 Email from R. Johnson to K. Pitcher et al. re: Branding Juvenile SSLs

276. March 2, 2001            Letter from K. Pitcher to R. Johnson requesting a minor amendment to Permit No. 358-1564

277. March 8, 2001            Email from R. Johnson to L. Rea re: Branding Juvenile SSLs

278. April 30, 2001            Memo from A. Sloan to The File, PHF No. 358-1564 re: Conference call regarding ADF&G Amendment No. 1

279. May 2, 2001              Memo from P. Williams to A. Terbush re: Marine Mammal Permit No. 358-1564, which would authorize Alaska Department of Fish and Game to conduct various research activities : Amendment to Biological Opinion [Consultation Number: F/FPR/1999/01722]

280. May 21, 2001              Letter from T. Gelatt to A. Terbush transmitting request for Amendment 2 of Marine Mammal Permit No. 358-1564-01

281. May 24, 2001              Letter from T. Gelatt to R. Johnson transmitting a memo for an additional task to be added to Amendment No. 2 for permit 358-1564-01

282. June 8, 2001              Letter from T. Gelatt to A. Terbush transmitting the signature page of the May 2, 2001 amendment to permit no. 358-1564-00

283. June 11, 2001              Email from T. Gelatt to T. Adams re: Amendment #2 for ADF&G Steller Sea Lion Permit No. 358-1564-01

284. June 14, 2001              Email from L. Rea to T. Adams transmitting document with responses to questions

285. June 15, 2001          Email from T. Adams to L. Rea re: Response to request for additional information

286. June 15, 2001          Email from T. Adams to L. Rea re: REspnse to request for additional information

287. June 18, 2001              Email from L. Rea to T. Adams et al. re: Response to request for additional information

288. June 25, 2001          Letter from D. Knowles to T. Gelatt re: collection of carcasses

289. July 5, 2001          Federal Register notice volume 66, page 35412

290. July 30, 2001              Fax from J. Drevenak to A. Terbush transmitting Marine Mammal Commission review of Permit Nos. 782-1532 and 358-1564

291. December 18, 2001          Memo from T. Gelatt to A. Terbush re: Reallocation of takes under the ADF&G Steller sea lion research permit No. 358-1564-00

292. February 20, 2002 Letter from T. Gelatt to T. Adams requesting a minor amendment

293. March 12, 2002    Letter from A Terbush to W. Regelin transmitting Amendment No. 2 to Permit No. 358-1564

294. May 2, 2002              Letter from W. Hogarth to T. Stevens re: J. Burns proposed research on Steller sea lions

295. July 15, 2002              Email from T. Gelatt to T. Adams re: SSL permit amendment

296. July 15, 2002              Letter from T. Gelatt to G. Nitta requesting a minor amendment to Permit No. 358-1564-01

297. July 16, 2002              Email from T. Gelatt to T. Adams re: CV for Mike Sigler transmitting a curriculum vitae

298. July 26, 2002              Email from T. Gelatt to T. Adams et al. re: June 2002 ADF&G Steller Sea Lion Pup Branding Report transmitting Branding 2002 trip report and trip report table 1

299. November 12, 2002          Fax from B. Small to T. Adams transmitting signature page for Amendment #3, signed 11/12/2002

300. Undated              Original signature page for Amendment No. 3 to 35-1564, signed 11/18/2002

301. November 12, 2002          Memo from E. Nitta to D. Knowles re: Report on the Applications for  Scientific Research Permits and Amendments to Scientific Research Permits to take

Steller Sea Lions [Permit Numbers 358-1564 and 782-1532; File Numbers 1016-1651, 1010-1641, 800-1664, 881-1668, and 434-1669]: Recommendation for Issuance

302. November 12, 2002    Memo from E. Nitta to D. Knowles re: Report on the Applications for  Scientific Research Permits and Amendments to Scientific Research Permits to take Steller Sea Lions [Permit Numbers 358-1564 and 782-1532; File Numbers 1016-1651, 1010-1641, 800-1664, 881-1668, and 434-1669]: COMMENTS

303. November 12, 2002    Letter from E. Nitta to W. Regelin transmitting Amendment No. 3 to Permit No. 358-1564

304. December 3, 2002 Email from T. Adams to T. Gelatt re: question about permit amendment

305. December 18, 2002    Email from T. Adams to S. Leathery re: suggested new permit conditions with attached "new_conditions.wpd"

306. December 30, 2002    Letter from T. Gelatt to L. Allen re: questions, comments, and discrepancies in Permit No. 35-1564-03

307. January 21, 2003  Email from T. Adams to S. Leathery re: follow-up letter to SSLI permit holders with attached "SSLRI_PI_followup.doc"

308. January 23, 2003  Email from T. Adams to S. Leathery and R. Johnson re: message for SSL permit holders

309. January 29, 2003  Email from K. Blejwas to T. Adams re: question about permit amendment

310. January 31, 2003  Email from S. Leathery to T. Adams et al. re: follow up to the Steller sea lion research and permit issues meeting with attachment "SSLRI_PI_mtg_summary.doc"

311. February 27, 2003 Email from T. Adams to T. Gelatt re: question about revising your permit

312. February 27, 2003 Email from T. Gelatt to T. Adams re: question about revising your permit

313. March 11, 2003    Letter from S. Leathery to M. Robus re: transmitting a minor amendment to Permit No. 358-1564-03

314. April 1, 2003    Fax from T. Gelatt to R. Johnson re: transmitting signature page for Permit No. 358-1564-04

315. April 2, 2003    Memo from T. Adams to M. Payne re: transmitting a minor amendment to Permit No. 358-1564-03

316. April 2, 2003    Memo from T. Adams to S. Moore re: transmitting a minor amendment to Permit No. 358-1564-03

317. April 2, 2003    Letter from T. Adams to D. Cottingham re: transmitting a minor amendment to Permit No. 358-1564-03

318. May 2, 2003    Email from T. Gelatt to T. Adams re: permit amendment with attached "wild_insight_camera.doc"

319. May 8, 2003    Memo from T. Adams to File No. 358-1564 re: minor amendment 358-1564-04

320. May 16, 2003    Letter from S. Leathery to M. Robus re: transmitting minor amendment to Permit No. 358-1564-04

321. August 11, 2003   Letter from T. Gelatt to S. Leathery transmitting request for a minor amendment to Permit No. 358-1564-04

322. August 11, 2003   Email from T. Gelatt to S. Leathery re: MM permit no. 358-1564-04 minor amendment request with attached "Metabolic rate amendment.doc"

323. August 11, 2003   Email from L. Rea to T. Adams re: MM permit no. 358-1564-04 minor amendment request

324. August 29, 2003   Memo from S. Leathery to P. Williams re: request for Section 7 consultation

325. September 8, 2003          Email from T. Gelatt to T. Adams re: Trites permit with attached CVs
326. September 9, 2003          Email from T. Gelatt to T. Adams re: Trites permit with attached CVs
327. October 24, 2003  Memo from T. Adams to File No. 358-1564 re: minor amendment to Permit No. 358-1564-05
328. October 27, 2003  Letter from S. Leathery to M. Robus re: transmitting minor amendment to Permit No. 358-1564-05 including fax cover pages
329. November 25, 2003          Letter from S. Leathery to T. Gelatt re: expiration of permit
330. January 26, 2004  Email from T. Gelatt to T. Adams and S. Leathery re: 2003 annual permit report for mm permit no 358-1564-06 with attachment
331. February 13, 2004 Letter from S. Leathery to T. Gelatt re: annual report
332. March 1, 2004          Email from T. Gelatt to T. Adams re: USFS
333. March 1, 2004          Email (a second email) from T. Gelatt to T. Adams re: USFS
334. March 2, 2004          Email from M. Moran to T. Gelatt re: sea lions with attached "fedres5.doc"
335. March 4, 2004          Letter from S. Leathery to T. Gelatt re: addition of Co-Investigator to Permit No. 358-1564-06
336. May 24, 2004          Email from T. Gelatt to T. Adams re: More co-investigators
337. May 25, 2004          Email from T. Gelatt to T. Adams re: More co-investigators
338. May 25, 2004          Letter from S. Leathery from M. Robus re: transmitting minor amendment to Permit No. 358-1564-06
339. October 24, 2004  Email from L. Rea to S. Leathery et al. re: final report on branding 2004 mortality with 3 attachments
340. April 4, 2005          Email from L. Rea to T. Adams re: request for letter
341. April 21, 2005     Letter from S. Leathery to L. Rea re: authorization for hot-branding of Steller sea lions under Permit No. 881-1668 (Alaska SeaLife Center)
342. June 7, 2005          Email from S. Leathery to T. Adams re: forwarding an email from L. Rea to S. Leathery re: transmitting the 2004 annual report for Permit No. 358-1564-07 with attached "ADFG 2004 MM permit report.doc" and "Cover letter for 2004 annual report.doc"
343. Undated          Report of activities on Steller Sea Lions for 2000: MMPA and ESA Permits No. 965 (Final Report) and 358-1564-00 (Annual Report)
344. Undated    Report of activities on Steller Sea Lions for 2001: MMPA and ESA Permit 358-1564-00
345. Undated          Report of activities on Steller Sea Lions for 2002: MMPA and ESA Permit 358-1564-02 (-03 covering actions since 12 November 2002)
346. Undated          Permit No. 358-1564 Q&A re: amendment request
347. Undated          Memo from R. Johnson to The Record re: Alaska Department of Fish and Game (ADF&G) request to amend Permit No. 358-1564
348. Undated          Trip Report, Steller Sea Lion Pup Branding, 2003; Hazy Islands, Cape Horn Rocks, Lowrie Island, North Rocks; 25 June – 5 July, 2003 by J. King and T. Gelatt, Alaska Department of Fish and Game

**G.     Permit No. 358-1769; Alaska Department of Fish and Game**

2005 permit

349. August 6, 2004    Application for a Permit for Scientific Research Under the Marine Mammal Protection Act and For Scientific Purposes Under the Endangered Species Act. Current Permit No: 358-1564-7 from M. Robus (File No. 358-1769)

350. May 31, 2005    Letter from S. Leathery to M. Robus transmitting Permit No. 358-1769-00

351. June 6, 2005    Signature page for Permit No. 358-1769

**H.    Permit No. 782-1768; National Marine Mammal Laboratory**
2005 Permit

352. July 24, 2004    Application for a Permit for Scientific Research under the Marine Mammal Protection Act and for scientific purposes under the Endangered Species Act from J. Bengtson (File No. 782-1768)

353. January 25, 2005  Email from T. Gelatt to T. Adams re: Fwd: please review table re: your SSL permit request

354. May 13, 2005    Memo from J. Bengtson to S. Leathery re: File No. 782-1768— Responses to public comments on Steller sea lion scientific research permit application

355. May 31, 2005    Letter from S. Leathery to J. Bengtson transmitting Permit No. 782-1768-00

356. June 1, 2005    Fax from B. Fadely to T. Adams transmitting signature page for Permit No. 782-1768

357. June 16, 2005    Email from J. Bengtson to T. Adams re; amending SSL permits

358. June 29, 2005    Memo from S. Leathery to J. Lecky re: Report on the Application for an Amendment to a Permit to Take Steller sea lions [File No. 782-1768]: Recommendation for Issuance

359. June 29, 2005    Letter from S. Leathery to J. Bengtson transmitting major amendment (Permit No. 782-1768-01) to Permit No. 782-1768-00

360. July 8, 2005    Signature page file copy for Permit No. 782-1768-01

**I.    Permit No. 782-1702; National Marine Mammal Laboratory**
2005 Permit (as amendment to File No. 782-1768)

361. February 26, 2003 Application for a Permit for Scientific Research under the Marine Mammal Protection Act and the Endangered Species Act from S. Moore (File No. 782-1702)

362. March 12, 2005    Email from H. Huber to T. Adams re: your assistance with amending permit no. 782-1702

**J.    Permit No. 715-1784: North Pacific Universities Marine Mammal Research Consortium**
2005 Permit

363. May 4, 2003    Letter from A. Trites to S. Leathery re: amendment of Marine Mammal Permit No. 715-1457

364. February 23, 2005 Email from A. Trites to T. Adams re: question about your SSL permit

365. February 23, 2005 Email from P. Rosenbaum to T. Adams re: question about your SSL permit
366. May 31, 2005                Letter from S. Leathery to A. Trites transmitting Permit No. 715-1784-00


    **K.**      **File No. 1034-1773: M. Horning, Texas A&M University**
       Permit not issued
367. October 13, 2004 Letter from M. Horning to S. Leathery transmitting application for a permit
368. January 23, 2005 Email from M. Horning to T. Adams re: Horning edits re: please review table re: your SSL permit request with attached "2005 EA table-Horning edits.doc"
369. May 13, 2005                Email from M. Horning to T. Adams re: public comments on your proposed Steller sea lion permit file no. 1034-1773 with attached "Horning replies to HSUS comments on permit application May 13, 2005.doc"


    **L.**      **2002 Environmental Assessment**
370. February 19, 2002 Memo from S. Moore to A. Terbush re: Review of draft Preliminary Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions with attached comments
371. May 14, 2002                Memo from D. Knowles to D. DeMaster et al. re: draft Environmental Assessment for internal review with attached draft "Preliminary Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions"
372. April 4, 2002                Memo from R. Merrick to Record re: Review of Steller sea lion research permit Environmental Assessment
373. May 2, 2002                 Email from R. Schreiber to T. Adams re: SSL EA
374. May 21, 2002                Email from T. Adams to T. Eagle re: Re: Steller EA
375. May 23, 2002                Email from T. Adams to T. Eagle re: Re: Steller permit info for Don
376. May 24, 2002                Memo from D. DeMaster to G. Nitta re: Review of second draft Preliminary Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions
377. May 28, 2002                Email from R. Merrick to G. Nitta re: Re: Steller EA
378. May 29, 2002                Email from T. Adams to J. Drevenak re: Steller sea lion scientific research permit applications
379. June 5, 2002                Email from T. Adams to T. Loughlin re: Re: Steller Permit EA
380. June 7, 2002                Memo from T. Adams to T. Loughlin re: meeting to finalize the Steller sea lion research EA with attached enclosures
381. June 11, 2002               Email from G. Nitta to T. Eagle re: EA/mitigation
382. June 17, 2002               Email from M. Payne to R. Berg et al. re: [Fwd: draft EA] with attached email from B. Fadely to T. Eagle re: draft EA and attached "ea.zip"
383. June 19, 2002               Email from T. Adams to S. Kokkinakis re: Re: heads up on the Steller EA clearance package

384. June 21, 2002            Memo from W. Hogarth to J. Burgess, III re: Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions with attached Environmental Assessment
385. June 26, 2002            Memo from J. Burgess, III to All Interested Government Agencies and Public Groups re: Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions
386. July 29, 2002            Fax from Trustees for Alaska to Chief, Permits, Conservation & Education Division re: NMFS Environmental Assessment for Steller Sea Lion Research Initiative Permit Applications, 67 FR 433283 (June 27, 2002)
387. July 31, 2002            Letter from S. Young to Chief, Permits, Conservation and Education Division re: comments on proposed issuance of permits for study of Steller sea lions
388. August 2, 2002    Letter from R. Mattlin to E. Nitta re: MMC review of Permit Application Nos. 800-1664, 1016-1641, 434-1669, and 881-1668, and the Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions

**M.    2002 Biological opinion**

389. November 12, 2002            Memo from D. Knowles for The Record re: Biological Opinion on proposed marine mammal permits which would authorize various research activities on Steller sea lions

**N.    2003 Supplemental Environmental Assessment**

390. June 2003            Supplemental Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions
391. July 18, 2003            Memo from L. Allen to W. Hogarth re: Supplemental Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions
392. July 21, 2003            Finding of No Significant Impact for Supplemental Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions
393. July 21, 2003            Memo from J. Woods to All Interested Government Agencies and Public Groups re: Supplemental Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions
394. July 21, 2003            Memo from W. Hogarth to J. Woods re: Supplemental Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions

**O.    2005 Environmental Assessment**

395. April 4, 2005            Federal Register Notice (70 FR 17072) receipt of applications
396. April 18, 2005            Email from T. Adams to J. Drevenak re: Steller EA and FR notice
397. April 2005            Draft Environmental Assessment of the Effects of Permit Issuance for Research and Recovery Activities on Steller Sea Lions

398. April 19, 2005            Email from "NMFS PR1Comments" re: public comment on federal register of 4/4/05 vol 70 no 63 pg 17072
399. April 22, 2005            Letter from S. Young to S. Leathery requesting extension of public comment period re: FR notice 70 FR 17072
400. May 3, 2005              Letter from J. Curland to Chief, Permits re: Advance Notice on Steller sea lion research permit application Nos. 434-1669, etc.
401. May 4, 2005              Letter from S. Young and J. Lovvorn re: comments and notice of potential violations of the ESA, MMAP, and NEPA concerning Stellar [sic] Sea Lion Research Permits
402. May 19, 2005            Letter from D. Hayes to W. Hogarth re: Steller sea lion research permit applications
403. May 24, 2005            Memo from L. Allen to W. Hogarth re: Environmental Assessment on the Effects of Permit Issuance for Research and Recovery Activities on Steller Sea Lions
404. May 24, 2005            Finding of No Significant Impact on the Effects of Permit Issuance for Research and Recovery Activities on Steller Sea Lions
405. Not dated           Memo from W. Hogarth to S. Kennedy re: Finding of No Significant Impact on the Effects of Permit Issuance for Research and Recovery Activities on Steller Sea Lions
406. May 24, 2005            Environmental Assessment on the Effects of Permit Issuance for Research and Recovery Activities on Steller Sea Lions


**P.      2005 Biological Opinion**
407. May 24, 2005            Memo from L. Allen for The Record re: Biological Opinion on proposed marine mammal permits which would authorize various research activities on Steller sea lions


**Q.      References for 2002 Environmental Assessment** – documents available upon request
Alaska Sea Grant.  1993.  Is it food?: Addressing marine mammal and seabird declines: workshop summary.  Report AK-SG-93-01.

Alaska Sea Grant.  2001.  Steller sea lion decline:  Is it food II?.  Report AK-SG-02-02.

Angliss, R.P., DeMaster, D.P., and Lopez, A.L.  2001.  Alaska Marine Mammal Stock Assessment, 2001.  U.S. Dept. of Commerce, NOAA Tech. Memo. NMFS-AFSC-124, 203 p.

Antonelis Jr., G.A., Lowry, M.S., DeMaster, D.P.,and Fiscus, C.H.  1987.  Assesing northern elephant seal feeding habits by stomach lavage.  Mar. Mamm. Sci. 3: 308-322.

Arnould, J.P.Y.  1995.  Indices of body condition and body composition in female Antarctic fur seals (Arctocephalus gazella).  Marine Mammal Science 11(3): 301-313.

Bigg, M.A., and Fawcett, I.  1985.  Two biases in diet determination of northern fur seals (Calorhinus ursinus).  In J.R. Beddington, R.J.H. Beverton, and D.M. Lavigne (editors) Marine Mammals and Fisheries.  George Allen & Unwin, London, pp. 284-291.

Bowen, W.D., Boness, D.J., and Iverson, S.J.  1998.  Estimation of total body water in harbor seals: how useful is bioelectric impedance analysis?  Marine Mammal Science 14(4): 765-777.

Bowen, W.D., Beck, C.A., and Iverson, S.J.  1999.  Bioelectrical analysis as a means of estimating total body water in grey seals.  Can. J. Zool. 77: 418-422.

Brandon, E.A.A.  2000.  Maternal Investment in Steller sea lions in Alaska.  Ph.D. dissertation, Texas A&M University, College Station, Texas.

Calkins, D.G. and Pitcher, K.W.  1982.  Population assessment, ecology and trophic relationships of Steller sea lions in the Gulf of Alaska.  U.S. Dep. of Commerce., NOAA. OCSEAP Final Report 19 (1983), pp. 445-546.

Calkins, D.G., McAllister, D.C., Pitcher, K.W., and Pendelton, G.W.  1999.  Steller sea lion status and trend in southeast Alaska: 1979-1997.  Marine Mammal Science 15(2): 462-477.

Castellini, M.  2001.  Using bioelectrical impedance to measure the body composition of seals and sea lions.  FASEB J. in press.

Chumbley, M.K., Sease, J., and Strick, M.  1997.  Field studies of northern sea lions at Marmot Island, Alaska during 1979-94.  NOAA Tech. Memo. NMFS-AFSC-77.

Costa, D.P.  1987.  Isotopic methods for quantifying material and energy intake or free-ranging marine mammals.  In A.C. Huntley, D.P. Costa, G.A.J. Worthy, and M.A. Castellini (editors) Approaches to Marine Mammal Energetics.  Special Publication No. 1, Society for Marine Mammalogy, Allen Press, Lawrence, KS.

Day, G.I., Schemnitz, S.D., and Taber, R.D.  1980.  Capturing and marking wild animals.  In S.D. Schemnitz (editor) Wildlife Management Techniques Manual.  Fourth Edition.  The Wildlife Society, Washington, D.C.

Dierauf, L.A.  1990.  Pinniped husbandry.  In L.A. Dierauf, (editor).  CRC Handbook of Marine Mammal Medicine: Health, Disease, and Rehabilitation.  CRC Press, Inc.  Boca Raton, FL.

Environment News Service, April 3, 2000.  Injuries end "barbaric" elephant seal branding."

Fadely, B.S.  1997.  Investigations of health status and body condition of harbor seals (Phoca vitulina) in the Gulf of Alaska.  Unpubl. Ph.D. Dissertation, University of Alaska, Fairbanks. 181 pp.

Fair, P.A. and Becker, P.R.  2000.  Review of stress in marine mammals.  Journal of Aquatic Ecosystem Stress and Recovery 7: 335-354.

Fowler, M.E. Editor in Chief.  1978.  Zoo and Wild Animal Medicine, 2nd Edition.  W.B. Saunders Company, Philadelphia.

Fowler, M.E., Editor in Chief.  1986.  Zoo and Wild Animal Medicine.  W.B. Saunders Company, Philadelphia.

Gage, L.J.  1993.  Marine Mammals.  In M.E. Fowler, D.V.M., Editor in Chief.  Zoo and Wild Animal Medicine: Current Therapy, 3rd edition.  W.B. Saunders Company, Philadelphia.

Gales, N. 2000.  A field review of the Macquarie Island elephant seal hot branding program: December 2000.  A report prepared for the Antarctic Animal Ethics Committee.

Gales, R., Renouf, D., and Worthy, G.A.J.  1994.  Use of bioelectric impedance analysis to assess body composition of seals.  Marine Mammal Science 10(1): 1-12.

Gazo, M., Aparicio, F., Cedenilla, M.A., Layna, J.F., and González, L.M.  2000.  Pup survival in the Mediterranean monk seal (Monachus monachus) colony at Cabo Blanco Peninsula (Western Sahara-Mauritania).  Mar. Mamm. Sci. 16(1): 158-168.
Gee, H.  1998.  The warmth of whiskers.  Nature News Service, www.nature.com/nsu/981112/981112-6.html.

Gemmell, N.J. and Majluf, P.  1997.  Projectile biopsy sampling of fur seals.  Marine Mammal Science 13: 512-516.

Geraci, J.R. and J.Sweeney.  1986.  Clinical techniques.  In Zoo and Wild Animal Medicine, 2nd Edition.  M. E. Fowler, editor.  W.B. Saunders Co., Philadelphia

Gisiner, R.C.  1985.  Male territorial and reproductive behavior in the Steller sea lion, (Eumetopias jubatus). Ph.D. Dissertation, University of California, Santa Cruz.

Harvey, J.T.  1989.  Assessment of errors associated with harbor seal (Phoca vitulina) faecal sampling.  J. Zool. 219: 101-111.

Haulena, M., and Heath, R.B.  2001.  Marine mammal anesthesia.  In L.A. Dierauf and F.M.D. Gulland (editors) CRC Handbook of Marine Mammal Medicine, Second Edition. CRC Press, Inc.  Boca Raton, FL

Hirons, A.C., D.M. Schell, and A.M. Springer.  1998.  Isotope ratios in Steller sea lions, northern fur seals, and harbor seals of the Bering Sea and Western Gulf of Alaska: trophic implications. In D.M. Schell (editor)  Testing conceptual models of marine mammal trophic dynamics using carbon and nitrogen stable isotope ratios.  Final Report.  OCS Study MMS 98-0031.

Hooker, S.K., Boyd, I.L., Jessop, M., Cox, O., Boveng, P.L., and Bengston, J.L.  2001.  Fine-scale foraging behaviour of Antarctic fur seals: prey field observations from a digital camera. Abstract, 14th Biennial Conference on the Biology of Marine Mammals, Vancouver, Canada, November 28-December 3, 2001.

Kenward, R.  1987.  Wildlife Radio Tagging: Equipment, Field Techniques, and Data Analysis. Academic Press, San Diego.

Kirkpatrick, R.L. 1980. Physiological indices in wildlife management. In S.D. Schemnitz (editor) Wildlife Management Techniques Manual, 4th edition. The Wildlife Society, Washington, D.C.

Lay, D.C., T.H. Friend, C.L. Bowers, K.K. Grissom, and O.C. Jenkins. 1992a. A comparative physiological and behavioral study of freeze and hot-iron branding using dairy cows. J. Anim. Sci. 70:1121-1125.

Lay, D.C., Jr., T.H. Friend, R.D. Randel, C.L. Bowers, K.K. Grissom, and O.C. Jenkins. 1992b. Behavioral and physiological effects of freeze or hot-iron branding on crossbred cattle. J. Anim. Sci. 70:330-336.

Loughlin, T.R. 1998. The Steller sea lion: A declining species. Biosphere Conserv. 1(2): 91-98.

Loughlin, T.R. and York, A.E. 2002. An accounting of the sources of Steller sea lion mortality. Mar. Fish. Review: in press

Marshall, G.J. 1998. Crittercam: an animal-borne imaging and data logging system. Marine Technology Science Journal. 32(1): 11-17.

Melin, S., R.L. DeLong, and J.L. Laake. Survival and natality rates of California sea lions (Zalophus californianus) from a branding study at San Miguel Island, California. Unpublished Report.

Merrick, R.L., T.R. Loughlin, and D.G. Calkins. 1996. Hot branding: a technique for long-term marking of pinnipeds. NOAA Tech Memo NMFS-AFSC-68.

Merrick, R.L. 1987. Behavioral and demographic characteristics of northern sea lion rookeries. M.S. Thesis, Oregon State University, Corvalis.

National Marine Fisheries Service (NMFS). 1997a. Steller sea lion research peer review: behavior/rookery studies workshop, Seattle, Washington, December 5-7, 1997. 26 pp.

NMFS. 1997b. Steller sea lion research peer review: telemetry workshop, Seattle, Washington, December 8-10, 1997. 23 pp.

NMFS. 1999a. Steller sea lion research peer review physiology workshop, Seattle, Washington, February 8-10, 1999. 34 pp.

NMFS. 1999b. Steller sea lion research peer review feeding ecology workshop, Seattle, Washington, Febraury 11-12, 1999. 40 pp.

NMFS. 2000. Endangered Species Act-Section 7 consultation Biological Opinion and Incidental Take Statement on the authorization of the Bering Sea and Aleutian Islands

groundfish fishery under the BSAIFMP and the authorization of the Gulf of Alaska groundfish fishery under the GOA FMP.  Silver Spring, Maryland.

National Marine Mammal Laboratory.  2000.  Alaska Marine Mammal Stock Assessments 2000.  NMML, Alaska Fisheries Science Center, 7600 Sand Point Way, NE, Seattle, WA 98115.

NMFS.  2001.  Supplemental environmental impact statement for Steller sea lion protection measures in the federal groundfish fisheries off Alaska Implemented under the Fishery Management Plans for the Groundfish of the Gulf of Alaska and the Groundfish Fishery of the Bering Sea and Aleutian Islands Area.  November 2001.

National Research Council.  1996.  Guide for the Care and Use of Laboratory Animals.  National Academy Press, Washington, D.C.

Needham, D.J.  1993.  Cetacean Strandings.  In M.E. Fowler, D.V.M., Editor in Chief.  Zoo and Wild Animal Medicine: Current Therapy, 3rd edition.  W.B. Saunders Company, Philadelphia.

Neuman, D.R.  1999.  Agonistic behavior in harbor seals (Phoca vitulina) in relation to the availability of haul-out space.  Mar. Mamm. Sci. 15(2): 507-525.

Oftedal, O.T. and S.J. Iverson.  1987.  Hydrogen isotope methodology for measurement of milk intake and energetics in growth of suckling young.  In A.C. Huntley, D.P. Costa, G.A.J. Worthy, and M.A. Castellini (editors) Approaches to Marine Mammal Energetics.  Special Publication No. 1, Society for Marine Mammalogy, Allen Press, Lawrence, KS.

Pennycuick, C.J. and Rudnai, J.A.  1970.  A method of identifying individual lions Panthera leo with an analysis of the reliability of identification.  J. Zool., London 160: 497-508.

Phillips, A. and I. Stirling.  2001.  Lack of familial resemblance in calls of South American fur seal mothers and pups.  Abstracts of the 14th Biennial Conference on the Biology of Marine Mammals: Vancouver, Canada, November 28 " December 3, 2001.  Society for Marine Mammalolgy.

Pierce, G.J., Boyle, P.R., Watt, J., and Grisley, M.  1993.  Recent advances in diet analysis of marine mammals.  Symp. Zoo. Soc. Lond. 66: 241-261.

Pitcher, K.W. and Calkins, D.G.  1981.  Reproductive biology of Steller sea lions in the Gulf of Alaska.  J. Mamm. 62: 599-605.

Pitcher, K.W., Burkanov, V.N., Calkins, D.G., Le Boeuf, B.J., Mamaev, E.G., Merrick, R.L., and Pendelton, G.W.  2001.  Spatial and temporal variation in the timing of births of Steller sea lions.  J. Mammal. 82(4): 1047-1053.

Rea, L.D., Castellini, M.A., Fadely, B.S., and Loughlin, T.R.  1998.  Health status of young Alaska Steller sea lion pups (Eumetopias jubatus) as indicated by blood chemistry and hematology.  Comp. Biochem. Physiol. A120: 617-623.

Sandegren, F.E.  1970.  Breeding and maternal behavior of the Steller sea lion (Eumetopias jubatus) in Alaska.  M.S. Thesis, University of Alaska, Fairbanks.

Scott, T.G. and J.S. Ayars.  1980.  Capturing and marking wild animals.  In Wildlife Management Techniques Manual, 3rd edition.  H.S. Mosby (editor).  The Wildlife Society, Inc. Bethesda, MD

Sease, J.L. and Taylor, W.P.  2001.  Aerial survey of adult and juvenile Steller sea lions in Alaska, June 2000.  In B.S. Fadely (editor) Steller sea lion investigations, 2000.  Alaska Fisheries Science Center Processed Report 2001-05.

Stedman's Medical Dictionary, 27th edition.  2000.  Lippincott, Williams, and Wilkins, Philadelphia.

Steller Sea Lion Recovery Team.  1992.  Recovery Plan for the Steller Sea Lion (Eumetopias jubatus).  Office of Protected Resources, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Silver Spring, MD.

Stoskopf, M.K. 1990.  Marine Mammal Pharmacology.  In Dierauf, L.A. (editor), CRC Handbook of Marine Mammal Medicine: Health, Disease, and Rehabilitation.  CRC Press, Inc. Boca Raton, FL

Sweeney, J.C. 1990.  Marine Mammal Behavioral Diagnostics.  In Dierauf, L.A. (editor), CRC Handbook of Marine Mammal Medicine: Health, Disease, and Rehabilitation.  CRC Press, Inc. Boca Raton, FL

Wolfe, R.J. and Hutchinson-Scarbrough, L.B.  1999.  The subsistence harvest of harbor seals and sea lions by Alaska Natives in 1998.  Tech. Rep. 250, Alaska Dept. Fish and Game, Juneau, Alaska.

Zenteno-Savin, T., Castellini, M.A., Rea, L.D., and Fadely, B.S.  1997.  Plasma haptoglobin levels in threatened Alaskan pinniped populations.  J. Wildl. Dis. 33: 64-71.

**R.      Bibliography for 2004 Supplemental Environmental Assessment** – documents available upon request

Alaska Sea Grant.  1993.  Is it food?: Addressing marine mammal and seabird declines: workshop summary.  Report AK-SG-93-01.

Bush, M, Beck, B.B., and Montali, R.J.  1993.  Medical considerations of reintroduction.  Pp 24-26 in M.E. Fowler (editor) Zoo & Wild Animal Medicine: Current Therapy, Volume 3.  W.B. Saunders Company, Philadelphia.

Gemmell, N.J. and Majluf, P. 1997. Projectile biopsy sampling of fur seals. Marine Mammal Science 13: 512-516.

Gulland, F.M.D., Haulena, M., Lowenstine, L.J., Munro, C., Graham, P.A., Bauman, J., and Harvey, J. 1999. Adrenal function in wild and rehabilitated Pacific harbor seals (*Phoca vitulina richardsii*) and in seals with phocine herpesvirus-associated adrenal necrosis. Mar. Mamm. Sci. 15(3): 810-827.

Lander, M. 1998. Post-release monitoring of rehabilitated pinnipeds using radio and satellite telemetry. Proceedings of the International Association for Aquatic Animal Medicine. Volume 29, pages 41-42.

Lander, M.E., Gulland, F.M.D., and DeLong, R.L. 2000. Satellite tracking a rehabilitated Guadalupe fur seal (*Arctocephalus townsendi*). Aquatic Mammals 26(2): 137-142

Loughlin, T.R. 1998. The Steller sea lion: A declining species. Biosphere Conserv. 1(2): 91-98.

NMFS. 1997. Steller sea lion research peer review: telemetry workshop, Seattle, Washington, December 8-10, 1997. 23 pp.

NMFS. 2002. Environmental Assessment on the Effects of NMFS Permitted Scientific Research Activities on Threatened and Endangered Steller Sea Lions. Silver Spring, Maryland.

Rea, L.D., Rosen, D.A.S., and Trites, A.W. 2000. Metabolic response to fasting in 6-week-old Steller sea lion pups (*Eumetopias jubatus*). Can. J. Zool. 78: 890-894.

Steller Sea Lion Recovery Team. 1992. Recovery Plan for the Steller Sea *Lion (Eumetopias jubatus*). Office of Protected Resources, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Silver Spring, MD.

**S.     Bibliography for 2005 Environmental Assessment** – documents available upon request

Alaska Sea Grant. 1993. Is it food?: Addressing marine mammal and seabird declines: workshop summary. Report AK-SG-93-01.

Angliss, R.P., DeMaster, D.P., and Lopez, A.L. 2001. Alaska Marine Mammal Stock Assessment, 2001. U.S. Dept. of Commerce, NOAA Tech. Memo. NMFS-AFSC-124, 203 p.

Antonelis Jr., G.A., Lowry, M.S., DeMaster, D.P.,and Fiscus, C.H. 1987. Assesing northern elephant seal feeding habits by stomach lavage. Mar. Mamm. Sci. 3: 308-322.

Arnould, J.P.Y. 1995. Indices of body condition and body composition in female Antarctic fur seals (Arctocephalus gazella). Marine Mammal Science 11(3): 301-313.

Bigg, M.A., and Fawcett, I.  1985.  Two biases in diet determination of northern fur seals (*Calorhinus ursinus*).  *In* J.R. Beddington, R.J.H. Beverton, and D.M. Lavigne (editors) Marine Mammals and Fisheries.  George Allen & Unwin, London, pp. 284-291.

Bowen, W.D., Boness, D.J., and Iverson, S.J.  1998.  Estimation of total body water in harbor seals: how useful is bioelectric impedance analysis?  Marine Mammal Science 14(4): 765-777.

Bowen, W.D., Beck, C.A., and Iverson, S.J.  1999.  Bioelectrical analysis as a means of estimating total body water in grey seals.  Can. J. Zool. 77: 418-422.

Brandon, E.A.A.  2000.  Maternal Investment in Steller sea lions in Alaska.  Ph.D. dissertation, Texas A&M University, College Station, Texas.

Calkins, D.G. and Pitcher, K.W.  1982.  Population assessment, ecology and trophic relationships of Steller sea lions in the Gulf of Alaska.  U.S. Dep. of Commerce., NOAA.  OCSEAP Final Report 19 (1983), pp. 445-546.

Calkins, D.G., McAllister, D.C., Pitcher, K.W., and Pendelton, G.W.  1999.  Steller sea lion status and trend in southeast Alaska: 1979-1997.  Marine Mammal Science 15(2): 462-477.

Castellini, M.  2001.  Using bioelectrical impedance to measure the body composition of seals and sea lions.  FASEB J. in press.

Chumbley, M.K., Sease, J., and Strick, M.  1997.  Field studies of northern sea lions at Marmot Island, Alaska during 1979-94.  NOAA Tech. Memo. NMFS-AFSC-77.

Costa, D.P.  1987.  Isotopic methods for quantifying material and energy intake or free-ranging marine mammals.  *In* A.C. Huntley, D.P. Costa, G.A.J. Worthy, and M.A. Castellini (editors) Approaches to Marine Mammal Energetics.  Special Publication No. 1, Society for Marine Mammalogy, Allen Press, Lawrence, KS.

Day, G.I., Schemnitz, S.D., and Taber, R.D.  1980.  Capturing and marking wild animals.  *In* S.D. Schemnitz (editor) Wildlife Management Techniques Manual.  Fourth Edition.  The Wildlife Society, Washington, D.C.

Dierauf, L.A.  1990.  Pinniped husbandry.  *In* L.A. Dierauf, (editor).  CRC Handbook of Marine Mammal Medicine: Health, Disease, and Rehabilitation.  CRC Press, Inc.  Boca Raton, FL.

Environment News Service, April 3, 2000.  "Injuries end "barbaric" elephant seal branding."

Fadely, B.S.  1997.  Investigations of health status and body condition of harbor seals (*Phoca vitulina*) in the Gulf of Alaska.  Unpubl. Ph.D. Dissertation, University of Alaska, Fairbanks. 181 pp.

Fair, P.A. and Becker, P.R.  2000.  Review of stress in marine mammals.  Journal of Aquatic Ecosystem Stress and Recovery 7: 335-354.

Fowler, M.E. Editor in Chief. 1978. Zoo and Wild Animal Medicine, 2nd Edition. W.B. Saunders Company, Philadelphia.

Fowler, M.E., Editor in Chief. 1986. Zoo and Wild Animal Medicine. W.B. Saunders Company, Philadelphia.

Gage, L.J. 1993. Marine Mammals. *In* M.E. Fowler, D.V.M., Editor in Chief. Zoo and Wild Animal Medicine: Current Therapy, 3rd edition. W.B. Saunders Company, Philadelphia.

Gales, N. 2000. A field review of the Macquarie Island elephant seal hot branding program: December 2000. A report prepared for the Antarctic Animal Ethics Committee.

Gales, R., Renouf, D., and Worthy, G.A.J. 1994. Use of bioelectric impedance analysis to assess body composition of seals. Marine Mammal Science 10(1): 1-12.

Gazo, M., Aparicio, F., Cedenilla, M.A., Layna, J.F., and González, L.M. 2000. Pup survival in the Mediterranean monk seal (*Monachus monachus*) colony at Cabo Blanco Peninsula (Western Sahara-Mauritania). Mar. Mamm. Sci. 16(1): 158-168.

Gee, H. 1998. The warmth of whiskers. Nature News Service, www.nature.com/nsu/981112/981112-6.html.

Gemmell, N.J. and Majluf, P. 1997. Projectile biopsy sampling of fur seals. Marine Mammal Science 13: 512-516.

Geraci, J.R. and J.Sweeney. 1986. Clinical techniques. *In* Zoo and Wild Animal Medicine, 2nd Edition. M. E. Fowler, editor. W.B. Saunders Co., Philadelphia

Gisiner, R.C. 1985. Male territorial and reproductive behavior in the Steller sea lion, (*Eumetopias jubatus*). Ph.D. Dissertation, University of California, Santa Cruz.

Harvey, J.T. 1989. Assessment of errors associated with harbor seal (Phoca vitulina) faecal sampling. J. Zool. 219: 101-111.

Haulena, M., and Heath, R.B. 2001. Marine mammal anesthesia. In L.A. Dierauf and F.M.D. Gulland (editors) CRC Handbook of Marine Mammal Medicine, Second Edition. CRC Press, Inc. Boca Raton, FL

Hirons, A.C., D.M. Schell, and A.M. Springer. 1998. Isotope ratios in Steller sea lions, northern fur seals, and harbor seals of the Bering Sea and Western Gulf of Alaska: trophic implications. *In* D.M. Schell (editor) Testing conceptual models of marine mammal trophic dynamics using carbon and nitrogen stable isotope ratios. Final Report. OCS Study MMS 98-0031.

Hooker, S.K., Boyd, I.L., Jessop, M., Cox, O., Boveng, P.L., and Bengston, J.L. 2001. Fine-scale foraging behaviour of Antarctic fur seals: prey field observations from a digital camera. Abstract, 14th Biennial Conference on the Biology of Marine Mammals, Vancouver, Canada, November 28-December 3, 2001.

Kenward, R. 1987. Wildlife Radio Tagging: Equipment, Field Techniques, and Data Analysis. Academic Press, San Diego.

Kirkpatrick, R.L. 1980. Physiological indices in wildlife management. *In* S.D. Schemnitz (editor) Wildlife Management Techniques Manual, 4th edition. The Wildlife Society, Washington, D.C.

Loughlin, T.R. 1998. The Steller sea lion: A declining species. Biosphere Conserv. 1(2): 91-98.

Loughlin, T.R. and York, A.E. 2002. An accounting of the sources of Steller sea lion mortality. Mar. Fish. Review: *in press*

Marshall, G.J. 1998. Crittercam: an animal-borne imaging and data logging system. Marine Technology Science Journal. 32(1): 11-17.

Melin, S., R.L. DeLong, and J.L. Laake. Survival and natality rates of California sea lions (*Zalophus californianus*) from a branding study at San Miguel Island, California. Unpublished Report.

Merrick, R.L., T.R. Loughlin, and D.G. Calkins. 1996. Hot branding: a technique for long-term marking of pinnipeds. NOAA Tech Memo NMFS-AFSC-68.

Merrick, R.L. 1987. Behavioral and demographic characteristics of northern sea lion rookeries. M.S. Thesis, Oregon State University, Corvalis.

National Marine Fisheries Service (NMFS). 1997a. Steller sea lion research peer review: behavior/rookery studies workshop, Seattle, Washington, December 5-7, 1997. 26 pp.

NMFS. 1997b. Steller sea lion research peer review: telemetry workshop, Seattle, Washington, December 8-10, 1997. 23 pp.

NMFS. 1999a. Steller sea lion research peer review physiology workshop, Seattle, Washington, February 8-10, 1999. 34 pp.

NMFS. 1999b. Steller sea lion research peer review feeding ecology workshop, Seattle, Washington, Febraury 11-12, 1999. 40 pp.

NMFS. 2000. Endangered Species Act-Section 7 consultation Biological Opinion and Incidental Take Statement on the authorization of the Bering Sea and Aleutian Islands groundfish fishery under the BSAIFMP and the authorization of the Gulf of Alaska groundfish fishery under the GOA FMP. Silver Spring, Maryland.

National Marine Mammal Laboratory. 2000. Alaska Marine Mammal Stock Assessments 2000. NMML, Alaska Fisheries Science Center, 7600 Sand Point Way, NE, Seattle, WA 98115.

NMFS. 2001. Supplemental environmental impact statement for Steller sea lion protection measures in the federal groundfish fisheries off Alaska Implemented under the Fishery

Management Plans for the Groundfish of the Gulf of Alaska and the Groundfish Fishery of the Bering Sea and Aleutian Islands Area.  November 2001.

National Research Council.  1996.  Guide for the Care and Use of Laboratory Animals.  National Academy Press, Washington, D.C.

Needham, D.J.  1993.  Cetacean Strandings.  *In* M.E. Fowler, D.V.M., Editor in Chief.  Zoo and Wild Animal Medicine: Current Therapy, 3rd edition.  W.B. Saunders Company, Philadelphia.

Neuman, D.R.  1999.  Agonistic behavior in harbor seals (*Phoca vitulina*) in relation to the availability of haul-out space.  Mar. Mamm. Sci. 15(2): 507-525.

Oftedal, O.T. and S.J. Iverson.  1987.  Hydrogen isotope methodology for measurement of milk intake and energetics in growth of suckling young.  *In* A.C. Huntley, D.P. Costa, G.A.J. Worthy, and M.A. Castellini (editors) Approaches to Marine Mammal Energetics.  Special Publication No. 1, Society for Marine Mammalogy, Allen Press, Lawrence, KS.

Pennycuick, C.J. and Rudnai, J.A.  1970.  A method of identifying individual lions Panthera leo with an analysis of the reliability of identification.  J. Zool., London 160: 497-508.

Phillips, A. and I. Stirling.  2001.  *Lack of familial resemblance in calls of South American fur seal mothers and pups.*  Abstracts of the 14th Biennial Conference on the Biology of Marine Mammals: Vancouver, Canada, November 28 – December 3, 2001.  Society for Marine Mammalolgy.

Pierce, G.J., Boyle, P.R., Watt, J., and Grisley, M.  1993.  Recent advances in diet analysis of marine mammals.  Symp. Zoo. Soc. Lond. 66: 241-261.

Pitcher, K.W. and Calkins, D.G.  1981.  Reproductive biology of Steller sea lions in the Gulf of Alaska.  J. Mamm. 62: 599-605.

Pitcher, K.W., Burkanov, V.N., Calkins, D.G., Le Boeuf, B.J., Mamaev, E.G., Merrick, R.L., and Pendelton, G.W.  2001.  Spatial and temporal variation in the timing of births of Steller sea lions.  J. Mammal. 82(4): 1047-1053.

Rea, L.D., Castellini, M.A., Fadely, B.S., and Loughlin, T.R.  1998.  Health status of young Alaska Steller sea lion pups (*Eumetopias jubatus*) as indicated by blood chemistry and hematology.  Comp. Biochem. Physiol. A120: 617-623.

Sandegren, F.E.  1970.  Breeding and maternal behavior of the Steller sea lion (*Eumetopias jubatus*) in Alaska.  M.S. Thesis, University of Alaska, Fairbanks.

Scott, T.G. and J.S. Ayars.  1980.  Capturing and marking wild animals.  In Wildlife Management Techniques Manual, 3rd edition.  H.S. Mosby (editor).  The Wildlife Society, Inc. Bethesda, MD

Sease, J.L. and Taylor, W.P.  2001.  Aerial survey of adult and juvenile Steller sea lions in Alaska, June 2000.  *In* B.S. Fadely (editor) Steller sea lion investigations, 2000.  Alaska Fisheries Science Center Processed Report 2001-05.

Stedman's Medical Dictionary, 27th edition.  2000.  Lippincott, Williams, and Wilkins, Philadelphia.

Steller Sea Lion Recovery Team.  1992.  Recovery Plan for the Steller Sea *Lion (Eumetopias jubatus)*.  Office of Protected Resources, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Silver Spring, MD.

Stoskopf, M.K. 1990.  Marine Mammal Pharmacology.  *In* Dierauf, L.A. (editor), CRC Handbook of Marine Mammal Medicine: Health, Disease, and Rehabilitation.  CRC Press, Inc. Boca Raton, FL

Sweeney, J.C. 1990.  Marine Mammal Behavioral Diagnostics.  *In* Dierauf, L.A. (editor), CRC Handbook of Marine Mammal Medicine: Health, Disease, and Rehabilitation.  CRC Press, Inc. Boca Raton, FL

Wolfe, R.J. and Hutchinson-Scarbrough, L.B.  1999.  The subsistence harvest of harbor seals and sea lions by Alaska Natives in 1998.  Tech. Rep. 250, Alaska Dept. Fish and Game, Juneau, Alaska.

Zenteno-Savin, T., Castellini, M.A., Rea, L.D., and Fadely, B.S.  1997.  Plasma haptoglobin levels in threatened Alaskan pinniped populations.  J. Wildl. Dis. 33: 64-71.

**T.    Literature Cited in 2002 and 2005 Biological Opinions** – documents available upon request

Ashmole, N.P. 1963. The regulation of numbers of tropical oceanic birds. Ibis 103: 458-473.

Alaska Sea Grant. 1993. Is it food? Addressing marine mammal and seabird declines. Alaska Sea Grant; Fairbanks, Alaska.

Alverson, D.L. 1992. A review of commercial fisheries and the Steller sea lion (*Eumetopias jubatus*): The conflict arena.  Reviews in Aquatic Science 6:203-256.

Anderson, P.J., J.E. Blackburn, and B.A. Johnson.  1997.  Declines of forage species in the Gulf of Alaska, 1972-1995, as an indicator of regime shift.  Proceedings of the Forage Fishes in the Marine Ecosystems Symposium.  Alaska Sea Grant College Program, pp. 531-544.

Anderson, P.J. and J.F. Piatt.  1999.   Community reorganization in the Gulf of Alaska following ocean climate regime shift.  Marine Ecol. Progr. Series 189: 117-123.

Barlow, K. E., I. L. Boyd, J. P. Croxall, K. Reid, I. J. Staniland, and A. S. Brierley. 2002. Are penguins and seals in competition for Antarctic krill at South Georgia? Marine Biology 140:205-213.

Bickham, J.W., J.C. Patton, and T.R. Loughlin. 1996. High variability for control-region sequences in a marine mammal--implications for conservation and biogeography of Steller sea lion (Eumetopias jubatus). Journal of Mammalogy 77:95-108.

Bjørge, A., T. Bekkby, V. Bakkestuen, and E. Framstad. 2002. Interactions between harbour seals, Phoca vitulina, and fisheries in complex coastal waters explored by combined Geographic Information System (GIS) and energetics modelling. ICES Journal of Marine Science 59:29-42.

Braham, H. W., R. D. Everitt, and D. J. Rugh. 1980. Northern sea lion population decline in the eastern Aleutian Islands. Journal of Wildlife Management 44:25-33.

Calkins, D., and E. Goodwin. 1988. Investigations of the decline of Steller sea lions in the Gulf of Alaska. Unpublished contract report to the National Marine Fisheries Service, National Marine Mammal Laboratory, April 1, 1988. [Available from the Alaska Department of Fish and Game, 333 Raspberry Rd, Anchorage, AK 99518]

Calkins, D.G., and K.W. Pitcher. 1982. Population assessment, ecology and trophic relationships of Steller sea lions in the Gulf of Alaska. U.S. Dep. of Commer., NOAA. OCSEAP Final Report 19 (1983), pp. 445-546.

Chumbley, K., J. Sease, M. Strick, and R. Towell. 1997. Field Steller sea lions (Eumetopias jubatus) at Marmot Island, Alaska, 1979 through 1994. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-77, 99 pp.

Ferrero, R. C., and L. W. Fritz. 2002. Steller sea lion research and coordination: a brief history and summary of recent progress. National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Alaska Fisheries Science Center, Seattle, Washington.

Fraser, A. J., J. R. Sargent, J. C. Gamble, and D. D. Seaton. 1989. Formation and transfer of fatty acids in an enclosed marine food chain comprising phytoplankton, zooplankton, and herring (Clupea harengus L.) larvae. Marine Chemistry 27: 1-18.

Furness, R.W. 1984. Seabird-fisheries relationships in the northeast Atlantic and North Sea. Pages 162-169. In: D.N. Nettleship, G.A. Sanger, and P.F. Springer (eds.) Marine birds: their feeding ecology and commercial fisheries relationships. Canadian Wildlife Service; Ottawa, Canada.

Furness, R. W., and T. R. Birkhead. 1984. Seabird colony distributions suggest competition for food supplies during the breeding season. Nature:655-656.

Gemmell, N.J. and P. Majluf. 1997. Projectile biopsy sampling of fur seals. Marine Mammal Science 13:512-516.

Gerber, L. R., and G. R. VanBlaricom. 2001. Implications of three viability models for the conservation status of the western population of Steller sea lions (Eumetopias jubatus). Biological Conservation 102:261-269.

Goñi, R. 1998. Ecosystem effects of marine fisheries: an overview. Ocean and Coastal Management 40:17-44.

Grahl-Nielsen, O. and O. Mjaavatten. 1991. Dietary influence on fatty acid composition of blubber fat of seals as determined by biopsy: a multivariate approach. Marine Biology 110: 59-64.

Harwood, J., and J. P. Croxall. 1988. The assessment of competition between seals and commercial fisheries in the North Sea and the Antarctic. Marine Mammal Science 4:13-33.

Heath, R.B., D. Calkins, D. McAllister, W. Taylor, and T. Spraker. 1996. Telazol and isoflurane field anesthesia in free-ranging Steller's sea lions (Eumetopias jubatus). Journal of Zoo and Wildlife Medicine 27:35-43.

Heath, R.B., R. DeLong, V. Jameson, D. Bradley, and T. Spraker. 1997. Isoflurane anesthesia in free ranging sea lion pups. Journal of Wildlife Diseases 33:206-210.

Hobson, K.A., and W.A. Montevecchi. 1991. Stable isotopic determinations of trophic relationships in great auks. Oecologia 87:528-531.

Hobson, K.A., J.L. Sease, R.L. Merrick, and J.F. Piatt. 1997. Investigating trophic relationships of pinnipeds in Alaska and Washington using stable isotope ratios of nitrogen and carbon. Marine Mammal Science 13:114-132.

Hobson, K.A., and J.L Sease. 1998. Stable isotope analyses of tooth annuli reveal temporal dietary records: an example using Steller sea lions. Marine Mammal Science 14:116-129.

Innis, S. M., and H. V. Kuhnlein. 1987. The fatty acid composition of northern Canadian marine and terrestrial mammals. Acta Med. Scad. 222:105-109.

Iverson, S. 1995. Principles of fatty acid signature analysis and its use in studying foraging ecology and diets of marine mammals. ICES/NAFO Symposium, Role of Marine Mammals in the Ecosystem, Halifax, Canada

Iverson, S. J., K. J. Frost, and L. F. Lowry. 1997. Fatty acid signatures reveal fine scale structure of foraging distribution of harbor seals and their prey in Prince William Sound, Alaska. Marine Ecology Progress Series 151:255-271.

Jennings, S., and M. Kaiser. 1998. The effects of fishing on marine ecosystems. Advances in Marine Biology 34:201-352.

Loughlin, T.R. 1997. Using the phylogeographic method to identify Steller sea lion stocks. Pages 159-171 in A.E. Dizon, S.J. Chivers, and W.F. Perrin (editors), Molecular genetics of marine mammals. Society of Marine Mammalogy, Special Publication No. 3.

Loughlin, T.R., L. Consiglieri, R.L. DeLong, and A.T. Actor. 1983. Incidental catch of marine mammals by foreign fishing vessels, 1978-1981. Marine Fisheries Review 45:44-49.

Loughlin, T.R., and R. Nelson. 1986. Incidental mortality of northern sea lions in Shelikof Strait, Alaska. Marine Mammal Science 2:14-33.

Loughlin, T.R., A.S. Perlov, and V.A. Vladimirov. 1992. Range-Wide Survey and Estimation of Total Abundance of Steller Sea Lions in 1989. Marine Mammal Science 8:220-239.

Loughlin, T.R., M.A. Perez, R.L. Merrick. 1987. Eumetopias jubatus. Mammalian Species 283:1-7.

Mate, B.R. 1973. Population kinetics and related ecology of the northern sea lion, Eumetopias jubatus, and the California sea lion, Zalophus californianus, along the Oregon Coast. Ph.D. dissertation, University of Oregon.

Merrick, R.L. and T.R. Loughlin. 1997. Foraging behavior of adult female and young-of-the-year Steller sea lions in Alaskan waters. Canadian Journal of Zoology 75(5):776-786.

Merrick, R.L., M.K. Chumbley, and G.V. Byrd. 1997. Diet diversity of Steller sea lions (Eumetopias jubatus) and their population decline in Alaska: a potential relationship. Canadian Journal of Fisheries and Aquatic Sciences 54:1342-1348.

Merrick, R. L., T. R. Loughlin, G. A. Antonelis, and R. Hill. 1994. Use of satellite-linked telemetry to study Steller sea lion and northern fur seal foraging. Polar Research 13: 105-114.

Merrick, R. L., T. R. Loughlin, and D. G. Calkins. 1987. Decline in abundance of the northern sea lion, Eumetopias jubatus, in Alaska, 1956-86. Fishery Bulletin U.S. 85:351-365.

Merrick, R. L., T. R. Loughlin, and D. G. Calkins. 1996. Hot-branding: a technique for long-term marking of pinnipeds. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, NMFS-AFSC-68.

Merrick, R., P. Gearin, S. Osmek, and D. Withrow. 1988. Field studies of northern sea lions at Ugamak Island, Alaska during the 1985 and 1986 breeding seasons. National Oceanic and Atmospheric Administration, National Marine Fisheries Service, NOAA Technical Memorandum NMFS F/NWC-143, 60 p.

National Marine Fisheries Service (NMFS). 1992. Recovery plan for the Steller sea lion (Eumetopias jubatus). Prepared by the Steller Sea Lion Recovery Team for the National Marine Fisheries Service, Silver Spring, Maryland, 92 p.

National Marine Fisheries Service (NMFS). 1995. Status review of the United States Steller sea lion (Eumetopias jubatus) population. Prepared by the National Marine Mammal Laboratory, Alaska Fisheries Science Center, Seattle, Washington,  45 pp.

Oro, D., and R. W. Furness. 2002. Influences of food availability and predation on survival of kittiwakes. Ecology 83:2516-2529.

Osterhaus, A.D.M.E., and E.J. Vedder.  1988.  Identification of virus causing recent seal deaths. Nature 350:20.

Perez, M. A. and T. R. Loughlin. 1991. Incidental catch of marine mammals by foreign and joint venture trawl vessels in the U. S. EEZ of the North Pacific, 1973-88. National Oceanic and Atmospheric Administration, National Marine Fisheries Service, NOAA Technical Report NMFS-104, 57 p.

Pitcher, K.W., and D.G. Calkins. 1981.  Reproductive biology of Steller sea lions in the Gulf of Alaska.  Journal of Mammalogy 62:599-605.

Porter, B.  1997.  Winter ecology of Steller sea lions (Eumetopias jubatus) in Alaska.  M.S. dissertation, University of British Columbia, 84 pp.

Rea, L., M. Castellini, B. Fadely, and T.R. Loughlin. 1998. Health status of young Alaska Steller sea lion pups (Eumetopias jubatus) as indicated by blood chemistry and hematology. Comp. Biochem. Physiol. 120:617-623.

Ream, R.R., J.D. Baker and R.T. Towell. 1999. Bogoslof Island studies, 1997. Pages 81-92 in E. H. Sinclair and B.W. Robson, editors. Fur seal investigations, 1997. National Oceanic and Atmospheric Administration, National Marine Fisheries Service, NOAA Technical Memorandum NMFS-AFSC-106.

Repenning, C.A.  1976.  Adaptive evolution of sea lions and walruses.  Syst. Zool. 25:375-390.

Sargent, J. R., R. J. Parkes, I. Mueller-Harvey, and R. J. Henderson. 1988. Lipid biomarkers in marine ecology, p. 119-138. In M. A. Sleigh, ed. Microbes in the sea. Ellis Horwood, Ltd. Chichester, U.K.

Sease, J.L., J.M. Strick, R.M. Merrick, and J.P. Lewis. 1999. Aerial and land-based surveys of Steller sea lions (Eumetopias jubatus) in Alaska, June and July 1996. U.S. Dep. Commer., NOAA Technical Memorandum NMFS-AFSC-99, 43 pp.

Sease, J.L., and T.R. Loughlin. 1999. Aerial and land-based surveys of Steller sea lions (Eumetopias jubatus) in Alaska, June and July 1997 and 19986. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-100, 61 pp.

Sease, J. L., R. F. Brown, V. N. Burkanov, D. G. Calkins, P. F. Olesiuk, and A. E. York. In Press. Range-wide survey of Steller sea lions in 1994. J. Wildl. Manage.

Smith, S. J., S. J. Iverson, and W. D. Bowen. 1997. Analysis of fatty acid signatures using classification trees: a new tool for investigating the foraging ecology of seals. Canadian Journal Fishery and Aquatic Sciences 54:1377-1386.

Spaulding, G.C. 1964. Comparative feeding habits of the fur seal, sea lion, and harbour seal on the British Columbia coast. Fisheries Research Board of Canada, Bulletin No. 146.

Strick, J.M., L.W. Fritz, and J.P. Lewis. 1997. Aerial and ship based surveys of Steller sea lions (Eumetopias jubatus) in Southeast Alaska, the Gulf of Alaska, and Aleutian Islands during June and July 1994. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-71, 55 pp.

Tasker, M. l., C. J. Campbuysen, J. Cooper, S. Gatrthe, W. Montevecchi, and S. Blaber. 2000. The impacts of fishing on marine birds. ICES Journal of Marine Science 57:531-547.

Taylor, B. L. 1995. The reliability of using population viability analysis of risk classification of species. Conservation Biology 9:551-558.

Thorsteinson, F.V., and C.J. Lensink. 1962. Biological observations of Steller sea lions taken during an experimental harvest. Journal of Wildlife Management 26:353-359.
Varanasi, U., J.E. Stein, W.L. Reichert, K.L. Tilbury, M.M. Krahn, and S.Chan. 1992. Chlorinated and aromatic hydrocarbons in bottom sediments, fish and marine mammals in U.S. coastal waters: laboratory and field studies of metabolism and accumulation. In C.H. Walker and D.R. Livingstone (eds.), Persistent Pollutants in Marine Ecosystems.

Wynne, K. 1990. Marine mammal interactions with the salmon drift gillnet fishery on the Copper River Delta, Alaska, 1988 and 1989. Sea Grant Technical Report No. 90-05. University of Alaska, Fairbanks.

Wynne, K.M., D. Hicks, and N. Munro. 1992. 1991 Marine mammal observer program for the salmon driftnet fishery of Prince William Sound Alaska. Annual Report NMFS/NOAA Contract 50ABNF000036. NMFS Alaska Region, Office of Marine Mammals, P.O. Box 21668, Juneau, Alaska, 99802.

Yodzis, P. 2001. Must top predators be culled for the sake of fisheries? Trends in Ecology & Evolution 16:78-84.

York, A.E. 1994. The population dynamics of northern sea lions, 1975-1985. Marine Mammal Science 10:38-51.

Zenteno-Savin, T., M.E. Castellini, L.D. Rea and B.S. Fadely. 1997. Plasma haptoglobin levels in threatened Alaskan pinniped populations. Journal of Wildlife Diseases 33(1):64-71.