CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Humane Society of the United States et al.  )
2100 L Street N.W.  )
Washington D.C. 20037  )
                                  )
            Plaintiff  )     Civil Action No. __1:05CV0139__
    VS  )
                                    )
Department of Commerce et al.  )
14th & Constitution Ave. N.W  )
Washington D.C. 20230  )
          Defendant  )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __The Humane Society of the United States__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __The Humane Society of the United States__ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

__441674__
BAR IDENTIFICATION NO.

James Barrett
Print Name

LATHAM & WATKINS 555 Eleventh St. N.W.
Address

Washington D.C. 20004
City           State          Zip Code

202-637-2200
Phone Number