**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. )<br>)<br>                Plaintiffs, )<br>)<br>vs. )<br>)<br>DEPARTMENT OF COMMERCE, et al., )<br>)<br>                Defendants. )  | Civ. No. 05-1392 (ESH)<br><br>**DECLARATION OF<br>JAMES BARRETT** |

_____

DECLARATION OF JAMES BARRETT

I, James Barrett, do hereby declare:

1. I am a partner at the firm of Latham & Watkins LLP. I am admitted to practice before this Court and hereby respectfully submit this declaration in support of Plaintiff's Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from David Cottingham, Executive Director, Marine Mammal Commission to Steven Leathery, Chief, Permits Division, National Marine Fisheries Service, dated May 19, 2005, reflecting the Marine Mammal Commission's preliminary comments on the 2005 permit applications.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from David Cottingham, Executive Director, Marine Mammal Commission, to Steve Leathery, Chief, Permits Division, National Marine Fisheries Service, dated June 10, 2005, reflecting the Marine Mammal Commission's final comments on the 2005 permit applications.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from William T. Hogarth, Assistant Administrator of the National Marine Fisheries Service, to David J. Hayes of Latham & Watkins LLP, dated June 27, 2005.

5. Attached hereto as Exhibit 4 is a true and correct copy of the notice published in the Federal Register, 70 Fed. Reg. 76,780 (Dec. 28, 2005), by the National Marine Fisheries Service, announcing its intent to prepare an Environmental Impact Statement on the impacts of research on Steller sea lions.

6. Attached hereto as Exhibit 5 is a true and correct copy of *Report to ASCOBANS, Potential Mitigation Measures for Reducing the By-catches of Small Cetaceans in ASCOBANS Waters,* written by Andrew J. Read, and dated December 27, 2000.

7. Attached hereto as Exhibit 6 is a true and correct copy of *Experts unravel mystery of blue whale's death*, written by Mark Johnson, and published in SouthCoast Today on December 6, 1998.

8. Attached hereto as Exhibit 7 is a true and correct copy of *Petition to List the Gray Whale under the ESA: Part III*, written by The Fund for Animals, and dated March 28, 2001.

9. Attached hereto as Exhibit 8 is a true and correct copy of a National Oceanic and Atmospheric Administration *Alaska Marine Mammal Stock Assessments*, 2003, NOAA Tech. Memo. NMFS AFSC-144, dated August 2004, as obtained from the website of the National Marine Fisheries Service.

10. Attached hereto as Exhibit 9 is a true and correct copy of the U.S. Fish and Wildlife Service and the National Marine Fisheries Service *Final ESA Section 7 Consultation*

*Consultation Handbook*, dated March 1998, as obtained from the website of the U.S. Fish and Wildlife Service.

January 6, 2007

                                                _____
                                                James Barrett