# EXHIBIT 8
# TO
# DECLARATION OF JAMES BARRETT

NOAA-TM-AFSC-144
Angliss, R.P., and K.L. Lodge

Revised 4/30/03

## STELLER SEA LION (*Eumetopias jubatus*): Western U. S. Stock

### STOCK DEFINITION AND GEOGRAPHIC RANGE

Steller sea lions range along the North Pacific Rim from northern Japan to California (Loughlin et al. 1984), with centers of abundance and distribution in the Gulf of Alaska and Aleutian Islands, respectively. The species is not known to migrate, but individuals disperse widely outside of the breeding season (late May-early July), thus potentially intermixing with animals from other areas. Despite the wide ranging movements of juveniles and adult males in particular, exchange between rookeries by breeding adult females and males (other than between adjoining rookeries) appears low (NMFS 1995); however, resighting data from branded animals have not yet been analyzed.

Loughlin (1997) considered the following information when classifying stock structure based on the phylogeographic approach of Dizon et al. (1992): 1) Distributional data: geographic distribution continuous, yet a high degree of natal site fidelity and low (<10%) exchange rate of breeding animals between rookeries; 2) Population response data: substantial differences in population dynamics (York et al. 1996); 3) Phenotypic data: unknown; and 4) Genotypic data: substantial differences in mitochondrial DNA (Bickham et al. 1996). Based on this information, two separate stocks of Steller sea lions are now recognized within U. S. waters: an eastern U. S. stock, which includes animals east of Cape Suckling, Alaska (144°W), and a western U. S. stock, which includes animals at and west of Cape Suckling (Loughlin 1997, Fig. 1).



**Figure 1.** Approximate distribution of Steller sea lions in the eastern North Pacific (shaded area). Major haulouts and rookeries are also depicted (points).

### POPULATION SIZE

The most recent comprehensive estimate (pups and non-pups) of the abundance of the western stock of Steller sea lions in Alaska is based on aerial surveys of non-pups in June 2002 and ground based pup counts in June and July of 2001 and 2002 (Sease and Gudmundson 2002). Data from these surveys represent actual counts of pups and non-pups at all rookeries and major haulout sites. During the 2002 survey, a total of 26,602 non-pups were counted at 259 rookeries and haul-out sites; 13,010 in the Gulf of Alaska and 13,592 in the Bering Sea/Aleutian Islands (Sease and Gudmondson 2002). A composite pup count for 2001 and 2002 includes counts from 24 sites in 2002 and from seven sites in 2001. There were 3,727 pups counted in the Gulf of Alaska and 4,450 pups counted in the Bering Sea/Aleutian Islands for a total of 8,177 for the stock. Combining the pup count data from 2001 to 2002 (8,177) and non-pup count data from 2002 (26,602) results in a minimum abundance estimate of 34,779 Steller sea lions in the western U.S. stock in 2001-2002.

### Minimum Population Estimate

The 2002 count of non-pups (26,602) plus the number of pups in 2001-2002 (8,177) is 34,779, which will be used as the minimum population estimate ($N_{MIN}$) for the western U. S. stock of Steller sea lion (Wade and Angliss 1997). This is considered a minimum estimate because it has not been corrected to account for animals which were at sea during the surveys.

### Current Population Trend

The first reported trend counts (an index to examine population trends) of Steller sea lions in Alaska were made in 1956-60. Those counts indicated that there were at least 140,000 (no correction factors applied) sea lions in the Gulf

1

of Alaska and Aleutian Islands (Merrick et al. 1987). Subsequent surveys indicated a major population decrease, first detected in the eastern Aleutian Islands in the mid-1970s (Braham et al. 1980). Counts from 1976 to 1979 indicated about 110,000 sea lions (no correction factors applied, Table 1). The decline appears to have spread eastward to the Kodiak Island area during the late 1970s and early 1980s, and then westward to the central and western Aleutian Islands during the early and mid-1980s (Merrick et al. 1987, Byrd 1989). The greatest declines since the 1970s occurred in the eastern Aleutian Islands and western Gulf of Alaska, but declines also occurred in the central Gulf of Alaska and central Aleutian Islands. More recently, counts of Steller sea lions at trend sites for the western U. S. stock decreased 40% from 1990 to 2000 (Table 1). Counts at trend sites during 2000 indicate that the number of sea lions in the Bering Sea/Aleutian Islands region has declined 10.2% between 1998 and 2000. From 1991-00, an average annual decline of 5.4% in non-pup counts at trend sites was reported by Loughlin and York (2000).



**Figure 2.** Counts of adult and juvenile Steller sea lions at rookery and haulout trend sites throughout the range of the western U.S. stock, 1990-2002.

Most recently, counts of non-pup Steller sea lions at trend sites for the western U.S. stock increased 5.5% from 2000 to 2002. This was the first region-wide increase for the western stock since standardized surveys began in the 1970s. However, the 2002 count was still 5.4% below the 1998 count and 36.7% below the 1990 count. The count for trend sites in the Gulf of Alaska increased 13.7% from 2000 to 2002, whereas those in the Aleutian Islands showed equivocal change (down 0.8%). The long-term, average decline for 1990-02 is 4.3% per year (NMML unpublished data).

**Table 1.** Counts of adult and juvenile Steller sea lions observed at rookery and haulout trend sites by year and geographical area for the western U. S. stock from the late 1970s through 1998 (NMFS 1995, Sease et al. 2001, NMML unpublished data). Counts from 1976 to 1979 (NMFS 1995) were combined to produce complete regional counts which are comparable to the 1990-02 data. The asterisk identifies 637 non-pups counted at six trend sites in 1999 in the eastern Gulf of Alaska which were not surveyed in 1998.

| Area | late 1970s | 1990 | 1991 | 1992 | 1994 | 1996 | 1998 | 2000 | 2002 |
|---|---|---|---|---|---|---|---|---|---|
| Gulf of Alaska | 65,296 | 16,409 | 14,598 | 13,193 | 11,862 | 9,784 | 8,937* | 7,995 | 9,097 |
| Bering Sea/Aleutians | 44,584 | 14,116 | 14,807 | 14,106 | 12,274 | 12,426 | 11,501 | 10,330 | 10,250 |
| Total | 109,880 | 30,525 | 29,405 | 27,299 | 24,136 | 22,210 | 20,438* | 18,325 | 19,337 |

## CURRENT AND MAXIMUM NET PRODUCTIVITY RATES

There are no estimates of maximum net productivity rate for Steller sea lions. Hence, until additional data become available, it is recommended that the theoretical maximum net productivity rate ($R_{MAX}$) for pinnipeds of 12% be employed for this stock (Wade and Angliss 1997).

2

## POTENTIAL BIOLOGICAL REMOVAL

Under the 1994 reauthorized Marine Mammal Protection Act (MMPA), the potential biological removal (PBR) is defined as the product of the minimum population estimate, one-half the maximum theoretical net productivity rate, and a recovery factor: $PBR = N_{MIN} \times 0.5 R_{MAX} \times F_R$. However, it should be noted that the PBR management approach was developed with the understanding that direct human-related mortalities would be the primary reason for observed declines in abundance for marine mammal stocks in U. S. waters. For at least this stock, this assumption seems unwarranted. The recovery factor ($F_R$) for this stock is 0.1, the default value for stocks listed as "endangered" under the Endangered Species Act (Wade and Angliss 1997). Thus, for the western U. S. stock of Steller sea lions, PBR = 209 animals ($34,779 \times 0.06 \times 0.1$).

## ANNUAL HUMAN-CAUSED MORTALITY AND SERIOUS INJURY

### Fisheries Information

Six different commercial fisheries operating within the range of the western U. S. stock of Steller sea lions were monitored for incidental take by fishery observers during 1990-01: Bering Sea (and Aleutian Islands) groundfish trawl, longline, and pot fisheries, and Gulf of Alaska groundfish trawl, longline, and pot fisheries. No sea lion mortality was observed by fishery observers in either pot fishery since 1990, nor in the BSAI longline fisheries during the past 5 years. For the fisheries with observed takes, the range of observer coverage over the 9-year period, as well as the annual observed and estimated mortalities, are presented in Table 2a. The mean annual (total) mortality for the most recent 5-year period was 9.6(CV = 0.10) for the Bering Sea groundfish trawl fishery, 0.6 (CV = 0.6) for the Gulf of Alaska groundfish trawl fishery, and 1.2 (CV = 0.9) for the Gulf of Alaska groundfish longline fishery. In 1996 (66% observer coverage), only 2 of the 4 observed mortalities in the Bering Sea trawl fishery occurred during monitored hauls, leading to an underestimate (3) of the extrapolated mortality for that fishery. As a result, 4 mortalities were used as both the observed and estimated mortalities for that year (Table 2a). The observed mortality in the 1993 Bering Sea longline fishery (30% observer coverage) also occurred during an unmonitored haul and therefore could not be used to estimate mortality for the entire fishery. Therefore, 1 mortality was used as both the observed mortality and estimated mortality in 1993 for that fishery, and should be considered a minimum estimate.

Observers also monitored the Prince William Sound salmon drift gillnet fishery in 1990 and 1991, recording 2 mortalities in 1991, extrapolated to 29 (95% CI 1-108) kills for the entire fishery (Wynne et al. 1992). No mortalities were observed during 1990 for this fishery (Wynne et al. 1991), resulting in a mean kill rate of 14.5 (CV = 1.0) animals per year for 1990 and 1991. In 1990, observers boarded 300 (57.3%) of the 524 vessels that fished in the Prince William Sound salmon drift gillnet fishery, monitoring a total of 3,166 sets, or roughly 4% of the estimated number of sets made by the fleet. In 1991, observers boarded 531 (86.9%) of the 611 registered vessels and monitored a total of 5,875 sets, or roughly 5% of the estimated sets made by the fleet (Wynne et al. 1992). The Alaska Peninsula and Aleutian Islands salmon drift gillnet fishery was also monitored during 1990 (roughly 4% observer coverage) and no Steller sea lion mortalities were observed. It is not known whether these incidental mortality levels are representative of the current incidental mortality levels in these fisheries.

An observer program for the Cook Inlet salmon set and drift gillnet fisheries was implemented in 1999 and 2000, in response to the concern that there may be significant numbers of marine mammal injuries and mortalities that occur incidental to these fisheries. The observer coverage during both years was approximately 2-5%; precise coverage figures will be available when the contract report is provided to NMFS. There were no mortalities of marine mammals observed in either 1999 or 2000 (NMFS, unpublished data). Because information from observer programs is substantially more reliable than information from self-reported data, NMFS has removed the reference to self-reported data for these fisheries from Table 2b and will rely on the 1999-2000 observer program data as an accurate reflection of the level of Steller sea lion mortality in this fishery.

Combining the mortality estimates from the Bering Sea and Gulf of Alaska groundfish trawl and Gulf of Alaska longline fisheries presented above (9.6 + 0.6 + 1.2 = 11.4) with the mortality estimate from the Prince William Sound salmon drift gillnet fishery (14.5) results in an estimated mean annual mortality rate in the observed fisheries of 25.9 (CV = 0.6) sea lions per year from this stock.

Table 2a. Summary of incidental mortality of Steller sea lions (western U. S. stock) due to commercial fisheries from 1990 through 2001 and calculation of the mean annual mortality rate. Mean annual mortality in brackets represents a minimum estimate from self-reported fisheries information. Data from 1997 to 2001 (or the most recent 5 years of available data) are used in the mortality calculation when more than 5 years of data are provided for a particular fishery. n/a indicates that data are not available. * Data from the 1999 Cook Inlet observer program are preliminary.

| Fishery name | Years | Data type | Range of observer coverage | Observed mortality (in given yrs.) | Estimated mortality (in given yrs.) | Mean annual mortality |
|---|---|---|---|---|---|---|
| Bering Sea/Aleutian Is. (BSAI) groundfish trawl | 97-01 | obs data | 62-77% | 6, 6, 8, 6, 7 | 10, 9, 9, 7, 11 | 9.6 (CV = 0.10) |
| Gulf of Alaska (GOA) groundfish trawl | 96-00 | obs data | 33-55% | 0, 0, 1, 0, 0 | 0, 0, 3, 0, 0 | 0.6 (CV = 0.6) |
| GOA groundfish longline (incl. misc. finfish and sablefish fisheries) | 97-01 | obs data | 11-14% | 0, 0, 0, 1, 0 | 0, 0, 0, 6, 0 | 1.2 (CV = 0.9) |
| Prince William Sound salmon drift gillnet | 90-91 | obs data | 4-5% | 0, 2 | 0, 29 | 14.5 (CV = 1.0) |
| Prince William Sound salmon set gillnet | 90 | obs data | 3% | 0 | 0 | 0 |
| Alaska Peninsula/Aleutian Islands salmon drift gillnet | 90 | obs data | 4% | 0 | 0 | 0 |
| Cook Inlet salmon set gillnet* | 99-00 | obs data | 2-5% | 0, 0 | 0, 0 | 0 |
| Cook Inlet salmon drift gillnet* | 99-00 | obs data | 2-5% | 0, 0 | 0, 0 | 0 |
| Observer program total | | | | | | 25.9 (CV = 0.64) |
| | | | | Reported mortalities | | |
| Alaska Peninsula/Aleutian Islands salmon set gillnet | 90-01 | self reports | n/a | 0, 1, 1, 1, n/a n/a, n/a, n/a, n/a, n/a | n/a | [≥0.75] |
| Bristol Bay salmon drift gillnet | 90-01 | self reports | n/a | 0, 4, 2, 8, n/a n/a, n/a, n/a, n/a, n/a, n/a | n/a | [≥3.5] |

4

| Fishery name | Years | Data type | Range of observer coverage | Observed mortality (in given yrs.) | Estimated mortality (in given yrs.) | Mean annual mortality |
|---|---|---|---|---|---|---|
| Prince William Sound set gillnet | 90-01 | self reports | n/a | 0, 0, 2, 0, n/a n/a, n/a, n/a, n/a, n/a, n/a | n/a | [≥0.5] |
| Alaska miscellaneous finfish set gillnet | 90-01 | self reports | n/a | 0, 1, 0, 0, n/a n/a, n/a, n/a, n/a, n/a, n/a | n/a | [≥0.25] |
| Alaska halibut longline (state and federal waters) | 90-01 | self reports | n/a | 0, 0, 0, 0, 1 n/a, n/a, n/a, n/a, n/a, n/a | n/a | [>0.2] |
| Alaska sport salmon troll (non-commercial) | 93-01 | strand | n/a | 0, 0, 0, 0, 1, 0, n/a, n/a, n/a | n/a | [≥0.2] |
| Minimum total annual mortality | | | | | | >31.3 (CV = 0.64) |

An additional source of information on the number of Steller sea lions killed or injured incidental to commercial fishing operations is the self-reported fisheries information required of vessel operators by the MMPA. Some incidental takes of sea lions reported in the Gulf of Alaska fisheries were listed as "unknown species", indicating the animals could have been either Steller or California sea lions. Based on all logbook reports for both species within the Gulf of Alaska, California sea lions represented only 2.2% of all interactions. Thus, the reports of injured and killed "unknown" sea lions were considered to be Steller sea lions. During the period between 1990 and 2001, fisher self-reports from 6 unobserved fisheries (see Table 2a) resulted in an annual mean of 5.2 mortalities from interactions with commercial fishing gear. However, because logbook records (fisher self-reports required during 1990-94) are most likely negatively biased (Credle et al. 1994), these are considered to be minimum estimates. These totals are based on all available self-reports for Alaska fisheries, except the groundfish trawl and longline fisheries in the Bering Sea, Aleutian Islands, and Gulf of Alaska, and the Prince William Sound salmon drift gillnet fishery for which observer data were presented above. The Bristol Bay salmon drift gillnet and set gillnet fisheries accounted for the majority of the reported incidental take in unobserved fisheries. Logbook data are available for part of 1989-1994, after which incidental mortality reporting requirements were modified. Under the new system, logbooks are no longer required; instead, fishers provide self-reports. Data for the 1994-95 phase-in period is fragmentary. After 1995, the level of reporting dropped dramatically, such that the records are considered incomplete and estimates of mortality based on them represent minimums (see Appendix 7 for details).

Strandings of Steller sea lions entangled in fishing gear or with injuries caused by interactions with gear are another source of mortality data. During the 5-year period from 1993 to 2000 the only fishery-related Steller sea lion (western stock) stranding was reported in August of 1997 in Prince William Sound. The animal had troll gear in its mouth and down its throat (considered a serious injury; see Angliss and DeMaster 1998). It is likely that this mortality occurred as a result of a sport fishery, not a commercial fishery (Table 2a). There are sport fisheries for both salmon and shark in this area; there is no way to distinguish between them since both fisheries use a similar type of gear (J. Gauvin, Groundfish Forum, Inc., pers. comm.). There was evidence of incidental fishery interactions with two stranded Steller sea lions in 1998; there have been no such incidences in stranding records from 1999 to 2002. Additional

5