## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. ) ) ) Plaintiffs, ) ) vs. ) ) DEPARTMENT OF COMMERCE, et al., ) ) Defendants. ) | Civ. No. 05-1392 (ESH) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiffs Will Anderson, Sharon Young and The Humane Society of the United States' Motion for Summary Judgment and supporting documents, seeking to stay scientific research permits issued by Defendants Department of Commerce; Carlos M. Gutierrez; Conrad C. Lautenbacher, Jr.; William T. Hogarth; and the National Marine Fisheries Service (collectively "the Defendants") pending Defendants' full compliance with the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321, *et seq.*; the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, *et seq.*; the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. § 1374, *et seq.*; and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, *et seq.*, Defendants are hereby ORDERED to stay the research permits pending Defendants' full compliance with the law.

Dated: _____, 2006

By: _____
    Ellen Segal Huvelle
    Judge for the United States District Court for the District of Columbia

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | )<br>)<br>)   Civ. No. 05-1392 (ESH) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| DEPARTMENT OF COMMERCE, et al., | )<br>) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiffs Will Anderson, Sharon Young and The Humane Society of the United States' Motion for Summary Judgment and supporting documents seeking to revoke scientific research permits issued by Defendants Department of Commerce; Carlos M. Gutierrez; Conrad C. Lautenbacher, Jr.; William T. Hogarth; and the National Marine Fisheries Service (collectively "the Defendants") as legally invalid under the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321, *et seq*.; the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, *et seq*.; the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. § 1374, *et seq*.; and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, *et seq*., Defendants are hereby ORDERED to revoke and vacate the research permits as legally invalid.

Dated: _____, 2006

By: _____
Ellen Segal Huvelle
Judge for the United States District Court for the District of Columbia