## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., )<br>)<br>) Plaintiffs, )<br>)<br>vs. )<br>)<br>DEPARTMENT OF COMMERCE, et al., )<br>)<br>Defendants. ) | Civ. No. 05-1392 (ESH)<br><br>**NOTICE OF FILING<br>OF ADMINISTRATIVE<br>RECORD EXHIBITS** |

NOTICE OF FILING OF ADMINISTRATIVE RECORD EXHIBITS

On January 6, 2006 Plaintiffs The Humane Society of the United States, Will Anderson, and Sharon Young ("Plaintiffs") filed their Motion for Summary Judgment. The Motion, accompanying *Memorandum of Points and Authorities in Support of its Motion for Summary Judgment*, and declarations and exhibits in support thereof, were successfully filed through the Court's electronic case filing website. However, excerpts from the administrative record cited to in the Plaintiffs' Motion for Summary Judgment were not successfully filed using the electronic case filing system due to their size. These excerpts were electronically transmitted to the Clerk's Office for the District of Columbia District Court on January 6, 2006, and are being filed as a separate entry in Civ. No. 05-1392.

DATED: January 9, 2006                    Respectfully submitted,


                                          /s/ James R. Barrett
                                          LATHAM & WATKINS

JAMES R. BARRETT (DC Bar No. 441674)
DAVID J. HAYES (DC Bar No. 252130)
SARA K. ORR (DC Bar No. 493765)
555 Eleventh Street, N.W.
Washington, DC 20004
Tel: (202) 637-2200

KIMBERLY MCCORMICK
8363 Sumanee Place N.E.
Bainbridge Island, WA  98110

Counsel for Plaintiffs The Humane Society of the United States, Will Anderson and Sharon Young