SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney (DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>CARLOS M. GUTIERREZ, et al.,<br><br>      Defendants. | Civ. No. 05-1392 |

### FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Federal Defendants hereby move for summary judgment as to all counts of plaintiffs' Complaint against the United States Department of Commerce; Carlos M. Gutierrez, in his official capacity as Secretary of the United States Department of Commerce; Conrad C. Lautenbacher, Jr., in his official capacity as

Administrator of the National Oceanic and Atmospheric Administration ("NOAA"); William T. Hogarth, in his official capacity as Assistant Administrator for Fisheries, NOAA; and the National Marine Fisheries Service ("NMFS") (hereinafter referred to collectively as "NMFS").

This motion is supported by Federal Defendant's Combined Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Cross-Motion for Summary Judgment, filed herewith.

Respectfully submitted this 27th day of January, 2006

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        JEAN E. WILLIAMS, Chief
        SETH M. BARSKY, Assistant Chief
        U.S. Department of Justice
        Environment and Natural Resources Division
        Wildlife and Marine Resources Section

        /s/ Kristen Byrnes Floom
        KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
        P.O. Box 7369
        Washington, D.C. 20044-7369
        Telephone: (202) 305-0210
        Facsimile: (202) 305-0275
        Kristen.Floom@usdoj.gov

        GREGORY PAGE, Trial Attorney
        (DC Bar No. 398121)
        U.S. Department of Justice
        Environment and Natural Resources Division
        General Litigation Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 305-0446
        Facsimile: (202) 305-0506
        Gregory.Page@usdoj.gov

<u>Of Counsel:</u>
Mary O'Brien
NOAA Office of General Counsel
for Fisheries
1315 East-West Highway
SSMC3 - Room 15111
Silver Spring, MD  20910

*Attorneys for Defendants*