Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

# AR 202



RECEIVED

OCT 2 2 1999

RECEIVED

UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE

CIV. No. 05-1392 (ESH)
Defendants' Exhibit 1

Alaska Fisheries Science Center
National Marine Mammal Laboratory
7600 Sand Point Way N.E., Bin C15700
Seattle, Washington 98115-0070

(206) 526-4045    FAX: 526-6615

18 October 1999

MEMORANDUM FOR:      F/PR1 - Ann Terbush, Ruth Johnson

FROM:                F/AKC3 - John Sease

SUBJECT:             Permit Application for Steller Sea Lion Research
                     by the National Marine Mammal Laboratory

The enclosed is a permit application for Steller sea lion research by the National Marine Mammal Laboratory, signed by Doug DeMaster. If you have questions or need more information, please contact John Sease (206-526-4024) or Tom Loughlin (206-526-4040).

782-1532-06



Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

I. **APPLICATION FOR A PERMIT FOR SCIENTIFIC RESEARCH UNDER THE MARINE MAMMAL PROTECTION ACT AND FOR SCIENTIFIC PURPOSES UNDER THE ENDANGERED SPECIES ACT**

II. **DATE OF APPLICATION**                    13 October 1999

III. **APPLICANT AND PERSONNEL**

| | |
|---|---|
| **A. Applicant** | Dr. Douglas DeMaster,  Director |
| | National Marine Mammal Laboratory |
| | Alaska Fisheries Science Center |
| | National Marine Fisheries Service, NOAA |
| | 7600 Sand Point Way NE, BIN C15700 |
| | Seattle, WA  98115 |
| | (206) 526-4045      FAX:  (206) 526-6615 |
| | |
| Principal Investigator | Dr. Thomas R. Loughlin, Leader |
| | Alaska Ecosystem Program |
| | National Marine Mammal Laboratory |
| | Alaska Fisheries Science Center |
| | National Marine Fisheries Service, NOAA |
| | 7600 Sand Point Way NE, BIN C15700 |
| | Seattle, WA  98115 |
| | (206) 526-4045      FAX:  (206) 526-6615 |
| | |
| Co-Investigators | Rob Mattlin |
| | Anne York |
| | Elizabeth Sinclair |
| | John Sease |
| | Don Calkins |
| | Kate Wynne |

**B. Experience and Qualifications**

1. Douglas DeMaster, Ph.D., has been involved with research on behavior and population ecology of marine mammals in the North Pacific Ocean since 1980.  He currently is Director of the National Marine Mammal Laboratory (C.V. on file with the Office of Protected Resources).

2. Thomas R. Loughlin, Ph.D., Alaska Ecosystem Program Leader at the NMML, has been involved with marine mammal research since 1973, including behavioral studies of sea otters, assessment of abundance and trends of harbor seals, Steller sea lions, and northern fur seals, and foraging ecology of Steller sea lions and northern fur seals (C.V. on file with the Office of Protected Resources).

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

3. Rob Mattlin, Ph.D., Foraging Ecology Task leader within the Alaska Ecosystem Program at the NMML, has been involved with otariid research and marine mammal-fisheries interaction work since 1980. He worked for many years in New Zealand, publishing extensively on otariid foraging ecology and fisheries bycatch issues in southern hemisphere. He served as assistant scientific program director with the Marine Mammal Commission immediately prior to joining the NMML staff.

4. Anne York, Population Assessment Task Leader within the Alaska Ecosystem Program at the NMML, has been involved with marine mammal research since 1978. Her specialties include population dynamics, survey methods, data analysis, and statistics.

5. Elizabeth Sinclair, Diet and Prey Resources Task Leader within the Alaska Ecosystem Program at the NMML, has been involved with marine mammal research since 1978, particularly with northern fur seals. She specializes in feeding ecology of pinnipeds, prey assessment, and identification and ecology of prey species.

6. John Sease has been involved with marine mammal research since 1977, and Steller sea lions since 1986. He has worked at the National Marine Mammal Laboratory since 1991, with experience in population assessment and animal capture and handling.

7. Don Calkins, of the Alaska Sea Life Center in Seward, Alaska, has been actively involved in marine mammal research, particularly on Steller sea lions, in Alaska for more than 25 years. He has been a Principal Investigator and Applicant for marine mammal permits while working at the Alaska Department of Fish and Game and has been a Co-Investigator and contributor on research conducted under NMML permits.

8. Kate Wynne is a Research Associate Professor and Marine Mammal Specialist with the University of Alaska Fairbanks Marine Advisory Program in Kodiak, Alaska. She has extensive experience in population assessment and capture and handling of marine mammals. Ms. Wynne has worked closely with the NMML on numerous marine mammal research projects during the last several years.

All research and contracts awarded for research under this permit will be supervised by Dr. Loughlin. Field operations will be directly supervised by the Principal Investigator and Co-Investigators.

## C. Cooperating Institutions

1. Resource Ecology and Fisheries Management
   Alaska Fisheries Science Center
   National Marine Fisheries Service, NOAA
   7600 Sand Point Way NE
   Seattle, Washington

2.  Resource Assessment and Conservation Engineering
    Alaska Fisheries Science Center
    National Marine Fisheries Service, NOAA
    7600 Sand Point Way NE
    Seattle, Washington

3.  Protected Resources Management Division
    Alaska Region
    National Marine Fisheries Service
    Juneau, Alaska

4.  Alaska Maritime National Wildlife Refuge
    U.S. Fish and Wildlife Service
    2355 Kachemak Bay Drive, Suite 101
    Homer, Alaska

5.  Alaska Fish and Wildlife Research Center
    U.S. Fish and Wildlife Service
    1011 E. Tudor Rd.
    Anchorage, Alaska

6.  Alaska Department of Fish and Game
    333 Raspberry Road
    Anchorage, Alaska

7.  Institute of Marine Science
    University of Alaska
    Fairbanks, Alaska

8.  Marine Advisory Program
    University of Alaska Sea Grant
    Kodiak, Alaska

9.  Alaska Sea Life Center
    Seward, Alaska

10. Department of Marine Biology
    Texas A&M University
    Galveston, Texas

11. Department of Fisheries and Wildlife
    Texas A&M University
    College Station, Texas

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

11. Marine Mammals Laboratory
    VNIRO (All-Russian Scientific Research Institute of Fisheries and Oceanography)
    17 V. Krasnoselskaya
    Moscow, 107140, Russia

12. Marine Mammal Research
    TINRO (Pacific Scientific Research Institute of Fisheries and Oceanography)
    Shevchenko Alley, 4
    Vladivostok, 690600, Russia

13. Marine Mammal Research
    KoTINRO (Kamchatka Branch Pacific Scientific Research Institute of
    Fisheries and Oceanography)
    Petropavlovsk-Kamchatskii, Russia

14. KAMCHATRYBVOD
    Petropavlovsk-Kamchatskii, Russia

15. Far Seas Fisheries Research Lab
    Japan Fisheries Agency
    7-1, 5-Chome Orido,
    Shimizu 424 Japan

16. Marine Mammal Section
    Fisheries and Oceans Canada
    Nanaimo, British Columbia, Canada

17. Canadian Wildlife Service
    115 Perimeter Road
    Saskatoon, Saskatchewan, Canada

18. Auke Bay Laboratory
    Alaska Fisheries Science Center
    National Marine Fisheries Service, NOAA
    Auke Bay, Alaska

## IV. DESCRIPTION OF PROPOSED SCIENTIFIC RESEARCH

### A. Summary

This permit application covers the long-term and multi-faceted Steller sea lion research program at the National Marine Mammal Laboratory (NMML) that has been conducted during the previous decade under NMFS Permits #809 and #782-1447. As such, the permit covers a wide variety of inter-dependent research activities and many different kinds of takes, including

incidental disturbance during aerial surveys, disturbance of animals on rookeries and haulouts during pup surveys and scat collection, capture of pups and juveniles for physiological research and sample collection, branding of pups for long-term demographic and distribution studies, and attachment of scientific instruments to investigate foraging ecology and diving behavior. These activities address the most pressing research needs as identified by the Steller Sea Lion Recovery Team (National Marine Fisheries Service 1992), incorporating revisions and advice that ensued from workshops convened by the Recovery Team during 1998 and 1999 to review telemetry, physiology, and behavior/rookery-based research. Field and laboratory work will take place during all seasons of the year and throughout the geographical range of the Steller sea lion. During recent years, the NMML has focused field operations in the Gulf of Alaska and Aleutian Islands during the breeding season (June/July) and during March. Because NMML personnel frequently collaborate with colleagues from Canada, Russia, Japan, and other federal and state agencies, the NMML is in a unique position to participate in field operations anywhere within the range of Steller sea lions and at any time during the year. All field operations will be supervised directly by the Principal Investigator or Co-Investigators listed above. This permit does not involve intentional lethal take or captive removal of marine mammals.

## B. Description of the Marine Mammals to be Taken

***Species and Stocks***: We request authority to take Steller sea lions (*Eumetopias jubatus*) during 5 years of continuing research, through 31 December 2004. This request includes animals from both the eastern and western stocks (east and west of 144° W longitude, respectively). We request authority to take northern fur seals (*Callorhinus ursinus*) on Bogoslof Island by disturbance during aerial surveys and during on-land pup surveys. We also request authority for inadvertent disturbance of harbor seals (*Phoca vitulina richardsi*) overflown incidental to aerial surveys for Steller sea lions in Southeast Alaska, the Gulf of Alaska, and the Aleutian Islands.

***Numbers of Takes***: This permit will cover a wide-ranging research program, with many different kinds of takes. Proposed takes, age and sex of target animals, and times and areas of operation for specific aspects of this research are summarized in Table 1 and described in detail in the appropriate sections below.

1. The following numbers of animals may be taken by disturbance during aerial surveys:
    a. A maximum of 45,000 non-pup and 15,000 pup Steller sea lions may be approached by aircraft during range-wide and Alaska-wide aerial surveys in June of 2000, 2002, and 2004. A maximum of 3,000 sea lions of all ages may be disturbed inadvertently by the aircraft. This totals 135,000 non-pups and 45,000 pups approached and up to 9,000 sea lions of all ages disturbed during 5 years.

    b. A maximum of 25,000 Steller sea lions of all ages (non-pups and pups combined) may be approached by aircraft in a given year during range-wide and Alaska-wide aerial surveys conducted outside of the breeding season. A schedule for non-breeding season surveys is not available at this time, but there will not be more than three such surveys conducted during the duration of this permit. Non-

breeding season surveys may not be Alaska-wide, so the actual cumulative take for 5 years likely will be less than the maximum of 75,000. A maximum of 3,000 sea lions of all ages may be disturbed inadvertently by the aircraft during a survey.

c.    A maximum of 15,000 Steller sea lions during the breeding season (May to August) or 10,000 during the non-breeding season (September to April) of all ages (non-pups and pups combined) may be approached by aircraft on each overflight during monthly regional aerial surveys conducted in portions of the Gulf of Alaska and Aleutian Islands. A small proportion of these sea lions may be disturbed inadvertently by the aircraft

d.    A maximum of 10,000 northern fur seals on Bogoslof Island may be approached by aircraft during each overflight on aerial surveys in June of 2000, 2002, and 2004, and approximately once each month in June through October during monthly regional aerial surveys. A small proportion of these fur seals may be disturbed inadvertently by the aircraft. Bogoslof Island is not occupied by fur seals during the winter, so surveys during the non-breeding season are not of concern.

e.    Small groups of harbor seals may be approached and overflown during the biennial range-wide and Alaska-wide surveys and by monthly surveys in portions of the Gulf of Alaska and Aleutian Islands. Harbor seals typically do not haul out in the immediate vicinity of Steller sea lions, thus minimizing the frequency of encounter. The number of harbor seals overflown certainly will be $\leq 5,000$ per survey, and only a very small proportion of these may be disturbed by the aircraft.

2.    The following numbers of animals may be taken by disturbance during pup counts in June and July:

a.    A maximum of 12,000 non-pups and 4,000 pups each year during pup counts on $\leq 16$ selected rookeries in Alaska in 2000, 2001, 2003, and 2004 (pup counts in 2002 part of range-wide survey, covered in next item).

b.    A maximum of 30,000 non-pups and 15,000 pups during range-wide pup counts on all rookeries in Alaska during 2002.

c.    A maximum of 5,000 northern fur seals on Bogoslof Island may be taken by disturbance each visit during pup counts on three different years.

3.    A maximum of 1,300 pups to be captured and handled in June and July during any given year during the course of pup counts on rookeries:

a.    Up to 50 pups each at $\leq 10$ rookeries when not branding and up to 200 pups each at $\leq 4$ additional rookeries when branding. All captured pups will be weighed, measured, and flipper tagged.

b.    Up to 550 pups, $\leq 25$ per rookery when not branding and $\leq 50$ per rookery when branding, may have the following:

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

        i.   25cc of blood drawn for physiological analyses, and

       ii.   tissue samples taken for genetic analyses.

  c.   Up to 800 pups, but not more than 200 pups at any given rookery, may be branded with sequential numbers for long-term identification.

  d.   For any handled pups that exhibit external signs of disease we will take swabs of dermal lesions and ocular, rectal, and/or vaginal areas, as appropriate.

4. A maximum of 120 juvenile sea lions and pups ≥4 months old to be captured and handled each year, during all months of the year, on or adjacent to rookeries and haulouts. Captures will be accomplished by two techniques: underwater by SCUBA divers using lassos and on land using hoop nets.

  a.   All captured pups and juveniles will be weighed, measured, and flipper tagged.

  b.   All captured pups and juveniles may have the following:

        i.   40cc of blood drawn for physiological analyses,

       ii.   tissue samples taken for genetic analyses,

      iii.   fecal samples taken for disease, hormone, and genetic analyses, and

      iv.   enemas to recover prey remains from the lower digestive tract.

  c.   All captured pups and juveniles may have a blubber biopsy sample taken using a biopsy punch.

  d.   For any handled pups and juveniles that exhibit external signs of disease we will take swabs of dermal lesions and ocular, rectal, and/or vaginal areas, as appropriate.

5. A maximum of 60 adults and 120 juveniles and pups ≥4 months old (males and females in approximately equal numbers) may be taken by striking them with a pneumatically-propelled biopsy dart designed to remove a 0.6cm diameter by 2-4cm long sample of blubber to be used for dietary (fatty acid) analyses. Skin and hair retained in sufficient quantity with the blubber sample will be used for genetic and stable isotope studies.

6. A maximum of 4,000 animals may be disturbed each year on haulouts and rookeries for the following purposes, which typically take place concurrently:

  a.   Collection of fecal material used for food habits analysis,

  b.   Capture of juvenile sea lions in hoop nets on shore or underwater offshore,

  c.   Biopsy darting of juvenile or adult sea lions, and

  d.   Establishing and maintaining remote monitoring stations.

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

***Size, sex, age, and reproductive status of sea lions taken***: Proposed takes include sea lions from all age and sex categories, as summarized in Table 1 and described in detail in the appropriate sections below.

1.  Pups captured or disturbed during June-July surveys at rookeries will be of both sexes and from a few days to 1½ months old.

2.  Juvenile sea lions captured on land in hoop nets or captured underwater will include pups of the year greater than 4 months old and 1-, 2-, or 3-year olds of either sex.

3.  Juvenile sea lions darted for blubber/skin biopsy will include pups of the year greater than 4 months old and 1-, 2-, or 3-year olds of either sex. Adult sea lions darted for blubber/skin biopsy will include males and females in approximately equal numbers. Adult females will be with and without dependent young.

4.  Disturbance during aerial surveys will be to animals of both sexes, all ages, and all reproductive statuses.

***Status of Affected Population and Stocks***: Numbers of Steller sea lions declined dramatically throughout much of the species' range, beginning in the mid- to late 1970s (Braham et al. 1980, Merrick et al. 1987, National Marine Fisheries Service 1992, National Marine Fisheries Service 1995). For two decades prior to the decline, the estimated total population was 250,000 to 300,000 animals (Kenyon and Rice 1961, Loughlin et al. 1984). The population estimate declined by 50-60% to about 116,000 animals by 1989 (Loughlin et al. 1992), and by an additional 15% by 1994 (Sease et al., in press). The decline has been restricted to the western stock. The western stock in Alaska has declined by about 5% per year during the 1990s (Table 2). During this same time, the eastern stock has remained stable or increased by by several percent per year, in Southeast Alaska (Sease et al. 1993, Strick et al. 1997, Sease et al. 1999, Sease and Loughlin 1999), in British Columbia, Canada (P. Olesiuk, Department of Fisheries and Oceans, unpubl. data), and in Oregon (R. Brown, Oregon Department of Fish and Wildlife, unpubl. data). Approximately 60% of Steller sea lions belong to the western stock, 40% to the eastern stock (Sease et al., in press).

Steller sea lions were listed as "threatened" range-wide under the U.S. Endangered Species Act (ESA) on 26 November 1990 (55 Federal Register 49204). The population includes two stocks (eastern and western), separated at 144° W longitude (Loughlin 1997). The western stock was listed as "endangered" under the ESA on 4 May 1997 and the eastern stock remains classified as "threatened" (62 FR 24345). Steller sea lions are listed as "depleted" under the MMPA.

Northern fur seals are listed as depleted under the Marine Mammal Protection Act. The fur seal population at Bogoslof Island, in the southeastern Bering Sea, the only fur seals directly affected by the research proposed in this application, has grown at a rate in excess of 50% per year since the first pup count in 1980 (Ream et al. 1999). A thorough description of the status of northern fur seals is contained in the NMML's application for MMPA Permit #782-1455 for research on northern fur seals, which is on file with the Permits Office.

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

A detailed description of the status of harbor seals in Alaska is contained in the NMML's application for MMPA Permit #782-1355 for research on harbor seals, which is on file with the Permits Office.

***Factors Affecting the Population and Stocks:*** The proximate cause of decline since the early 1980's appears due to reduced juvenile survival. Modelling by York (1994) found that reductions in juvenile survival could most easily produce the observed declines. This hypothesis is supported by observations conducted at Marmot Island, near Kodiak, Alaska. Of 751 pups branded at Marmot Island during 1987 and 1988, only 151 individuals (20.1%) were resighted as of December 1994, and only 31 of these were resighted more than once. Through the 1997 breeding season, only 14 females have been resighted on a rookery beach with a pup (Chumbley et al. 1997; NMML, unpubl. data). It is assumed that most of the missing animals have died. Observations at other sites during the period also indicated that the number of juvenile animals had declined from the pre-decline period (Merrick et al. 1988).

Despite the identification of a likely proximate cause, the ultimate cause of the decline remains unknown. Several candidates have been examined and determined unlikely to have played a major role in the decline (although they may be important factors at current reduced population levels): redistribution of the population, harvests (commercial or subsistence), predation by killer whales or sharks, pollutant effects, and entanglement in marine debris (Merrick et al. 1987). Disease, though probably a contributing factor, cannot in itself be considered the cause – no widespread, acute epizootics have been observed. The candidate causes have now been reduced to incidental takes in commercial fisheries, shooting by fishermen and others, and changes in the abundance or quality of the prey base. Incidental take has resulted in the death of a large number of animals and was probably important in the early declines, both in the Aleutians and the Gulf of Alaska (Loughlin et al. 1983; Loughlin and Nelson 1986; Perez and Loughlin 1991). However, it does not appear to be a major factor today because the number of takes has declined to low levels. Shooting of sea lions has long been a source of mortality, but it is difficult to assess. This too appears to have declined based on observations from the Copper River Delta (Wynne 1990, Wynne et al. 1992, NMFS files), the one area where shooting has been systematically monitored, and from anecdotal reports from fishermen in other areas. What remains as a cause of the recent declines appears to be a decline in the prey base available to young sea lions. This may then result in a reduced nutritional plane which is translated into increased susceptibility to mortality from disease, parasitism, and predation. This would also explain the smaller size at age observed by Calkins and Goodwin (1988). However, the change in the prey base has not been identified.

**C.  Import/Export of Marine Mammals or Parts/Products:** not applicable

**D.  Description of the Proposed Activities**

  *1.  Overall Duration, Dates, and Locations of the Proposed Research:* We request that this permit be valid from the earliest possible date through 31 December 2004. We further request that the scope of the permit be range-wide, including the U.S. (Alaska,

9

Washington, Oregon, and California), Canada (British Columbia), Russia (Commander Islands, Kamchatka Peninsula, Kuril Islands, and Okhotsk Sea), and Japan.

Most of NMML's proposed activities will take place in specific areas and during specific times of the year. However, opportunities arise, frequently on short notice, whereby NMML personnel are invited to participate in field work with colleagues from other agencies in the U.S. and with those in Canada, Russia, and Japan. Such collaborations provide opportunities to increase the scope of data and samples analyzed by the NMML. The ability to make comparisons among different segments of the population that are experiencing different population trends may be critical in understanding the continuing population decline of the western stock. Accordingly, the NMML requests authority for takes to be range-wide and year round for particular tasks as appropriate.

2. *Types of Takes Involved*: This permit application includes many different kinds of takes within a wide variety of inter-dependent research programs and activities. Types of takes include the following:

   a. incidental disturbance during aerial surveys;
   b. incidental disturbance during general observation and brand-resight effort;
   c. incidental disturbance during set-up/maintenance of remote-monitoring stations;
   d. disturbance during pup counts;
   e. disturbance during collection of fecal material (scats);
   f. capture of pups ($\leq 1\frac{1}{2}$ months old) on land for tagging, measuring, and weighing;
   g. capture of pups ($\geq 4$ months old) and juveniles on-land and underwater;
   h. collecting blood and genetic samples from pups and juveniles;
   i. swabs of lesions, eyes, genitalia, or rectum of animals exhibiting symptoms of disease and fecal loop samples from pups and juveniles;
   j. blubber biopsy of pups ($\geq 4$ months old) and juveniles, including Lidocaine for local anesthesia and reduced bleeding;
   k. biopsy darting of adults and juveniles; and
   l. branding of pups ($\leq 1\frac{1}{2}$ months old), including gas anaesthesia to reduce stress and immobilize animals.

For purposes of clarity, research activities are presented separately below, grouped by tasks referenced to research needs identified by the Recovery Team. The description of each activity includes the kinds of takes required, their frequency, times and areas of operation, research objectives, methods, and anticipated results. The following descriptions also are summarized in Table 1.

**Element 1 - Alaska-Wide and Range-Wide Aerial Surveys of Adults and Juveniles**
**a) June Breeding Season Surveys**
   i. Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) specifically identified the need for Alaska-wide surveys of adult and juvenile sea lions every year (research task 321) and a range-wide survey every fifth year (research task 341). After comprehensive reviews by scientists at the NMFS AFSC and by the NMFS Office of the Chief Scientist, and in consultation with the recovery team,

the NMML changed the survey protocol to alternate-year Alaska-wide surveys and a four-year schedule for range-wide surveys. Biennial Alaska-wide surveys are scheduled for 2000 and 2004. The next range-wide survey is scheduled for 2002.

The status of the Alaskan Steller sea lion population is evaluated based on aerial surveys of adults and juveniles observed on rookeries and haul-outs during June. The objectives of this project are to continue collecting data necessary for assessing the status and trends of the sea lion population and to collect other supporting information on sea lion hauling patterns.

ii.   Methods - Survey protocols will be the same as in previous surveys (Sease et al. 1999, Sease and Loughlin 1999). We will survey adult and juvenile Steller sea lions hauled out on rookeries and haulouts in Alaska during 10-30 June. Surveys will be conducted daily during the period between 1000 and 1600 hrs (as determined by the sun's position, not local time). Survey aircraft are flown at slow speeds (100-150 kts), at low altitude (150-200 m) and close offshore (500 m). Usually one pass is made on a site, although additional passes are occasionally made. These surveys are a cooperative effort of the ADF&G (Southeast Alaska and the eastern Gulf of Alaska) and the NMML (central Gulf of Alaska to the western Aleutian Islands).

These aerial surveys use oblique photography, using hand-held 35-mm SLR cameras with motordrive and 70-210 mm zoom lens. Date and time is recorded on the image using a databack. Film is usually Ektachrome 200, shot at around 1/500 shutter speed. We also take back-up imagery using a high-resolution 8mm video camera or digital camera. After the slides are developed, the images are projected onto a white background (NMML) or viewed through a binocular microscope (ADF&G) to count adults and juveniles (but not pups).

iii.   Expected results - Data from these surveys are used to determine the current status of the sea lion population for evaluation relative to recovery criteria. These data are also used to evaluate trends by subarea and site to study causes of the decline, and the efficacy of management actions.

**b) Aerial Surveys during the non-breeding season**

i.   Objectives - The final Recovery Plan (NMFS 1992) identified the need to determine seasonal use patterns of sea lions (research task 12). Aerial surveys conducted during the non-breeding season, using the same protocols and methods as the breeding surveys, are the most effective tool for assessing seasonal changes in the distribution and relative abundance of sea lions.

ii.   Methods - Except for the different dates of operation, the methods for a non-breeding survey are the same as described above for the June aerial surveys.

iii.   Expected results - Results of non-breeding surveys, particularly when and

11

compared to results of previous surveys, will help describe seasonal movements of
sea lions in Alaska. This information will be especially important for assessing the
potential impacts of winter groundfish fisheries on the prey resources of sea lions.

**Element 2 - Alaska-Wide and Range-Wide Surveys of Pups at Selected Rookeries**

    i.    Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) identified
the need for surveys of sea lion pups at selected rookeries in Alaska every year
(research task 322) and range-wide every fifth year (research task 342). The
range-wide pup survey changed from a 5-year to a 4-year schedule beginning in
1994, keeping parallel to the aerial survey schedule. The next scheduled range-
wide survey will be in 2002.

        Pup counts obtained during late June to mid-July provide supplemental information
on population status (in conjunction with aerial surveys of non-pups). The
objectives of this project are to continue collecting data necessary for assessing the
status and trends of the sea lion population.

    ii.   Methods - Survey protocols will be the same as in previous surveys (Sease et al.
1999, Sease and Loughlin 1999). Pup counts take place during the last week of
June through the second week of July at rookeries from Forrester Island (southeast
Alaska) through Attu Island (western Aleutian Islands). Rookeries from Forrester
Island to the Unimak Pass region (eastern Aleutian islands) have been surveyed on
approximately an alternate-year schedule (to minimize disturbance to rookeries).
The range-wide survey in 2002 will include all rookeries in Alaska.

        Pups are counted by first clearing the rookery of most sea lions other than pups. A
biologist experienced in herding sea lions slowly moves non-pups away from the
pups. After the non-pups have retreated, two or more biologists make
independent counts of the live (and dead) pups on the beach and in the water.

   iii.   Expected results - Data from these surveys are used to determine the current status
of the sea lion population for evaluation against recovery criteria. These data are
also used to evaluate trends by subarea and site to study causes of the decline, and
the efficacy of management actions.

**Element 3 - Capture, Measure, and Tag Pups on Rookeries During Breeding Season**

    i.    Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) identified
the need to monitor the health, condition, and vital parameters of sea lions
(research task 4). More specifically, this included developing indices of condition
(research task 432), obtaining measurements and samples using non-lethal
techniques (research task 445), and tagging of pups on rookeries (task 443).

        The objective of this research is to continue ongoing studies of the physical
condition of pups. Health and condition of the Alaskan sea lion population is
important for monitoring the populations status with respect to recovery, and for

determining causes of the population decline.

ii.     Methods - In conjunction with the range-wide count of pups at rookeries, we will capture, weigh, and measure up to 1,300 pups each year. Fifty pups per rookery (approximately 25 males and 25 females) provides a minimum sample size useful for statistical analyses of mass by sex class (sufficient to detect a 15% change in mass of males and a 10% change in the mass of females [$\alpha = 0.05$ and statistical power $(1 - \beta) = 0.80$]. This has been our standard sample size for these studies since 1990. Pups are captured by hand, placed in a hoop net for weighing, and restrained by hand during measurement, sampling, and tagging. Measurements will include standard length, axillary girth (immediately behind fore flippers), and flipper length. We will tag all handled pups for future identification using numbered Allflex plastic tags, color-coded by area within Alaska. Pups captured during this research are approximately 1 week to 1½ months of age.

We propose collecting blood and other tissue samples from a sample of these pups, as described in **Element 5**, below. At selected rookeries, we propose to hot-brand pups with permanent identification numbers, as described in **Element 7**, below.

iii.    Expected results - These data will provide information on the relative health of the population when compared to results from preceding years and known standards.

### Element 4 - Capture of Juveniles and Pups (Older than 4 Months)

i.      Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) identified the need to monitor the health, condition, and vital parameters of sea lions (research task 4). More specifically, this included developing indices of condition (research task 432) and obtaining measurements and samples using non-lethal techniques (research task 445). The Recovery Plan also called for research to determine if biological parameters indicate different stocks of sea lions (research task 22).

The objective of this research is to continue ongoing studies of the physical condition of pups and juveniles outside of the breeding season, particularly during the winter. Juvenile survival likely is a key element in the continuing decline and will be key to the recovery of the western stock of Steller sea lions. Availability and quality of food resources is a likely mechanism for influencing juvenile survival, especially during the winter. Assessing the condition, status, and foraging behavior of pups as they are weaned and of juvenile sea lions that are foraging for themselves is the most direct means to understand this critical time in a sea lion's life. We will analyze blood chemistries, fatty acids, and stable isotopes.

ii.     Methods - We propose capturing older pups and juveniles by two methods: on-land and underwater. Pups captured under this task will be ≤4 months old, during fall, winter, and spring research expeditions. Juveniles will be up to 3 years old. We propose capturing ≤120 sea lions, as described in **Element 6**, below.

Civ. No. 05-1392 (ESH)
**Defendants' Exhibit 1**

We propose to capture pups on land with a large hoop net (3 ft. diameter and 5 ft. long handle) and physically restrain them. One or two biologists sneak up as close as possible to the target animal before entrapping in it the net. NMML personnel have used hoop nets to capture 5 Steller sea lion pups in Alaska during March 1999 under NMFS Permit #782-1447 and more than 100 adult California sea lion (*Zalophus californianus*) females in California under NMFS Permit #977 (Sharon Melin, NMML, personal communication). This technique has proven safe for both the researchers and the animals and has never resulted in the death of an animal. After we capture an animal in the net, we will slowly transfer it into a fabric restraining wrap used for weighing the animal. We will keep the animal restrained in this wrap during measurements and while collecting samples.

We will capture pups and juveniles in the water using the lasso technique developed by colleagues with the Alaska Department of Fish and Game. Two or three divers, supported by a skiff and a larger vessel, approach a haulout under water. The natural curiosity of young sea lions draws them to the divers. After a brief period of accustomization, sea lions will approach close enough that a rope lasso tended by personnel in the skiff can be placed around them, slightly behind the fore flippers, by the divers. The lasso is tightened and the rope is retrieved by the skiff crew. Animals are wrapped in a restraining net and pulled into the skiff and restrained by hand. This technique has proven to be effective and safe for divers and captured animals.

Captured animals will be weighed, measured, and tagged with numbered Allflex plastic tags, color-coded by area within Alaska, as described under **Element 3**, above). We propose to take a variety of tissue samples and cultures from these captured pups and juveniles, including blood, feces, and swabs, as described under **Element 5**, below).

We request the added authorization to administer a light dose of a tranquilizer (Valium or equivalent) to restrained animals as needed to calm them and minimize the potential for injury to animals and handlers. We propose to use Valium only in cases when we cannot draw blood because the animal is struggling in restraint. Dosages of Valium (5mg/ml concentration) are scaled according to size and age (5ml per 100kg) and injected intramuscular in the rump area while the animal is restrained in the net. NMML personnel have used Valium at this dosage rate very successfully to aid in the physical restraint of more than 50 adult California sea lion females and more than 200 California sea lion pups ranging in age from 4 months to 11 months old (Sharon Melin, NMML, personal communication). Low doses of Valium, as requested here, slightly relax animals after capture so that physical restraint is easier on both the animal and the field personnel. For California sea lions, the effect generally subsides 20 minutes after injection and the animals are fully functional at 20-30 minutes after injection, regardless of age or size. No mortalities of restrained California sea lions have ever been the result of the effects of Valium. Although different species may react differently to drugs, we believe

14

Civ. No. 05-1392 (ESH)
**Defendants' Exhibit 1**

that Valium is a safe drug to aid in the physical restraint of Steller sea lion pups.

iii.   Expected results - These data will provide information on the relative health of the population when compared to results from preceding years and known standards. These data will particularly address seasonal changes in the physical condition of sea lions, which will contribute to assessing the potential impacts of commercial fisheries and environmental changes on the status of sea lions.

**Element 5 - Collect Blood and Tissue Samples from Pups and Juveniles**

i.   Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) identified the need to monitor the health, condition, and vital parameters of sea lions (research task 4). More specifically, this included developing indices of condition (research task 432) and obtaining measurements and samples using non-lethal techniques. The Recovery Plan also called for research to determine if biological parameters indicate different stocks of sea lions (research task 22).

The objectives of this research are to continue ongoing studies of the physical condition of pups and genetic variability within the population. Health and condition of the Alaskan sea lion population is important for monitoring the populations status with respect to recovery, and for determining causes of the population decline. Results of recent genetic analyses (based on samples collected by these methods under NMFS Permits #809 and #782-1447) already have identified two separate stocks within the population (Bickham et al. 1996, Loughlin 1997). Continuing genetic research may provide a more detailed description of stock structure that affects future management actions.

ii.   Methods - We propose to collect blood and tissue samples from a sample of pups ($\leq 1\frac{1}{2}$ months old) captured on rookeries during the breeding season (**Element 3**, above) in conjunction with the range-wide count of pups at rookeries (**Element 2**, above). We also will perform these research activities on pups ($\geq 4$ months old) and juveniles ($\leq 3$ years old) captured on rookeries and haulouts outside of the breeding season, as described in **Element 4**, above.

Clinical blood chemistries are useful for examining the gross physiological status of individual animals. In other otariid species, electrolytes, oxygen carrying capacity (red blood cell indices), and immune system function (white blood cell indices) are highly useful for making inferences about the health of young animals. The NMML began analyzing blood from Steller sea lion pups in 1991. More thorough and regular monitoring of the clinical chemistries of pups began in 1998. Based on the observed variability in the samples from 1998 and 1999, samples sizes necessary for detecting differences between each rookery are prohibitively large. However, comparisons between rookery groups (e.g., western Aleutian Islands versus central Aleutian Islands versus western Gulf of Alaska, etc.) and between years requires approximately 85 samples per year for detecting differences in hematocrit, and 120 to 160 samples per year for detecting differences in most

15

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

electrolytes [for $\alpha$=0.05 and statistical power (1-$\beta$)=0.80]. Practically, it is feasible to collect blood from up to 25 pups on any given rookery during the time required to tag, weight, and measure our standard sample of 50 pups. Increasing the number of pups sampled for blood per rookery would prolong the disturbance of the rookery. During the more extended disturbance at rookeries necessary for branding, it will be feasible to sample blood from up to 50 pups. Thus, the maximal number of pups for blood sampling will be 550 pups per year: $\leq$25 pups per rookery for up to 10 rookeries (no branding) and $\leq$50 pups at up to 6 rookeries.

We propose drawing $\leq$25cc from pups captured on rookeries during the breeding season. Mass of these pups varies from 20kg to 50kg. From older pups ($\geq$4 months old) and juveniles ($\leq$3 years old) captured on rookeries and haulouts outside of the breeding season we propose drawing 40cc of blood. The mass of these animals is 90kg to 120kg; this increased sample of blood will allow a greater range of analyses without physical jeopardy to these animals. Blood draws will be made by physiologists or veterinarians participating in the field study, or by biologists trained/experienced in blood draw techniques.

From all captured pups and juveniles we will collect fecal samples using a sterilized fecal loop for determination of parasites, disease, and hormone concentrations. We propose using sterile rayon tipped bacterial culture swabs to sample dermal lesions, or ocular, rectal, and/or vaginal areas, as appropriate, from any handled pups exhibiting external signs of disease. Swabs will be taken and cultured according to standard veterinary procedures.

With pups ($\geq$4 months old) and juveniles, if we have reason to believe the captured animal recently returned from sea, we may administer an enema to recover remains of prey items from the lower digestive tract. A clean, lubricated enema tube is inserted into the rectum and 1-2 liters of warm water are gently applied to flush feces from the lower digestive tract. Fecal material is collected in a plastic bag for sieving and removal of prey remains in the laboratory. We will not administer enemas to pups $\leq$1½ months old.

From these pups and juveniles we also propose to take a sample of skin, approximately 5mm in diameter, punched from the webbing of the hind flipper for genetic analyses. Samples will be preserved in a saline/DMSO solution for future analysis of mitochondrial and nucleic DNA.

From some of these animals we will collect three other tissue samples for stable isotope analysis: a small sample of hair, clipped from an area approximately 3cm by 3cm; 1 or 2 vibrissae clipped close to the skin, and the tip of a nail from each fore flipper. Stable isotope analyses are described in detail in **Element 6** of this application.

iii. Expected results - These data will provide information on the relative health of the population to be integrated into ongoing NMFS studies. Genetic information will provide greater detail about genetic variability and stock structure of the sea lion population. Stable isotope analyses are described in detail in **Element 6** of this application.

**Element 6 - Biopsy of Skin and Blubber from Pups and Juveniles**

i. Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) identified the need to investigate feeding ecology and factors effecting energetic status (research task 6) and specifically to describe foods eaten by sea lions (research task 611) and to assess significance of various prey (research tasks 614). Most food habits research relies on analyses of fecal material (**Element 9** of this application) and stomach contents. This element of the NMML's research program will supplement scat analyses with alternative techniques: analyses of fatty acids and stable isotopes.

Results from analyses of feces and stomach contents are biased towards the most recent feeding. This is not a problem if the diet is relatively uniform throughout the observation period. However, should there be differences (e.g., the animal eats different foods while offshore than near the haul-out) then the dietary information will be biased. Previously, the only way to identify this bias was to sacrifice animals at-sea. Now, however, by using fatty acid or stable isotope analyses, it is possible to make other inferences about diet.

Fatty acid analysis can be performed using individual predator's tissues (blood or blubber). Ingested fatty acids appear first in the blood stream and are then directly deposited in adipose tissue, such that fatty acids in blood mirror recent meals (hours) while those in blubber reflect integration of diet over many days or weeks. The approach is well suited for marine applications because lipids in marine food webs are exceptionally complex and diverse. Fatty acid typically are deposited in animal tissue with minimal modification, potentially providing "indicator" fatty acids that arise only from diet. The use of specific fatty acids as biological markers has been demonstrated in studies of marine mammals, fish, and zooplankton (Innis and Kuhnlein 1987, Sargent et al. 1988, Fraser et al. 1989, Grahl-Nielsen and Mjaavatten 1991, Iverson 1995, Iverson et al. 1997, Smith et al. in press).

The ratios of carbon and nitrogen stable isotopes in tissues (hair, nail, skin, muscle, blubber) can help identify the general trophic level at which an animal is feeding over prolonged periods. For example, planktivorous fish (e.g., herring) have different $C_{13}:C_{12}$ or $N_{14}:N_{15}$ ratios than piscivorous fish (e.g., walleye pollock). Consequently, by assessing the stable isotope ratios in sea lion tissues (e.g, fur and teeth) it will be possible to validate the general results of the other food habits work and to provide new information on lifetime or seasonal foraging (Hobson and Montevecchi 1991, Hobson et al. 1997, Hobson and Sease 1998).

ii.  Methods - We will sample blubber from Steller sea lions for fatty acid analyses by
two techniques: blubber punch for restrained animals and pneumatically-propelled
dart for unrestrained wild animals. Skin and blubber samples will be collected near
the hind flippers using a surgical biopsy punch 7 mm in diameter. Lidocaine (1cc
of 2% solution) will be injected in a rosette around the biopsy site as a local
anesthetic and to reduce bleeding. This technique has been used without adverse
effect on a variety of pinniped species including harbor seals, California sea lions,
and Antarctic fur seals (*Arctocephalus gazella*).

We also will sample Steller sea lions on rookeries and haulouts with a modified
cetacean biopsy dart fired from a $CO_2$-charged rifle (the same rifle used to deliver
immobilizing drugs). The dart is designed to remove a 0.6cm diameter by 2-4cm
long sample of blubber, skin, and fur. Stalking and darting followed the same
general protocol as that used for animal captures with Telazol darting (as
described in our 1993 permit report), which minimizes disturbance to other animals
on the haulout. Typical darting distance is less than 15 meters, allowing careful
selection of particular target animals by age/sex class. Based on our field
experience under NMFS Permits #809 and #782-1447, the minimal responses of
darted animals suggested that being struck by the biopsy dart was less disturbing
than being struck by a Telazol dart. Laboratory analyses will be conducted in
cooperation with other researchers: e.g., Dr. Stanley D. (Jeep) Rice, NMFS Auke
Bay Laboratory (fatty acids) and Dr. Keith Hobson, Canadian Wildlife Service and
University of Saskatchewan (stable isotopes).

Based on stable isotope measurements from muscle of northern fur seals, we
estimate that detecting a 2-3% difference in $\delta^{13}C$ and a 9-11% difference in $\delta^{15}N$
[$\alpha=0.05$ and statistical power $(1-\beta)=0.8$] requires a minimum sample size of 30
animals in each group. Age/sex groups of interest are 1) adult females, 2) female
juveniles and pups $\geq 4$ months old, and 3) male juveniles and pups $\geq 4$ months old.
Geographical groups of interest are 1) the Gulf of Alaska, 2) eastern Aleutian
Islands, 3) central Aleutian Islands, and 4) western Aleutian Islands. Our goal will
be to sample at least 30 but no more than 40 animals from each age/sex group and
from at least 2 of the geographical groups each year. Examination of fatty acids in
Steller sea lions has only recently begun, and we do not have sufficient data to
perform a power analysis or calculate minimum sample sizes. Iverson et al. (1997)
analyzed fatty acid signatures in the blubber of harbor seals in Prince William
Sound, Alaska. Assuming that fatty acid signatures in the blubber of Steller sea
lions would demonstrate similar variability, we estimate that the sample sizes of
about 30 animals per group per year, as described above for stable isotope studies,
also should be sufficient to detect differences in fatty acids between groups. The
same individual tissue samples should be sufficient for both stable isotope and fatty
acid analyses. This totals $\leq 60$ adult females and $\leq 120$ juveniles per year.

iii.  Expected results - The fatty acid analyses continues a recently-begun and on-going
research program at NMML. In the field, we expect to improve techniques and

18

equipment. In the laboratory, we will begin perfecting techniques and protocols to guarantee that our results will be comparable to those of other laboratories (notably Dalhousie University). We also will begin examining and cataloging the fatty acid composition of adult female and juvenile Steller sea lions and principal prey species. Ultimately we expect that we will be able to describe temporal, geographic, and demographic (by age/sex class of sea lions) variability in sea lion diet.

Stable isotope ratios from sea lion tissues will be compared among age and sex groups and with values from various prey to estimate the type of prey that sea lions may be feeding on (e.g., invertebrates, planktivorous fish, piscivorous fish, etc). Results from this analysis also will be compared with those from fatty acids and scat analyses to clarify biases inherent in the different techniques and to provide a more complete understanding of sea lion foraging ecology.

**Element 7 - Branding of Pups on Rookeries**

i.    Objectives - The objectives of branding are to estimate survival rates, natality rates, and age at first reproduction in four separate study sites over the range of the Western population of Steller sea lions. Branded animals also will provide information on seasonal movements, dispersal, and site fidelity. The final Recovery Plan for Steller sea lions (NMFS 1992) identified the importance of visual marking and tagging studies (research tasks 211, 212, 443, and 444). Workshops convened by the Recovery Team on telemetry, behavioral, and physiological research on Steller sea lions emphasized the need for a large pool of permanently-marked animals in the population. Hot-branding of pups is the most practical technique for permanently marking animals.

ii.   Methods - Branded pups will be a sub-set of those pups ≤1½ months old captured, measured, and tagged on rookeries during breeding season (as described under **Elements 2 and 3**, above). Pups are corralled against cliffs or boulders and taken one-by-one to be weighed, measured, and branded. The following description of the equipment and procedure for branding is summarized from Merrick et al. (1996). Branding irons are made of cold-rolled steel (approximately 10mm stock); the dimensions of the largest digits are approximately 5cm wide and 8cm high. Each iron is heated red hot in a portable, propane-fired forge and applied perpendicularly to the animal's shoulder with light, even pressure (ca. 5 psi) for 2-4 seconds. Digits will be 4-5cm apart to insure clarity of numbers. A 3-digit brand requires about 1 minute to complete. Pups are then released. Pups that are very young or in poor physical condition (e.g., under 20kg) will not be branded.

The number of marked animals, the survival rates, and probability of resighting (given that an animal is alive) combine to affect the variability of a survival estimate. For a large range of probable survival rates, and assuming that survival rates are equal over the range, we can obtain estimates of survival with a C.V. of less than 0.125 if we brand at least 600 animals. This assumes that the probability

of resighting 4-year old animals is greater than 0.1, and the probability of resighting 5-year old animals is greater than 0.3. If the resighting probability is about 0.05, the estimated CV of survival drops to about 0.18 if 600 animals are branded. A higher resighting probability will result in smaller CVs. Our goal will be to brand 200 pups at up to four sites in a given year. In this goal we acknowledge that a variety of circumstances at a particular site and on a particular day (e.g., number of pups readily accessible, terrain, weather, degree or duration of disturbance on the rookery) likely will prevent us from branding a full sample of 200 pups at some sites.

We request the authority for the optional use of gas anesthesia (isoflurane) to reduce stress on pups and improve the quality of brands by preventing wiggling during branding. We will use the equipment and techniques developed and described in detail by Heath et al. (1996) and Heath et al. (1997). This technique has been used extensively and with Steller and California sea lions, both adults and pups, and was in fact developed primarily for and during field operations on these species in collaboration with the NMML and the ADF&G. We will deliver anesthesia to hand-restrained pups through a mask, which should be sufficient for the time requirements of branding. We also may deliver anesthesia by intubation with endotracheal tubes, which is the more usual method (Heath et al. 1997). Gas anesthesia has proven safe and effective with sea lions. In this application it should eliminate much of the stress experienced by pups and improve the quality of brands by eliminating pup movement. Gas anesthesia will be administered and monitored only by personnel thoroughly trained in its application.

Hot-branding is the preferred method for producing permanent markings on sea lions safely and effectively. Dye-marks are lost during the next molt. Freeze-branding can produce long-lasting marks, but they may not be permanent. In addition, freeze branding requires significantly more contact with the animal and may produce more protracted stress than hot branding (Merrick et al. 1996). Logistical complications make freeze branding extremely difficult under field conditions, whereas the forge and propane for hot branding can easily be transported to a rookery beach and set up in a few minutes.

Hot branding has proven effective in practice. The Alaska Department of Fish and Game (ADF&G) branded 7,046 Steller sea lions with a single character at several rookeries and haulouts in Alaska in 1975-1976. The NMFS, with ADF&G and the Pacific Research Institute of Marine Fisheries and Oceanography (TINRO), branded 1,489 Steller sea lion pups at Marmot Island, Alaska, and at 4 rookeries in the Kuril Islands, Russia, from 1987 to 1989. KAMCHATRYBVOD, in collaboration with NMFS, branded more than 500 Steller sea lion pups in the Kuril and Commander Islands in 1996. At San Miguel Island in California, the NMML and cooperators have branded more than 5,000 California sea lions since 1987. There is no evidence suggesting increased mortality of pups after branding (Merrick et al. 1996; Sharon Melin and Bob DeLong, NMML, personal

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

communication and unpubl. data; ADF&G unpubl. data).

Resight effort is fundamental for a successful branding program. During the next several years the NMML will establish temporary field camps at selected rookeries and haulouts to search for branded animals (**Element 10**, below). Individual sites for branding and field camps have not been determined yet.

iii.   Expected results - Previous branding efforts have provided extensive information about movements, dispersal, and site fidelity of sea lions in California, Alaska, and Russia. Now that substantial numbers of branded California sea lions have recruited into the breeding population at San Miguel Island in California, the NMML is building a data base that will provide insights on survival and reproductive rates. Similar results can be expected in Alaska.

**Element 8 - Attachment of Scientific Instruments to Adults and Juveniles**
i.   Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) identified the need to identify habitat requirements and areas of biological significance for Steller sea lions and to investigate feeding ecology. Specific points in the step-down outline included the following: map, describe, and evaluate feeding areas (research task 112), determine seasonal use patterns (research task 12), identify and designate "Critical Habitat" areas (research task 15), identify feeding areas (research task 6131), and investigate diving behavior and feeding cycles (research task 6132). Participants in a telemetry workshop convened by the Recovery Team in December 1997 reiterated the importance of telemetry studies, especially those targeting feeding ecology and movements of juvenile sea lions.

Satellite-linked time depth recorders (SLTDRs) are the only practicable tool for following the movements of Steller sea lions during foraging trips and for monitoring diving behavior. This work will be used to identify foraging areas, particularly during winter, and to further refine our knowledge of the foraging capabilities of young sea lions. In turn, this information will help define the characteristics of foraging areas, and the relationships of these areas to areas of known prey concentrations and to commercial fisheries. VHF transmitters will help describe attendance and movement between selected sites.

ii.   Methods - The NMML proposes to attach scientific instruments to pups $\geq 4$ months old and juveniles $\leq 3$ years old. Details of takes and techniques for capture are described in **Element 4** of this application. We will attach SLTDRs and VHF transmitters to the hair on the animal's back, just over the shoulders, with fast-setting epoxy glue. Signals from VHF transmitters will be monitored by land-based antenna systems; signals from SLTDRs are received by orbiting satellites, relayed to stations on Earth, recorded, and delivered to the investigators. This work will be conducted primarily in Alaska, but may occur range-wide in response to opportunities for collaboration with colleagues in other areas. The number of animals outfitted with instruments each year will be determined by budget

limitations rather than more rigorous calculations of optimum or minimum sample sizes. We anticipate the maximum number of instrument packages that we will be able to attach in any given year is 15.

iii.  Expected results - Data obtained from SLTDRs and VHF transmitters will contribute to the NMML's ongoing investigations into seasonal movements, diving behavior, habitat selection, and foraging ecology of Steller sea lions. This work will be particularly important for identifying winter foraging areas and refining our knowledge of the foraging capabilities of young sea lions. This information will be crucial in assessing the potential effects of commercial fisheries on the status of Steller sea lions.

**Element 9 - Collection of Fecal Material on Rookeries and Haul-out Sites**

i.  Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) identified the need to investigate feeding ecology and factors effecting energetic status (research task 6) and specifically to describe foods eaten by sea lions (research task 611) and to assess significance of various prey (research tasks 614). Evaluation of the hypothesis that food limitation plays a major role in the decline of sea lions in the western stock requires knowledge of food habits by area, season, and sea lion age class. Although the NMML has greatly expanded the geographic and temporal scope of food-habits collections during the last several years, numerous gaps persist in our understanding of feeding ecology. The objective of this research is to fill in these data gaps.

ii.  Methods - Our primary source of food habits through identification of prey remains in fecal material (scats) collected at rookeries and haul-outs. We collect scats whenever we go onto rookeries and haulouts for pup surveys or for animal captures; we collected a total of approximately 900 scats in the Gulf of Alaska and Aleutian Islands during June and July 1998 and 1999. During recent years the NMML has made a concerted effort to collect scats during the winter, including a total of approximately 400 scats during March 1998 and 1999. Scats are individually bagged, tagged, frozen, and shipped to Seattle. Scats are washed and sieved at NMFS labs in Seattle, and hard parts retained. These hard parts (typically cephalopod beaks, bones, and otoliths) are then identified to taxa.

iii.  Expected results - These data should provide a relatively complete description of the frequency of occurrence of various prey items by area and season. These food habits data will then be compared with historical data on prey preferences and prey availability to evaluate the hypothesis that changes may have occurred in prey consumption. Analyses of prey remains in fecal material continues to be the NMML's primary method for describing feeding ecology of sea lions, although these results will be supplemented by those from fatty acid and stable isotope analyses (**Element 6** of this application).

**Element 10 - Behavioral and Demographic Observations at Rookeries and Haulouts**

i.  Objectives - The final Recovery Plan for Steller sea lions (NMFS 1992) identified the need to conduct studies on rookeries that help to monitor health, condition, and vital parameters. Specifically this includes determining the sex and age class of animals on shore and determining rates of pup production and mortality at selected rookeries (research tasks 441 and 442). A peer-review workshop on behavioral and rookery-based research, convened by the Recovery Team in December 1997, reiterated the need for longitudinal studies based on resighting permanently marked animals.

Changes in the population's sex ratio, age distribution, and pup production on rookeries provide information on the status of the population and source of the decline. For example, a comparison of data obtained in intensive summer long observations conducted at Ugamak Island during the 1970s and 1980s (Merrick et al. 1988) provided the first indication that juvenile survival had declined in the eastern Aleutian Islands during the period. Similar changes were observed at Marmot Island in the central Gulf of Alaska during 1979 to 1994 (Chumbley et al. 1997). One objective of this research will be providing further information on the sex and age structure of the population through a continuation of breeding-season studies at selected rookeries. A second objective of the field camps will be resighting effort for branded animals at rookeries and major haulouts.

ii.  Methods - Field teams will be stationed at one or more remote Alaskan islands during the 1998 breeding season. Although specific locations and schedules for occupation have not been determined yet, a permanent cabin exists at Marmot Island and temporary field camps have been established on Ugamak Island. The feasibility of establishing temporary camps at other sites is still under consideration. Observations will be made from cliffs or other vantage points above the rookeries, as described in Chumbley et al. (1997), with the following data to be recorded:

1)  Daily counts of sea lions by class--pups (alive and dead), juveniles (ages 1-4), adult territorial males, other adult males, and adult females. Females nursing juveniles shall also be counted.
2)  Presence of tagged and branded animals.
3)  Daily attendance observations of branded or tagged or naturally-marked animals to determine times spent at-sea foraging.
4)  Observations of entangled or injured sea lions.
5)  Record observations of other marine mammals, and boat or air traffic as seen. Boats within the 3 or 10 nm buffer zones will be noted.

Animals previously marked at the site will be recorded, and the presence or absence of a pup noted. These data will be added to the existing file of data on each of these known animals.

**NOTE: because biologists observe sea lions from viewpoints overlooking the**

23

rookeries, no animals will be taken by harassment, disturbance, or capture.

iii. Expected results - These data will provide an estimate of the general age and sex structure of the population, the pupping rate (ratio of adult females to pups), pup mortality during the first 1-2 months postpartum, brand and tag resightings, and trip lengths. These data can then be compared with historical data from the sites to evaluate population status.

**Element 11 - Establish Remote Sensing Stations on Rookeries and Haulouts**

i. Objectives - As described in **Element 10**, the final Recovery Plan for Steller sea lions (NMFS 1992) identified the need for land-based observational studies to monitor health, condition, and vital parameters. This study seeks to extend the period of observation to cover the entire year, not just the duration of occupation of a field camp.

ii. Methods - The NMML proposes to set up 2 to 3 video cameras on selected rookeries and haulouts in Alaska. In some cases, cameras may be fix-mounted and aimed at the haulout area from several vantage points, with data being stored for later retrieval. Where feasible, cameras will transmit signals back to a receiving station for recording and analysis. Remotely-operated cameras can be redirected to scan the haulout area or zoom in on animals of particular interest. These video systems are operating successfully on a sea lion haulout in the Gulf of Alaska (operated by the Alaska Sea Life Center, Seward, Alaska) and on a seabird colony (operated by the Pratt Museum, Homer, Alaska). Depending on the site, set up for a remote video station could be accomplished with little or no disturbance to animals. Specific locations for remote monitoring stations have not been determined yet.

iii. Expected results - Remote monitoring stations will provide data similar to that collected at field camps, but these data will be collected year-round. These monitoring stations will provide an opportunity to make behavioral observations under varying weather conditions throughout the year, to follow seasonal movements and changes in abundance, and to look for branded and tagged individuals.

4. *Intentional Lethal Takes*: not applicable

8. *Captive Removal*: not applicable

9. *Importation of Parts*: Any importation of Steller sea lion parts or samples will be accomplished under the authority and conditions of existing NMML permit No. 782-1399 and its successors.

**E. Describe Anticipated Effects of Proposed Activity**

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

1.  Small adverse impacts may result from harassment associated with aerial and pup surveys, tagging, effects of the tag, and mortality due to handling. Using protocols developed over the past decade by NMFS, ADF&G, and consulting veterinarians, the actual adverse impact should be negligible. Survey aircraft approach sites, when possible, from a kilometer or more offshore and without banking (the sound change associated with banking increases the likelihood of disturbing animals), and they typically are within hearing range for no more than 1-2 minutes. This protocol has reduced the effects of the approach and usually less than 1% of hauled out animals go into the water.

2.  Impacts of the pup counts are potentially greater than from aerial surveys because most adult animals must be moved to the edge of the rookery or into the water to make the count. To minimize the impact of the counts, our protocol includes the following:

    a)  will not survey until the end of the pupping season (late June or later), after mother-pup bonds are well established;

    b)  minimize the time that we are occupying the beach (≤2 hrs for counting, ≤5 hrs if capturing 50 pups for measuring and weighing); and

    c)  use biologists experienced in herding to slowly move the adults out of the way, and experienced counters to complete the surveys as quickly as possible.

3.  With respect to pup handling (e.g., capture, tagging and branding, blood draws) we have now handled 3,000-4,000 pups younger than 2 months old during the past eight to 10 years with only one mortality. This may be due to the large size of the pups (up to 50 kg) but we also attribute this to the following:

    a)  Pups are processed in small groups. Prior to handling we round up a small pod of pups (10-20). These animals are allowed to rest before handling, are watched over for signs of distress, are kept cool (with water if necessary), and animals showing signs of distress are released.

    b)  Pups are restrained by hand, not with a restraint board. We do not use any drugs to control pups during June/July operations. The primary handler is always an experienced biologist, who monitors the pup for signs of stress. The pup is released if it appears to be in distress.

    c)  Animals that are weighed, measured, and tagged are in hand for no more than a few minutes. Animals that have blood drawn may be restrained for up to 15 minutes. These animals receive special handling. Pups frequently doze off during this period (a suggestion that they are not suffering from undue stress) and can then be restrained simply by laying a hand on their head or neck.

4.  Impacts of blood draws, fecal loops, enemas, swabs, and disease screening include discomfort during the activity, but the experience of NMML staff and collaborators with

**Civ. No. 05-1392 (ESH)**
**Defendants' Exhibit 1**

Steller and California sea lions and northern fur seals is that this discomfort is simultaneous with the activity and not long term. All blood draws and swabs will be performed by personnel experienced with these procedures. We do not anticipate any long term effects.

5.  We anticipate the effects of biopsy sampling to be minimal. This procedure has been used without adverse effects on a variety of pinniped species. We propose administering Lidocaine (1cc of 2% solution) in a rosette around the biopsy sight prior to sampling to anesthetize the area and to reduce bleeding. Additionally, the biopsy site will be flushed with a disinfectant (sterile povidone iodine solution) to minimize wound contamination. Surgical biopsies will be performed by experienced personnel and we anticipate no enduring effects.

    Our biopsy dart is very similar to that developed by Gemmell and Majluf (1997) for use with South American fur seals (*Arctocephalus australis*) and southern sea lions (*Otaria bryonia*). Gemmell and Majluf (1997) were confident that animals showed no adverse effects to sampling, and that the only likely way to cause severe injury to a study animal was to strike them in the head. For our proposed darting attempts we will use the same general strategy as for immobilization darting:

    a)  We will stalk to within about 15 meters of animals to insure being within range, being able to accurately identify age/sex classes of animals, and being able to safely dart the animal.
    b)  We will select target animals located so as to minimize the possibility of having other animals interfere with the target animal or of hitting a non-target animal.
    c)  We will dart animals in the rump.
    d)  Darts will be thoroughly cleaned between uses and sterilized with alcohol or betadine immediately prior to use.

    We will conduct biopsy darting in conjunction with other operations, such as pup counts and scat collection. No additional takes by disturbance will be required for this work.

6.  Effects of Allflex tags on pups seem to be minimal. Based on NMFS's observations during the winter of 1987-88 at Marmot Island, tag related mortality does not add significantly to natural mortality. We do not propose to capture any animals using chemical immobilization during.

7.  The NMML anticipates no long-term adverse effects resulting from the attachment of scientific instruments to juveniles and pups ≥4 months old. The NMML has attached SLTDRs to more than 60 adult female and juvenile Steller sea lions in Alaska, Russia, and Washington State since 1989 with no indication of adverse impact to the animal. Recent technology has led to miniaturization of instrument packages, which helps minimize effects caused by the weight and added drag. Packages currently in use, <300gm with a cross sectional area of about 10cm$^2$, are substantially smaller than those used previously. Care will be taken during attachment to adjust the proportions of resin and catalyst to prevent a "hot" mix and to use the minimum practical amount of epoxy to prevent burning the sea

lion's skin.

8.  The NMML anticipates no long-term adverse effects resulting from the administration of valium (0.5mg/kg at dilution of 5mg/ml) to juveniles and pups ≥4 months old. NMML personnel have administered valium successfully and safely to adult and pup California sea lions under NMFS Permits #717, #782, and #977 and to adult and juvenile northern fur seals under NMFS Permits #837 and #782-1455. We will not administer valium routinely, but rather only to particular individuals that we judge would benefit from slight sedation.

9.  Branding: In 1993 the NMML submitted to the NMFS Office of Protected Resources an environmental assessment on hot branding as a marking technique for pinnipeds. Temporary adverse impacts can include disturbance and stress of capture and handling. Some discomfort is likely to accompany the application of the brand. Experience with California sea lions in California and Washington and with Steller sea lions in Alaska, Washington, and Russia suggests that this discomfort is simultaneous with the activity and not expected to result in long-term adverse effects. There is no evidence suggesting increased mortality of pups after branding; some branded individuals have been observed over a period of decades (Merrick et al. 1996; Chumbley et al. 1997; Sharon Melin and Bob DeLong, NMML, personal communication and unpubl. data; ADF&G unpubl. data).

10. Gas anesthesia (isoflurane): The NMML anticipates no adverse effects from the administration of gas anesthesia to pups during branding. This technique has proven extremely safe and effective on Steller and California sea lion pups (Heath et al. 1997). Pups should actually benefit from the anesthesia, as they will be unaware of the activity around them, substantially reducing the stress they experience. Pups awake from gas anasthesia very quickly and appear completely recovered within 5-8 minutes.

**F. Where and When Results Will Be Published**

Results from Steller sea lion research conducted by the NMML under Permits # 809 and # 782-1447 have been presented in publications as varied as peer-reviewed journals (e.g., Bickham et al. 1996; Hobson et al. 1997; Hobson and Sease 1998; Loughlin 1997; Merrick, et al. 1997; Merrick and Loughlin 1997; Rea et al. 1998; Zenteno-Savin et al. 1997; Sease et al., in press) to NOAA Technical Memoranda (e.g., Chumbley et al. 1997, Merrick et al. 1996, Strick et al. 1997, Sease et al. 1999, Sease and Loughlin 1999). Results also have been presented at numerous public forums, such as annual meetings and workshops convened by the Steller sea lion Recovery Team, the biennial meetings of the Society for Marine Mammalogy, the Marine Mammal Commission, the North Pacific Fisheries Management Council and its sub-groups and committees, and The U.S.-Russia Working Group on Marine Mammals.

**G. Captive Holding**                     not applicable

### H. Other Related Proposals, Permits

Research conducted by the NMML frequently is in conjunction with research on northern fur seals, authorized under NMFS Permit # 782-1455.

Importation/exportation of tissues or samples will be carried out under the authority of the NMML's NMFS Permit # 782-1399.

The NMML operates within the the Alaska Maritime National Wildlife Refuge in the Gulf of Alaska and Aleutian Islands under the authority of Special Use Permit 51576 from the Alaska Maritime National Wildlife Refuge, Homer, Alaska.

## V.    FOREIGN APPLICANTS              not applicable

## VI.    CERTIFICATION AND SIGNATURE

I hereby certify that the foregoing information is complete, true, and correct to the best of my knowledge and belief.  I understand that this information is submitted for the purpose of obtaining a permit under the following statutes and the regulations promulgated thereunder, as indicated in Section I. of this application:

> The Endangered Species Act of 1973 (16 U.S.C. 1531-1543) and regulations (50 CFR 222.23(b)); and

> The Marine Mammal Protection Act of 1972 (16 U.S.C. 1361-1407) and regulations (50 CFR Part 216).

I also understand  that any false statement may subject me to the criminal penalties of 18 U.S.C. 1001 or to penalties provided under the Endangered Species Act of 1973 or the Marine Mammal Protection Act of 1972.

_____          10-18-99
Douglas DeMaster, Director                            date
National Marine Mammal Laboratory
Alaska Fisheries Science Center
National Marine Fisheries Service, NOAA

**References**

Bickham, J.W., J.C. Patton, and T.R. Loughlin. 1996. High variability for control-region
   sequences in a marine mammal--implications for conservation and biogeography of Steller
   sea lion (*Eumetopias jubatus*). Journal of Mammalogy 77:95-108.

Braham, H. W., R. D. Everitt, and D. J. Rugh. 1980. Northern sea lion population decline in the
   eastern Aleutian Islands. Journal of Wildlife Management 44:25-33.

Calkins, D., and E. Goodwin. 1988. Investigations of the decline of Steller sea lions in the Gulf
   of Alaska. Unpubl. contract rpt. to the Nat. Mar. Mammal. Lab., April 1, 1988. Avail.
   Alaska Dept. Fish and Game, 333 Raspberry Rd, Anchorage, AK 99518.

Chumbley, K., J. Sease, M. Strick, and R. Towell. 1997. Field Steller sea lions (*Eumetopias
   jubatus*) at Marmot Island, Alaska, 1979 through 1994. U.S. Department of Commerce,
   NOAA Technical Memorandum NMFS-AFSC-77, 99 pp.

Fraser, A. J., J. R. Sargent, J. C. Gamble, and D. D. Seaton. 1989. Formation and transfer of
   fatty acids in an enclosed marine food chain comprising phytoplankton, zooplankton, and
   herring (*Clupea harengus* L.) larvae. Marine Chem. 27: 1-18.

Gemmell, N.J. and P. Majluf. 1997. Projectile biopsy sampling of fur seals. Marine Mammal
   Science 13:512-516.

Grahl-Nielsen, O. and O. Mjaavatten. 1991. Dietary influence on fatty acid composition of
   blubber fat of seals as determined by biopsy: a multivariate approach. Marine Biol. 110:
   59-64.

Heath, R.B., D. Calkins, D. McAllister, W. Taylor, and T. Spraker. 1996. Telazol and isoflurane
   field anesthesia in free-ranging Steller's sea lions (*Eumetopias jubatus*). Journal of Zoo
   and Wildlife Medicine 27:35-43.

Heath, R.B., R. DeLong, V. Jameson, D. Bradley, and T. Spraker. 1997. Isoflurane anesthesia in
   free ranging sea lion pups. Journal of Wildlife Diseases 33:206-210.

Hobson, K.A., and W.A. Montevecchi. 1991. Stable isotopic determinations of trophic
   relationships in great auks. Oecologia 87:528-531.

Hobson, K.A., J.L. Sease, R.L. Merrick, and J.F. Piatt. 1997. Investigating trophic relationships
   of pinnipeds in Alaska and Washington using stable isotope ratios of nitrogen and carbon.
   Marine Mammal Science 13:114-132.

Hobson, K.A., and J.L Sease. 1998. Stable isotope analyses of tooth annuli reveal temporal
   dietary records: an example using Steller sea lions. Marine Mammal Science 14:116-129.

Innis, S. M., and H. V. Kuhnlein. 1987. The fatty acid composition of northern Canadian marine and terrestrial mammals. Acta Med. Scad. 222:105-109.

Iverson, S. 1995. Principles of fatty acid signature analysis and its use in studying foraging ecology and diets of marine mammals. ICES/NAFO Symp., Role of Marine Mammals in the Ecosystem, Halifax, CN.

Iverson, S. J., K. J. Frost, and L. F. Lowry. 1997. Fatty acid signatures reveal fine scale structure of foraging distribution of harbor seals and their prey in Prince William Sound, Alaska. Marine Ecology Progress Series 151:255-271.

Loughlin, T.R. 1997. Using the phylogeographic method to identify Steller sea lion stocks. Pages 159-171 in A.E. Dizon, S.J. Chivers, and W.F. Perrin (editors), Molecular genetics of marine mammals. Soc. Mar. Mammal., Spec. Publ. No. 3.

Loughlin, T.R., L. Consiglieri, R.L. DeLong, and A.T. Actor. 1983. Incidental catch of marine mammals by foreign fishing vessels, 1978-1981. Marine Fisheries Review 45:44-49.

Loughlin, T.R., and R. Nelson. 1986. Incidental mortality of northern sea lions in Shelikof Strait, Alaska. Marine Mammal Science 2:14-33.

Loughlin, T.R., A.S. Perlov, and V.A. Vladimirov. 1992. Range-Wide Survey and Estimation of Total Abundance of Steller Sea Lions in 1989. Marine Mammal Science 8:220-239.

Merrick, R.L. and T.R. Loughlin. 1997. Foraging behavior of adult female and young-of-the-year Steller sea lions in Alaskan waters. Can. J. Zool. 75(5):776-786.

Merrick, R.L., M.K. Chumbley, and G.V. Byrd. 1997. Diet diversity of Steller sea lions (*Eumetopias jubatus*) and their population decline in Alaska: a potential relationship. Can. J. Fish. Aquat. Sci. 54:1342-1348.

Merrick, R. L., T. R. Loughlin, G. A. Antonelis, and R. Hill. 1994. Use of satellite-linked telemetry to study Steller sea lion and northern fur seal foraging. Polar Research 13: 105-114.

Merrick, R. L., T. R. Loughlin, and D. G. Calkins. 1987. Decline in abundance of the northern sea lion, *Eumetopias jubatus*, in Alaska, 1956-86. Fishery Bulletin U.S. 85:351-365.

Merrick, R. L., T. R. Loughlin, and D. G. Calkins. 1996. Hot-branding: a technique for long-term marking of pinnipeds. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-68, 21 p.

Merrick, R., P. Gearin, S. Osmek, and D. Withrow. 1988. Field studies of northern sea lions at Ugamak Island, Alaska during the 1985 and 1986 breeding seasons. U.S. Department of Commerce, NOAA Technical Memorandum NMFS F/NWC-143, 60 p.

National Marine Fisheries Service (NMFS). 1992. Recovery plan for the Steller sea lion (*Eumetopias jubatus*). Prepared by the Steller Sea Lion Recovery Team for the National Marine Fisheries Service, Silver Spring, Maryland, 92 p.

National Marine Fisheries Service (NMFS). 1995. Status review of the United States Steller sea lion (*Eumetopias jubatus*) population. Prepared by the National Marine Mammal Laboratory, Alaska Fisheries Science Center, Seattle, Washington, 45 pp.

Perez, M. A. and T. R. Loughlin. 1991. Incidental catch of marine mammals by foreign and joint venture trawl vessels in the U. S. EEZ of the North Pacific, 1973-88. U.S. Dep. Commer. NOAA Tech. Rpt. NMFS-104, 57 p.

Rea, L., M. Castellini, B. Fadely, and T.R. Loughlin. 1998. Health status of young Alaska Steller sea lion pups (*Eumetopias jubatus*) as indicated by blood chemistry and hematology. Comp. Biochem. Physiol. 120:617-623.

Ream, R.R., J.D. Baker and R.T. Towell. 1999. Bogoslof Island studies, 1997. Pages 81-92 *in* E. H. Sinclair and B.W. Robson, editors. Fur seal investigations, 1997. U.S. Dep. Commer., NOAA Technical Memorandum NMFS-AFSC-106, 111p.

Sargent, J. R., R. J. Parkes, I. Mueller-Harvey, and R. J. Henderson. 1988. Lipid biomarkers in marine ecology, p. 119-138. *In* M. A. Sleigh, ed. Microbes in the sea. Ellis Horwood, Ltd. Chichester, U.K.

Sease, J.L., J.M. Strick, R.M. Merrick, and J.P. Lewis. 1999. Aerial and land-based surveys of Steller sea lions (*Eumetopias jubatus*) in Alaska, June and July 1996. U.S. Dep. Commer., NOAA Technical Memorandum NMFS-AFSC-99, 43 pp.

Sease, J.L., and T.R. Loughlin. 1999. Aerial and land-based surveys of Steller sea lions (*Eumetopias jubatus*) in Alaska, June and July 1997 and 19986. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-100, 61 pp.

Sease, J. L., R. F. Brown, V. N. Burkanov, D. G. Calkins, P. F. Olesiuk, and A. E. York. In Press. Range-wide survey of Steller sea lions in 1994. J. Wildl. Manage.

Smith, S. J., S. J. Iverson, and W. D. Bowen. 1997. Analysis of fatty acid signatures using classification trees: a new tool for investigating the foraging ecology of seals. Can. J. Fish. Aquat. Sci. 54:1377-1386.

Strick, J.M., L.W. Fritz, and J.P. Lewis. 1997. Aerial and ship based surveys of Steller sea lions (*Eumetopias jubatus*) in Southeast Alaska, the Gulf of Alaska, and Aleutian Islands during June and July 1994. U.S. Department of Commerce, NOAA Technical Memorandum NMFS-AFSC-71, 55 pp.

Wynne, K. 1990. Marine mammal interactions with the salmon drift gillnet fishery on the Copper

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

River Delta, Alaska, 1988 and 1989. Sea Grant Technical Report No. 90-05. University of Alaska, Fairbanks.

Wynne, K.M., D. Hicks, and N. Munro. 1992. 1991 Marine mammal observer program for the salmon driftnet fishery of Prince William Sound Alaska. Annual Report NMFS/NOAA Contract 50ABNF000036. NMFS Alaska Region, Office of Marine Mammals, P.O. Box 21668, Juneau, Alaska, 99802, 53 pp.

York, A.E. 1994. The population dynamics of northern sea lions, 1975-1985. Marine Mammal Science 10:38-51.

Zenteno-Savin, T., M.E. Castellini, L.D. Rea and B.S. Fadely. 1997. Plasma haptoglobin levels in threatened Alaskan pinniped populations. J. Wildl. Dis. 33(1):64-71.

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

Table 1.–Summary of proposed takes, age and sex of target animals, and areas of operation for specific components of the Steller sea lion research permit application by the National Marine Mammal Laboratory, Seattle, Washington, Dr. Douglas DeMaster, Applicant.

| Element | Season | Region | Frequency | # animals each year (by age/sex as appropriate) | # animals in 5-years (by age/sex as appropriate) |
|---|---|---|---|---|---|
| 1 Potential Disturbance During Aerial Surveys for Non-pups | | | | | |
| a) Breeding season | June-July | range-wide | 2000, 2002, 2004 | ≤45,000 non-pups ≤15,000 pups | ≤135,000 non-pups ≤ 45,000 pups |
| b) Non-breeding season | August-May | range-wide | ≤3 times in 5 years | ≤25,000 all ages | ≤ 75,000 all ages |
| c) Monthly regional surveys | all year | Gulf of AK, Aleutian Is | monthly | ≤15,000 all ages | |
| d) Northern fur seals | June-October | Bogoslof I. | monthly | ≤10,000 all ages | ≤ 30,000 all ages |
| e) Harbor seals | all year | Gulf of AK, Aleutian Is | monthly | ≤5,000 all ages | |

Overfly rookeries and haulouts, photograph sea lions for counting in the laboratory.
No takes other than disturbance of a few individuals.
Bogoslof Island is the only Steller sea lion survey site occupied by northern fur seals.

| Element | Season | Region | Frequency | # animals each year (by age/sex as appropriate) | # animals in 5-years (by age/sex as appropriate) |
|---|---|---|---|---|---|
| 2 Disturbance During Pup-count Surveys | | | | | |
| a) ≤16 selected rookeries | June-July | range-wide | every year except 2002 | ≤12,000 non-pups ≤ 4,000 pups | ≤48,000 non-pups ≤16,000 pups |
| b) all (±40) rookeries | June-July | range-wide | 2002 | ≤30,000 non-pups ≤15,000 pups | ≤30,000 non-pups ≤15,000 pups |
| c) Northern fur seals | June-July | Bogoslof I. | 3 times in 5 years | ≤ 5,000 all ages | ≤15,000 all ages |

Ship-based pup counts, required disturbance/displacement of most animals on each rookery.
Bogoslof Island will be visited no more than one time per year and three times during 5 years.
Bogoslof Island is the only Steller sea lion rookery occupied by northern fur seals.

| Element | Season | Region | Frequency | # animals each year (by age/sex as appropriate) | # animals in 5-years (by age/sex as appropriate) |
|---|---|---|---|---|---|
| **3  Capture Pups on Rookeries During Breeding Season** | | | | | |
| a) ≤16 selected rookeries | June-July | range-wide | every year | ≤1,300 pups | ≤6,500 pups |

During ship-based pup-count surveys (**Element 2**), capture pups on rookeries to weigh, measure, tag, and release (up to 50 pups each at ≤10 rookeries without branding, and up to 200 pups each at ≤4 additional rookeries when branding).
Activity will take place at ≤16 rookeries per year, with a cumulative capture of up to 1,300 pups per year.
We will attempt to capture and sample male and female pups in approximately equal numbers.
Actual numbers of pups captured likely to be below 1,300 in most years.

| Element | Season | Region | Frequency | # animals each year | # animals in 5-years |
|---|---|---|---|---|---|
| **4  Capture of Juveniles and Pups (Older than 4 Months)** | | | | | |
| At any workable site | all year | range-wide | every year | ≤120 pups/juveniles | ≤600 pups/juveniles |

Includes two capture methods:
1) catching animals in hoop nets on land at rookeries and haulouts,
2) catching animals underwater with divers using a rope lasso, a technique developed by ADF&G.
For both methods : hand restraint of captured animals, and use of Valium or equivalent as needed to make animals more manageable. All captured animals will be weighed and measured. See **Elements 5 and 6** for details of tissue samples; **Element 3** for tagging; **Element 5** for details of genetic samples; **Element 8** for attachment of SL-TDR and/or VHF transmitters.
Animals will be captured or darted at any workable site range-wide.
Takes for disturbance of non-target animals at a site are counted under **Element 9 - Disturbance During Scat Collection.**

| Element | Season | Region | Frequency | # animals each year | # animals in 5-years |
|---|---|---|---|---|---|
| **5  Collect Blood & Tissue Samples from Pups and Juveniles** | | | | | |
| @ ≤25 selected rookeries | June-July | range-wide | every year | ≤450 pups | ≤2,250 pups |

From a subset of the ≤1,500 pups per year in **Element 3** (maximum is 25 pups each at ≤10 rookeries without branding, up to 50 pups each at ≤4 additional rookeries when branding) collect ≤25cc blood.
From juveniles and pups ≥4 months old (**Element 4**) collect a maximum of 40cc blood.
From all handled animals collect tissue sample (flipper punch) from each pup for genetic analysis.
Fecal loop or rectal swab for uncontaminated fecal sample from most or all handled animals.
Swabs of dermal lesions and ocular, rectal, and/or vaginal areas, as appropriate, from any handled animals exhibiting external signs of disease.
Enemas for pups (≥4 months) and juveniles .

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

| Element | Season | Region | Frequency | # animals each year (by age/sex as appropriate) | # animals in 5-years (by age/sex as appropriate) |
|---|---|---|---|---|---|
| **6  Biopsy of Skin and Blubber from Pups and Juveniles** | | | | | |
| a) Biopsy punch for hand-restrained animals | all year | range-wide | every year | ≤120 pups/juveniles | ≤600 juveniles |
| b) Biopsy dart for un-restrained wild animals | all year | range-wide | every year | ≤ 60 adults, ≤120 pups/juveniles | ≤300 adults, ≤600 pups/juveniles |

Skin and blubber biopsy samples will be from pups ≥4 months old and juveniles ≤3 years old captured under Element 4. Animals will be captured or darted at any workable site range-wide. Application of Lidocaine for local anaesthesia and to reduce bleeding when using biopsy punch on restrained animals. Takes for disturbance of non-target animals during this activity are counted under **Element 9** - Disturbance During Scat Collection.

| Element | Season | Region | Frequency | # animals each year | # animals in 5-years |
|---|---|---|---|---|---|
| **7  Branding Pups on Rookeries During Breeding Season** | | | | | |
| Branding at ≤6 selected rookeries | June-July | range-wide | every year | ≤800 pups | ≤4,000 pups |

A subset of the ≤1,300 pups per year in **Element 3**.  Maximum is 200 pups per site, at up to 4 sites per year. We will attempt to brand male and female pups in approximately equal numbers. We may administer gas anaesthesia (isofurane) to pups to reduce stress and to completely immobilize pups during branding.

| Element | Season | Region | Frequency | # animals each year | # animals in 5-years |
|---|---|---|---|---|---|
| **8  Attachment of Scientific Instruments to Juveniles** | | | | | |
| At any workable site | all year | range-wide | every year | ≤150 pups/juveniles | ≤750 pups/juveniles |

We will attach scientific instruments, including satellite-linked time-depth recorders and/or VHF transmitters, to a subset of the ≤150 pups ≥4 months old and juveniles ≤3 years old captured under **Element 4**. Total of ≤15 attachments in a given year. Instruments will be attached to hair on the animal's back with quick-curing epoxy glue.

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

| Element | Season | Region | Frequency | # animals each year (by age/sex as appropriate) | # animals in 5-years (by age/sex as appropriate) |
|---|---|---|---|---|---|
| 9  Disturbance During Scat Collection | | | | | |
| ≤50 sites per year | all year | range-wide | every year | 0-4,000 in addition to takes during other tasks | 0-16,000 in addition to takes during other tasks |

Disturbance ≤4,000 sea lions of all ages and both sexes for sole purpose of collecting scats at ≤50 sites per year. We also collect scats in conjunction with disturbances on rookeries and haulouts during all other research activities. These takes are included under **Elements 2, 4, and 6** and no additional takes are required for scat collection. During any given year, there may be few or no takes under this Element.

| | | | | | |
|---|---|---|---|---|---|
| 10  Behavioral and Demographic Observations on Rookeries | | | | | |
| ≤5 sites per year | all year | range-wide | every year | none | none |

Behavioral observation, counting, and brand resighting from overlooks at selected rookeries and haulouts (e.g., Marmot I., Sugarloaf I., Ugamak I., Seguam I.). This research should not result in any takes.

| | | | | | |
|---|---|---|---|---|---|
| 11  Remote Monitoring Stations on Rookeries and Haulouts | | | | | |
| ≤5 selected sites | all year | range-wide | every year | none | none |

Set up 3 to 4 remote video cameras on as many as 5 rookeries or haulouts. Equipment will be located outside of and/or above the area occupied by sea lions. In most cases, setting up equipment and 2 to 3 visits annually for maintenance will not result in any takes. Takes for disturbance of a site are counted under **Element 9 - Disturbance During Scat Collection.**

| Element | Season | Region | Frequency | # animals each year (by age/sex as appropriate) | # animals in 5 years (by age/sex as appropriate) |
|---|---|---|---|---|---|
| 9  Disturbance During Scat Collection | | | | | |
| ≤50 sites per year | all year | range-wide | every year | 0-4,000 in addition to takes during other tasks | 0-16,000  in addition to takes during other tasks |

Disturbance ≤4,000 sea lions of all ages and both sexes for sole purpose of collecting scats at ≤50 sites per year.  We also collect scats in conjunction with disturbances on rookeries and haulouts during all other research activities.  These takes are included under **Elements 2, 4, and 6** and no additional takes are required for scat collection.  During any given year, there may be few or no takes under this Element.

| | | | | | |
|---|---|---|---|---|---|
| 10  Behavioral and Demographic Observations on Rookeries | | | | | |
| ≤5 sites per year | all year | range-wide | every year | none | none |

Behavioral observation, counting, and brand resighting from overlooks at selected rookeries and haulouts (e.g., Marmot I., Sugarloaf I., Ugamak I., Seguam I.). This research should not result in any takes.

| | | | | | |
|---|---|---|---|---|---|
| 11  Remote Monitoring Stations on Rookeries and Haulouts | | | | | |
| ≤5 selected sites | all year | range-wide | every year | none | none |

Set up 3 to 4 remote video cameras on as many as 5 rookeries or haulouts.  Equipment will be located outside of and/or above the area occupied by sea lions.  In most cases, setting up equipment and 2 to 3 visits annually for maintenance will not result in any takes.  Takes for disturbance of a site are counted under **Element 9 - Disturbance During Scat Collection.**

| | | | | | |
|---|---|---|---|---|---|
| 12  Accidental Mortality During Field Operations | | | | | |
| all capture sites | all year | range-wide | every year | ≤5 per year | ≤15 during 5 years |

The NMML does not anticipate any mortality of sea lions as a consequence of the proposed research.  In the unlikely event that mortality does take place, the NMML requests the authority for no more than 5 mortalities during a given year, and no more than 15 during the duration of the permit.  Should a mortality occur, NMML personnel will immediately review the circumstances with the goal of preventing recurrence.

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 1

Table 2.--Counts of adult and juvenile (non-pup) Steller sea lions from the Eastern and Western stocks in Alaska at trend rookeries, at all trend sites (rookeries and haul-outs), and at all surveyed sites during June and July aerial surveys from 1990 to 1998, including number of sites in each region (n) and estimated annual rate of change with upper and lower limits for the 95% confidence interval and significance (P) from linear regression (adapted from Sease and Loughlin 1999).

| Year | Eastern Stock (Southeast Alaska) | | Western Stock in Alaska | |
|------|------------------------------|------------------------|-------------------------|------------------------|
| | Trend rookeries (n = 3) | All trend sites (n = 13) | Trend rookeries (n = 30) | All trend sites (n = 82) |
| 1990 | 5,491 | 7,629 | 22,113 | 30,525 |
| 1991 | 5,786 | 7,715 | 21,093 | 29,418 |
| 1992 | 5,945 | 7,558 | 19,904 | 27,286 |
| 1994 | 6,496 | 8,826 | 16,956 | 24,119 |
| 1996 | 6,204 | 8,231 | 16,358 | 22,223 |
| 1998 | 6,608 | 8,693 [1] | 14,368 | 20,201 [2] |
| Overall change | | | | |
| 1990-1998 | +20.3% | +14.0% | −35.0% | −33.8% |
| 1992-1998 | +11.2% | +15.0% | −27.8% | −26.0% |
| 1994-1998 | + 1.7% | − 1.5% | −15.3% | −16.2% |
| 1996-1998 | + 6.5% | + 5.6% | −12.2% | − 9.1% |
| Estimated annual rate of change | | | | |
| 1990-1998 | + 2.0% | + 1.8% | − 5.4% | (−5.3%) [2] |
| Lower 95% | + 3.5% | + 3.6% | − 4.3% | − 4.7% |
| Upper 95% | + 0.6% | − 0.1% | − 6.5% | − 5.9% |
| P | 0.017 | 0.059 | <0.001 | <0.001 |

[1] Only 11 of 13 trend sites surveyed in 1998.
[2] Includes estimate of 500 non-pups for 6 un-surveyed trend sites in the eastern Gulf of Alaska in 1998.