# AR 246

**Civ. No. 05-1392 (ESH)**
**Defendants' Exhibit 2**



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
Silver Spring, MD 20910

FEB 5 2002

Roy W. Lowe
Project Leader
Oregon Coastal Refuges
U.S. Fish and Wildlife Service
2127 SE OSU Drive
Newport, Oregon 97365-5258

Dear Mr. Lowe:

Thank you for your letters of August 16, 2001 and January 4, 2002 requesting the "legal definition of the term 'accidental mortality' as used by the National Marine Fisheries Service (NMFS)," and specifically in Permit No. 782-1532 and the associated Biological Opinion. We also appreciate your patience in awaiting our response on this matter. "Accidental mortality" is not defined in the Marine Mammal Protection Act (MMPA), Endangered Species Act (ESA), or their implementing regulations. In recognition of the fact that there is an inherent risk of injury and mortality associated with performing certain procedures on wild pinnipeds, Permit No. 782-1532 allows up to five research-related accidental mortalities per year. As stated in Condition B.5 of the Permit, this includes pups that are orphaned and must be euthanized when the mother dies as a result of research. The Holder of Permit No. 782-1532 has reported accidental deaths of Steller sea lions related to capture and restraint, as required under Condition D (Reporting Conditions) of the Permit.

Consistent with the broad definition of "take" under the MMPA, ESA, and the implementing regulations of these acts, the accidental mortality condition is interpreted by the Permits Division to include any mortality resulting from the actions or presence of the researchers while conducting permit-authorized activities. This includes, but is not limited to: deaths of pinniped pups by starvation following abandonment resulting from disturbance to a rookery or the research-related death of a lactating female; deaths of marine mammals due to adverse reactions to anesthetics or other chemical agents; deaths of marine mammals caused or precipitated by infections resulting from intrusive research procedures; deaths of animals due to capture myopathy resulting from the stress of capture and handling; and deaths of animals due to serious injuries sustained in attempts to escape or evade capture or in response to stampedes or aggressive social interactions caused by research activities.

Thus, research-related deaths of Steller sea lions under the above circumstances would not be unauthorized takes, provided the number of accidental mortalities does not exceed that allowed by the Permit. We are currently preparing an Environmental Assessment (EA) on the effects of research on Steller sea lions. We will include the text of the above paragraph as our interpretation of accidental mortality in the draft EA and would appreciate your comments. The NMFS appreciates your concerns regarding this issue and your efforts to monitor compliance of research conducted within the National Wildlife Refuge with the provisions of the MMPA and


Printed on Recycled Paper

**Civ. No. 05-1392 (ESH)**
**Defendants' Exhibit 2**

ESA. We are in the process of reviewing the report regarding activities conducted on the Refuge under Permit No. 782-1532, and observed pup mortalities on the Refuge, provided by the Holder of Permit No. 782-1532, the National Marine Mammal Laboratory. We would appreciate any additional information you can provide that might assist us in our review, as well as in completion of the EA. If you have any additional questions, please contact Tammy Adams or Ruth Johnson.

Sincerely,

*Jill Lewandowski*

for Ann D. Terbush
Chief, Permits, Conservation
   and Education Division
Office of Protected Resources

cc: Director, NMML, Seattle, WA
    Chief, Endangered Species Division, NMFS Office of Protected Resources

# AR 259

Journal of Mammalogy, 85(2):338–346, 2004

# VARIATION IN MICROSATELLITES AND mtDNA ACROSS THE RANGE OF THE STELLER SEA LION, *EUMETOPIAS JUBATUS*

ROBERT G. TRUJILLO, THOMAS R. LOUGHLIN, NEIL J. GEMMELL, JOHN C. PATTON, AND JOHN W. BICKHAM*

*Department of Wildlife and Fisheries Sciences, Texas A&M University, College Station, TX 77843-2258, USA (RGT, JCP, JWB)*
*Alaska Fisheries Science Center, National Marine Mammal Laboratory, National Marine Fisheries Service, 7600 Sand Point Way NE, Seattle, WA 98115, USA (TRL)*
*Department of Zoology, University of Canterbury, Private Bag 4800, Christchurch, New Zealand (NJG)*

Genetic variation at 6 nuclear microsatellite loci with biparental inheritance and the maternally inherited mitochondrial DNA (mtDNA) was studied at 3 geographic scales (rookeries, regions, and stocks) in Steller sea lions (*Eumetopias jubatus*). Genetic variation was high in both nuclear and mtDNA markers as revealed by a near range-wide survey of 21 rookeries. However, population structure was not well defined, and there was no obvious phylogeographic pattern to the distribution of microsatellite alleles. This contrasts with a clear phylogeographic pattern revealed by control-region sequences of mtDNA in which 2 well-differentiated stocks, eastern and western, are defined as well as 2 distinct groups, Asian and central, in the western stock. Effective migration estimates are consistently higher for the nuclear loci than for mtDNA. The difference in patterns between the biparentally and maternally inherited genetic markers can be explained by relatively high male dispersal rates and female philopatry, or else there has been insufficient time since populations have been isolated for the nuclear loci to have diverged. It is recommended that the presently accepted stock structure be retained for management purposes and that further studies be carried out to test the male dispersal hypothesis.

Key words:    geographic variation, microsatellites, mitochondrial DNA, Steller sea lion

The Steller sea lion (*Eumetopias jubatus*) is distributed throughout the North Pacific Ocean and Bering Sea. Rookeries occur along the North Pacific Rim from the Kuril Islands; north to the Commander Islands; east through the Aleutian Island chain to mainland Alaska; and south to California (Loughlin et al. 1987; Fig. 1). This species has experienced a marked decline from an estimated 240,000–300,000 individuals in the 1960s (Kenyon and Rice 1961) to an estimated 116,000 individuals in 1989 (Loughlin et al. 1992). Population numbers in the United States have declined by about 75% over the past 20 years (Calkins et al. 1999) with most of the decline occurring in the western stock. Several studies have investigated the decline of Steller sea lions, but the exact cause remains elusive (Loughlin 1998). Suggested causes include reduced prey availability resulting from commercial fisheries (especially walleye pollock, *Theragra chalcogramma*, the dominant prey of Steller sea lions), historical sea lion pup harvest, diseases, predation, drastic and short-term environmental stochasticity, and environmental pollution. Pascual and Adkison (1994) concluded that a long-term change in the environment or a novel catastrophe is the likely cause of the decline. Merrick et al. (1997) showed a strong positive correlation between a reduction in the diversity of the diet and population decline. Calkins et al. (1998) concluded that nutritional stress is the most likely cause of the decline. These studies and others indicate the reasons for the decline of Steller sea lions are multifaceted.

Genetic studies of Steller sea lions have been conducted to investigate the phylogeographic structure of the populations, to identify management units, and to document the potential loss of genetic diversity resulting from the decline. Bickham et al. (1996, 1998b) found high levels of genetic variation in the mitochondrial DNA (mtDNA) of Steller sea lions throughout their range. They concluded there are 2 genetically distinct stocks. The western stock occurs from Prince William Sound west to the Kuril Islands and the Sea of Okhotsk, and the eastern stock is distributed from southeastern Alaska through central California. The western stock was listed as endangered under the United States Endangered Species Act in 1997 and is declining, while the eastern stock remains listed as threatened and has been increasing. It was further suggested that the western stock is comprised of an Asian group including all

* Correspondent: j-bickham@tamu.edu

2004 American Society of Mammalogists
www.mammalogy.org

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 2



Fig. 1.—Distribution of Steller sea lions (*Eumetopias jubatus*) across the North Pacific Rim is indicated by gray stippling. The 21 rookeries sampled in this study are indicated by arrows. Latitude and longitude for each rookery, as well as regional and stock groupings, are given in Appendix I.

Asian rookeries and a central group including rookeries in the Aleutian Islands, the Gulf of Alaska, the Bering Sea, and Prince William Sound (Bickham et al. 1998b). Another study (Bickham et al. 1998a) compared genetic diversity in samples from the Gulf of Alaska taken in the 1970s and 1980s to samples taken in the 1990s. They concluded that no appreciable genetic diversity had been lost despite the ~75% decline in numbers.

Previous genetic studies on pinniped species using microsatellite loci have shown varying amounts of nuclear gene variation, measured as the number of alleles present per locus and the number of polymorphic loci present per species. Coltman et al. (1996) examined 7 microsatellite loci isolated from the harbor seal (*Phoca vitulina*) in 7 pinniped species (*P. vitulina*, *P. groenlandica*, *Halichoerus grypus*, *Cystophora cristata*, *Arctocephalus gazella*, *A. tropicalis*, and *A. forsteri*). They found that the number of alleles per locus ranged from 1 to 7 in these species. Gemmel et al. (1997) examined 20 microsatellite loci in 18 pinniped species including the Steller sea lion and 4 other otariid species. They found 14 polymorphic loci in Steller sea lions. The number of polymorphic loci per pinniped species ranged from 3 to 19 with a mean of 13.

Allen et al. (1995) illustrated the usefulness of microsatellite markers for investigating population differentiation and structuring in gray seals (*H. grypus*). They used 8 microsatellite loci to show significant differences in allele frequencies between 2 breeding colonies off the northwest coast of Scotland. Goodman (1997) studied 7 microsatellite loci from harbor seals from 12 geographic areas in Europe. He found little local substructure but noted that genetic differentiation increased with geographic distance. Regional patterns of differentiation at the microsatellite loci were similar to the patterns observed for mtDNA (Stanley et al. 1996). Microsatellite markers thus appear to be useful in population genetic studies of pinniped species, especially in conjunction with mtDNA, but no range-wide survey of any broadly distributed species has yet been conducted.

The objectives of this study are to investigate genetic structure across the distribution of the Steller sea lion using 6 microsatellite loci and to compare the phylogeographic structure estimated from microsatellite loci to the pattern observed with mtDNA. Except for the study by Lidicker et al. (1981) on allozymes, this is the 1st study of geographic variation using nuclear markers in this species. Nuclear (autosomal) loci are inherited biparentally and provide a different perspective from the maternally inherited mtDNA. The combination of mtDNA and nuclear loci might offer a clearer picture of population structure and effective migration among populations as well as establish the relative contributions of males and females to any observed patterns of genetic diversity.

## MATERIALS AND METHODS

*Study area and sample size.*—Tissue samples were taken as skin punches of the hind flipper, preserved in saturated NaCl with 20% dimethylsulfoxide (DMSO), and stored at room temperature (Amos and Hoelzel 1991). Samples were taken from pups at their natal rookeries ranging from Iony Island in the Sea of Okhotsk east to St. George Reef in northern California (Fig. 1). Coordinates and sample sizes are given in Appendix I. Total sample size for this study was

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 2

208 pups from 21 rookeries, representing 12 regions and 3 stocks and/or groups.

*Laboratory methods.*—Total genomic DNA was extracted by established protocols (Maniatis et al. 1982). Six polymorphic microsatellite loci were amplified by the polymerase chain reaction (PCR). Amplification reactions were 25 μl in volume and consisted of the following: 0.1–0.5 μg DNA, 2.5 μl 10× Taq buffer (0.1 M Tris-HCl, pH 8.5, 0.025 M MgCl$_2$, 0.5 M KCl), 2.5 μl dNTP mix (2 mM dATP, dTTP, dCTP, dGTP, in 0.1 M Tris-HCl, pH 7.9), 1 μl of a 10-μM solution of each primer, 1 U Taq DNA polymerase, and to volume (25 μl) with deionized water. Sequences and fluorescence labels for the 6 primer pairs are presented in Appendix II.

Microsatellite loci were amplified on a Robocycler thermal cycler (Stratagene, La Jolla, California) as follows: 32 cycles of 95°C for 45 s of denaturing, 50°C for 30 s of annealing, and 70°C for 2.5 min of extension. The amplifications were visualized on a 1% agarose gel to confirm amplification of loci. Amplification products were analyzed using an ABI 377 automated DNA sequencer (Applied Biosystems, Foster City, California) using the program Genescan Analysis v. 2.1 (Applied Biosystems). The program Genotyper v. 1.1 (Applied Biosystems) was used to assign allele sizes to the peaks.

For mitochondrial DNA analysis, a ~450 base-pair segment of the control region was amplified, and a 238 base-pair segment of this amplification was sequenced as described in Bickham et al. (1996). Haplotypes were identified based on nucleotide differences and assigned a unique letter code.

Standard genetic variability statistics (number of alleles per locus, expected heterozygosity, observed heterozygosity, and allele frequencies) were calculated using Arlequin v. 2.0 software (Schneider et al. 2000). Values were calculated for each locus and each population. Genotypic phase disequilibrium was estimated to test for locus independence prior to further analysis using GENEPOP v. 3.1 (Raymond and Rousset 1995). Deviation from Hardy–Weinberg equilibrium was tested at α = 0.05 using a Markov chain method and Fisher's exact test in GENEPOP v. 3.1. To correct for multiple simultaneous comparisons, sequential Bonferroni corrections were applied using a global significance level of α = 0.05 (Rice 1989).

Analyses were employed to investigate differentiation at 3 geographic scales: rookery, regional, and stock or group levels (Fig. 1). Pairwise comparisons at all 3 geographic scales were made for each genetic distance measure. Slatkin's linearized Fst (Slatkin 1995), which is based on an infinite alleles model, was calculated between all population pairs using Arlequin v. 2.0.

Mitochondrial DNA haplotype frequencies were calculated for all groups at the 3 geographical scales described previously. Haplotype frequencies were then used to compute Slatkin's linearized Fst for all population pairs, and neighbor-joining trees were constructed using PAUP v. 4.0b4a (Swofford 2000) for comparison to those generated using nuclear microsatellite data. Migration estimates (Nm) were calculated from Slatkin's linearized Fst at the 3 geographic scales. Significant values for Fst ($P \leq 0.05$) estimated from haplotype (mtDNA) and allele (microsatellite loci) frequencies were calculated by permutation testing.

TABLE 1.—Genetic diversity at six microsatellite loci over all 21 Steller sea lion populations examined in this study. Column headings are as follows: $n$ = total number of alleles; $A_S$ = mean number of alleles per population; $H_T$ = overall expected heterozygosity; $H_S$ = mean expected heterozygosity per population; $H_I$ = mean observed heterozygosity per population; $S_T$ = overall allelic size variance; $S_S$ = mean allelic size variance per population.

| Locus | $n$ | $A_S$ (± SD) | $H_T$ | $H_S$ (± SD) | $H_I$ (± SD) | $S_T$ | $S_S$ |
|---|---|---|---|---|---|---|---|
| HG 6.3 | 6 | 2.67 (± 1.24) | 0.25 | 0.24 (± 0.17) | 0.25 (± 0.18) | 1.88 | 1.71 |
| HG 8.10 | 4 | 3.05 (± 0.38) | 0.59 | 0.59 (± 0.11) | 0.58 (± 0.24) | 1.82 | 1.77 |
| PV 11 | 8 | 4.90 (± 1.34) | 0.78 | 0.72 (± 0.10) | 0.65 (± 0.11) | 46.45 | 43.05 |
| PVC 29 | 9 | 4.90 (± 1.18) | 0.75 | 0.72 (± 0.07) | 0.73 (± 0.13) | 6.27 | 5.37 |
| M11A | 9 | 5.95 (± 0.74) | 0.83 | 0.81 (± 0.05) | 0.81 (± 0.14) | 12.94 | 11.73 |
| M2B | 14 | 7.05 (± 1.80) | 0.87 | 0.84 (± 0.06) | 0.81 (± 0.15) | 22.10 | 17.99 |

## RESULTS

*Variation at nuclear microsatellite loci among Steller sea lion rookeries.*—Microsatellite alleles were scored from 6 loci: HG6.3, HG8.10, PV11, PVC29, M11A, and M2B. Each locus was polymorphic with the number of alleles ranging from 4 (HG8.10) to 14 (M2B) per locus. The mean number of alleles per rookery ranged from 2.67 (HG6.3) to 7.05 (M2B). Overall expected heterozygosities ranged from 0.25 (HG6.3) to 0.87 (M2B). The mean observed heterozygosity per rookery ranged from 0.25 (HG6.3) to 0.81 (M11A), and the overall allelic size variance ranged from 1.82 (HG8.10) to 46.45 (PV11; Table 1).

Each rookery was found to be in Hardy–Weinberg equilibrium ($P > 0.05$) at each locus. Tests of genotypic phase disequilibrium for each locus pair across all rookeries were not significant ($P > 0.354$), and thus the genotypes from one locus can be assumed to be independent from the genotypes at another locus.

Slatkin's linearized Fst values calculated between all pairwise comparisons of rookeries varied from 0 to 0.206. Low but significant levels of subdivision ($P \leq 0.05$) were detected for 75 of 210 pairwise comparisons (36%). Fst values for region pairs ranged from 0 to 0.187 with 23 of 66 (35%) significant ($P \leq 0.05$). Values at the stock level were 0.002 between the Asian group and the central group of the western stock and 0.007 (significant, $P \leq 0.05$, between the eastern stock and the central group) between the eastern stock and both the central and the Asian groups of the western stock. Neighbor-joining trees were constructed from Slatkin's linearized Fst values at the rookery level (Fig. 2A) and the regional level (Fig. 3A).

*Mitochondrial DNA variation in Steller sea lions.*—A total of 55 haplotypes were observed among the 194 individuals examined. Gene diversity (Fig. 4) ranged from 0.69 (Iony Island) to 1 (Atkins and Marmot Islands), from 0.69 (Sea of

→

FIG. 2.—Neighbor-joining trees based on Slatkin's linearized Fst showing relationships among Steller sea lion rookeries based on A) microsatellite and B) mtDNA data. Regional designations are as follows: OKH = Sea of Okhotsk; KUR = Kuril Islands; RUS = Russia; WAI = western Aleutian Islands; CAI = central Aleutian Islands; EAI = eastern Aleutian Islands; BER = Bering Sea; WGA = western Gulf of Alaska; CGA = central Gulf of Alaska; PWS = Prince William Sound; SEA = southeastern Alaska; NCA = northern California.





Okhotsk) to 0.95 (southeastern Alaska), and from 0.8 (Asian group) to 0.9 (central group). Nucleotide diversity (Fig. 4) ranged from 0.004 (Lovushki Island) to 0.016 (White Sisters Island), from 0.005 (Sea of Okhotsk) to 0.012 (southeastern Alaska and Prince William Sound), and from 0.007 (Asian group) to 0.011 (eastern stock).

Slatkin's linearized Fst was calculated for each possible pairwise comparison at the rookery, regional, and stock or group levels. Values ranged from 0 to 0.358 among rookeries and from 0 to 0.259 among regions. At the stock or group level, values were 0.053 between the eastern stock and the Asian group, 0.096 between the eastern stock and the central group, and 0.092 between the central group and the Asian group. At the rookery level, 33% of the values were significant ($P \leq 0.05$), and at the regional level 61% of the values were significant. All 3 estimates were significant at the stock or group level.

The neighbor-joining tree constructed from Slatkin's linearized Fst values for rookeries (Fig. 2B) revealed 3 of the 5 Asian group rookeries clustering together at the base of the tree with a 4th (Medney Island) branching off immediately. The four eastern stock rookeries cluster next, while the central group rookeries along with Antsiferova Island (Asian group) form the last major cluster. At the regional level (Fig. 3B), a geographic pattern of population subdivision also is clear with clustering of the eastern stock regions, clustering of the Asian regions (western stock, Asian group), and clustering of the central regions (western stock, central group).

In order to estimate levels of dispersal in Steller sea lions and to compare nuclear and mitochondrial gene flow, migration estimates (Nm) were calculated from Slatkin's linearized Fst at the 3 geographic scales (rookeries, regions, and stocks or groups). For nuclear genes, Nm represents the number of effective migrants per generation, whereas for mtDNA, Nm represents the effective number of female migrants per generation. Values of Nm are greater for nuclear loci than for mtDNA in 141 out of 209 comparisons among rookeries and in 55 out of 65 comparisons among regions. At the stock or group level, values of Nm based on mtDNA were 5.41 migrants between the central and Asian groups, 5.21 migrants between the central group and the eastern stock, and 9.43 migrants between the eastern stock and the Asian group. At the stock or group level, values of Nm based on nuclear loci were 249.76 migrants between the central and Asian groups, 74.84 migrants between the central group and the eastern stock, and 67.03 migrants between the eastern stock and the Asian group.

## DISCUSSION

Variation at 6 nuclear microsatellite loci in Steller sea lions was high in terms of the total number of alleles per locus and observed heterozygosity, but population differentiation was low. Of the 21 rookeries sampled, 4 (Iony Island, Chirikof Island, Hazy Island, and Ugamak Island) had significantly different values of Slatkin's linearized Fst at the majority of pairwise comparisons. At the regional level, 3 had significantly different values at the majority of comparisons (Sea of Okhotsk, Bering Sea, and northern California). Based on mitochondrial DNA, levels of genetic variation were also high, but patterns of population subdivision were more defined. At the rookery level, significant values of Slatkin's linearized Fst, which indicate significant levels of population differentiation, were observed in 36% of the rookery pairwise comparisons for microsatellite loci and 33% of the rookery pairwise comparisons for mtDNA. At the regional level, the percentage of significant Fst values remains constant for microsatellites (35% of regional pairwise comparisons) and increases substantially for mtDNA (61% of regional pairwise comparisons). The trend continues at the stock or group level, where 33% of the Fst values are significant, indicating significant levels of population differentiation, for microsatellite loci while 100% of Fst values are significant based on mtDNA.

A distinctive pattern of macrogeographic variation is observed in the mitochondrial genome, but it is not apparent in the nuclear genome. There are at least 3 potential explanations for this pattern. First, gene flow in Steller sea lions might be relatively high but gender biased. This could be explained by reference to the breeding behavior and life history of the Steller sea lion and the inheritance patterns between mtDNA and the nuclear loci. In Steller sea lions, females are highly philopatric to their natal rookery, and males are more likely to disperse in search of a breeding territory. Thus, a system of male-biased gene flow could explain the lack of geographic structure in the nuclear loci of Steller sea lions. In a recently published study on dispersal and rookery fidelity by Raum-Suryan et al. (2002), no interchange of breeding Steller sea lions was observed between the western and eastern stocks over a 24-year time period and branding of over 8,500 Steller sea lion pups. However, the authors report that an 11-year-old adult male that was branded in 1976 on Marmot Island (western stock) was observed in the eastern stock during the annual breeding season in 1987. They note that the animal would have been reproductively and physically mature enough to maintain a territory and breed (Raum-Suryan et al. 2002). In the mitochondrial genome, maternal philopatry is evident in the degree of subdivision seen at the regional level. Migration estimates based on microsatellite and mtDNA data support the conclusion of relatively high female philopatry and high levels of male dispersal. Migration estimates based on microsatellites are on average greater than those estimated from mtDNA.

A system of male-biased gene flow has been hypothesized to explain differences in patterns of subdivision in other species. High male dispersal with subsequent male-biased gene flow has been proposed for Dall's porpoise, *Phocoenoides dalli* (Escorza-Trevino and Dizon 2000); African elephants, *Loxodonta africana* (Nyakaana and Arctander 1999); and northern populations of the yellow warbler, *Dendroica petechia* (Gibbs et al. 2000). Furthermore, patterns of high variation but low differentiation of microsatellite loci also have been found in the African buffalo, *Syncerus caffer* (Simonsen et al. 1998), and in the pied flycatcher, *Ficedula hypoleuca* (Haavie et al. 2000). In



Case 1:05-cv-01392-ESH   Document 14-5   Filed 01/27/2006   Page 10 of 13





FIG. 3.—Neighbor-joining trees based on Slatkin's linearized Fst showing relationships among Steller sea lion regions. Tree A is based on microsatellites, and tree B is based on mtDNA data. Abbreviations as for Fig. 2.

species with philopatric females and highly dispersing males, the mitochondrial genome is expected to show greater population subdivision than is the nuclear genome. Female philopatry helps to preserve any historical patterns of subdivision, while male dispersal tends to mask the effects of such occurrences in the nuclear genome.

The 2nd explanation for the difference in patterns of subdivision between nuclear and mtDNA loci is that the species population is in fact currently subdivided and effective migration among the populations is low. This obviously explains the pattern seen in the mtDNA, but why is the same pattern not observed in the nuclear loci? When populations are isolated, they will evolve reciprocal monophyly in approximately 4N generations, according to simulation models and population genetic theory (Neigel and Avise 1986). Because effective population size for mtDNA is only one-fourth that of nuclear loci, population divergence will more quickly be observed at this locus than for the nuclear loci (Moritz 1994). Therefore, apparent extensive gene flow in the nuclear genome could simply be the result of insufficient time having elapsed since the populations have been isolated to allow for significant lineage sorting to have occurred as a result of genetic drift.

A 3rd explanation for observed differences in patterns between the nuclear and mtDNA markers is lack of resolution. This study is based on 6 nuclear loci, all of which were derived from phocids. It is possible that studies employing additional loci, which should include loci derived from Steller sea lions, will confirm or refute the difference in patterns we propose.

Notwithstanding the fact that a stronger phylogeographic signal is apparent for mtDNA than for the nuclear microsatellite loci, some degree of population structure exists for the nuclear genome as well. In particular, Iony Island, the only rookery examined in the Sea of Okhotsk, is well differentiated by microsatellite loci but somewhat less so with mtDNA. The Sea of Okhotsk is at the extreme western edge of the range of Steller sea lions, and it might have experienced some degree of isolation, either presently or in the past. Additional rookeries need to be examined to better assess the level of diversification of this region. In addition, microsatellite loci reveal a closer relationship between the Asian and central groups of the western stock of Steller sea lions than between either of these and the eastern stock, whereas the neighbor-joining tree for mtDNA shows a closer relationship between the Asian group and the eastern stock. It seems that there is some important phylogeographic signal in the microsatellite loci.

An argument can be made for recognizing 2 stocks of Steller sea lions (eastern stock and western stock—Bickham et al. 1996) and 2 groups (substocks) within the western stock (Asian group and central group—Bickham et al. 1998b) based solely on mtDNA divergence. Rookeries from the Sea of Okhotsk, the Kuril Islands, and Russia (Medney Island and the rookeries on the Kamchatka Peninsula) constitute the Asian group of the western stock, and rookeries from the Aleutian Islands, Gulf of Alaska, Prince William Sound, and the Bering Sea constitute the central group. Rookeries from the eastern stock include those from southeastern Alaska through California. However, based on nuclear data, we find a lesser degree of population structure. These 2 views have somewhat different management implications. Should these populations be managed as separate stocks or as a single unit? Although high levels of male-mediated gene

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 2



FIG. 4.—Nei's gene diversity (left) and nucleotide diversity (right) for mtDNA control-region sequences from Steller sea lions at A) rookery, B) regional, and C) stock or group geographic scales. Regional designations as in Fig. 2.

flow might be characteristic of this species, it is not yet proven, and these stocks might be reproductively isolated to a greater degree than a consideration of the nuclear gene patterns alone would suggest. Moreover, the fact that only the western stock is declining would argue that there are other biological differences between the two populations. Due to the low rates of female migrants from the eastern stock to the western stock based on mtDNA migration estimates, recovery of the western stock is largely dependent on increases in productivity and survival of Steller sea lions within the western stock. Because the sample sizes used in this study are not large, in terms of both numbers of loci and numbers of individuals sampled, further studies are required to test the hypothesis of high rates of male dispersal in Steller sea lions. It thus seems prudent to continue to accept the 2-stock hypothesis for purposes of management decisions.

## ACKNOWLEDGMENTS

We thank R. Ream, M. Cronin, J. Wickliffe, and K. Pitcher for their constructive comments on earlier drafts of this manuscript. We also thank the numerous biologists who provided tissue samples, especially V. Burkanov (coordinator for the collecting trips in Russia) and the Alaska Department of Fish and Game. This study was funded by the National Marine Fisheries Service. This paper represents part of the M.S. thesis of R. G. Trujillo. We thank the other members of his advisory committee for their help in the preparation of this paper: R. Honeycutt, M. Smolen, and K. C. Donnelly. All specimens examined were humanely treated according to published ASM guidelines (American Society of Mammalogists 1998) and collected under Marine Mammal Protection Act permit 782-1532-02.

## LITERATURE CITED

ALLEN, P. J., W. AMOS, P. P. POMEROY, AND S. D. TWISS. 1995. Microsatellite variation in grey seals (*Halichoerus grypus*) shows evidence of genetic differentiation between 2 British breeding colonies. Molecular Ecology 4:653–662.

AMERICAN SOCIETY OF MAMMALOGISTS. 1998. Guidelines for the capture, handling, and care of mammals as approved by the American Society of Mammalogists. Journal of Mammalogy 79:1416–1431.

AMOS, B., AND A. R. HOELZEL. 1991. Long-term preservation of whale skin for DNA analysis. Report of the International Whaling Commission, Special Issue, 13:99–103.

BICKHAM, J. W., T. R. LOUGHLIN, D. G. CALKINS, J. K. WICKLIFFE, AND J. C. PATTON. 1998a. Genetic variability and population decline in Steller sea lions from the Gulf of Alaska. Journal of Mammalogy 79:1390–1395.

BICKHAM, J. W., T. R. LOUGHLIN, J. K. WICKLIFFE, AND V. N. BURKANOV. 1998b. Geographic variation in the mitochondrial DNA of Steller sea lions: haplotype diversity and endemism in the Kuril Islands. Biosphere Conservation 1:107–117.

BICKHAM, J. W., J. C. PATTON, AND T. R. LOUGHLIN. 1996. High variability for control-region sequences in a marine mammal: implications for conservation and biogeography of Steller sea lions (*Eumetopias jubatus*). Journal of Mammalogy 77:95–108.

CALKINS, D. G., E. F. BECKER, AND K. W. PITCHER. 1998. Reduced body size of female Steller sea lions from a declining population in the Gulf of Alaska. Marine Mammal Science 14:232–244.

CALKINS, D. G., D. C. MCALLISTER, K. W. PITCHER, AND G. W. PENDLETON. 1999. Steller seal lion status and trend in southeast Alaska: 1979–1997. Marine Mammal Science 15:462–477.

COLTMAN, D. W., W. D. BOWEN, AND J. M. WRIGHT. 1996. PCR primers for harbour seal (*Phoca vitulina concolour*) microsatellites amplify polymorphic loci in other pinniped species. Molecular Ecology 5:161–163.

ESCORZA-TREVINO, S., AND A. E. DIZON. 2000. Phylogeography, intraspecific structure, and sex-biased dispersal of Dall's porpoise, *Phocoenoides dalli*, revealed by mitochondrial and microsatellite DNA analysis. Molecular Ecology 9:1049–1060.

GEMMEL, N. J., P. J. ALLEN, S. J. GOODMAN, AND J. Z. REED. 1997. Interspecific microsatellite markers for the study of pinniped populations. Molecular Ecology 6:661–666.

GIBBS, H. L., R. J. G. DAWSON, AND K. A. HOBSON. 2000. Limited differentiation in microsatellite DNA variation among northern populations of the yellow warbler: evidence for male-biased gene flow. Molecular Ecology 9:2137–2147.

GOODMAN, S. J. 1997. Dinucleotide repeat polymorphisms at seven anonymous microsatellite loci cloned from the European harbor seal (*Phoca vitulina vitulina*). Animal Genetics 28:310–311.

HAAVIE, J., G. P. SAETRE, AND T. MOUM. 2000. Discrepancies in population differentiation at microsatellites, mitochondrial DNA and plumage colour in the pied flycatcher-inferring evolutionary processes. Molecular Ecology 9:1137–1148.

DELZEL, A. R., B. J. LE BOEUF, J. REITER, AND C. CAMPAGNA. 1999. Alpha-male paternity in elephant seals. Behavioral Ecology and Sociobiology 46:298–306.

KENYON, K. W., AND D. W. RICE. 1961. Abundance and distribution of the Steller sea lion. Journal of Mammalogy 42:223–234.

LIDICKER, W. Z., JR., R. D. SAGE, AND D. G. CALKINS. 1981. Biochemical variation in northern sea lions from Alaska. Pp. 231–244 in Mammalian population genetics (M. H. Smith and J. Joule, eds.). University of Georgia Press, Athens.

LOUGHLIN, T. R. 1998. The Steller sea lion: a declining species. Biosphere Conservation 1:91–98.

LOUGHLIN, T. R., M. A. PEREZ, AND R. L. MERRICK. 1987. *Eumetopias jubatus*. Mammalian Species 283:1–7.

LOUGHLIN, T. R., A. S. PERLOV, AND V. A. VLADIMIROV. 1992. Range-wide survey and estimation of total number of Steller sea lions in 1989. Marine Mammal Science 8:220–239.

MANIATIS, T. E., E. F. FRISTCH, AND J. SAMBROOK. 1982. Molecular cloning: a laboratory manual. Cold Spring Harbor Laboratory, Cold Spring Harbor, New York.

MERRICK, R. L., K. A. CHUMBLEY, AND G. V. BYRD. 1997. Diet diversity of Steller sea lions (*Eumetopias jubatus*) and their population decline in Alaska: a potential relationship. Canadian Journal of Fisheries and Aquatic Sciences 54:1342–1348.

MORITZ, C. 1994. Defining "evolutionarily significant units" for conservation. Trends in Ecology and Evolution 9:373–375.

NEIGEL, J., AND J. C. AVISE. 1986. Phylogenetic relationships of mitochondrial DNA under various demographic models of speciation. Pp. 515–534 in Evolutionary processes and theory (E. Nevo and S. Karlin, eds.). Academic Press, Orlando, Florida.

NYAKAANA, S., AND P. ARCTANDER. 1999. Population genetic structure of the African elephant in Uganda based on variation at mitochondrial and nuclear loci: evidence for male biased gene flow. Molecular Ecology 8:1105–1115.

PASCUAL, M. A., AND M. D. ADKISON. 1994. The decline of the Steller sea lion in the northeast Pacific: demography, harvest, or environment? Ecological Applications 4:393–403.

RAUM-SURYAN, K. L., K. W. PITCHER, D. G. CALKINS, J. L. SEASE, AND T. R. LOUGHLIN. 2002. Dispersal, rookery fidelity, and metapopulation structure of Steller sea lions (*Eumetopias jubatus*) in an increasing and a decreasing population in Alaska. Marine Mammal Science 18:746–764.

RAYMOND M., AND F. ROUSSET. 1995. GENEPOP. Version 1.2: population genetics software for exact tests and ecumenicism. Journal of Heredity 86:248–249.

RICE, W. R. 1989. Analyzing tables of statistical tests. Evolution 43:223–225.

SCHNEIDER, S., D. ROESSLI, AND L. EXCOFFIER. 2000. Arlequin: a software for population genetics data analysis. Version 2.0. Genetics and Biometry Laboratory, Department of Anthropology, University of Geneva, Geneva, Switzerland.

SIMONSEN, B. T., H. R. SIEGISMUND, AND P. ARCTANDER. 1998. Population structure of African buffalo inferred from mtDNA sequences and microsatellite loci: high variation but low differentiation. Molecular Ecology 7:225–237.

SLATKIN, M. 1995. A measure of population subdivision based on microsatellite allele frequencies. Genetics 139:457–462.

STANLEY, H. F., S. CASEY, J. M. CARNAHAN, S. GOODMAN, J. HARWOOD, AND R. K. WAYNE. 1996. Worldwide patterns of mitochondrial DNA differentiation in the harbor seal (*Phoca vitulina*). Molecular Biology and Evolution 13:368–382.

SWOFFORD, D. L. 2000. PAUP*: phylogenetic analysis using parsimony (*and other methods). Version 4.0b4a. Sinauer Associates Inc., Sunderland, Massachusetts.

*Submitted 28 May 2002. Accepted 21 March 2003.*

*Associate Editor was Eric A. Rickart.*

## APPENDIX I

*Localities and sample sizes.*—The 208 Steller sea lion tissue samples examined in this study were taken from pups at their natal rookeries from throughout their range. All individuals were analyzed for microsatellite variation, and 194 samples were analyzed for mtDNA (italicized sample sizes where different). The exact localities, regions, and stocks and groups are as follows. Western stock, Asian group: Sea of Okhotsk, Iony Island 56°24.3′N, 143°23′E ($n = 9$); Kuril Islands, Lovushki Island 48°32.6′N, 153°50.4′E ($n = 9$), Antsiverova Island 50°11.1′N, 154°58.1′E ($n = 10$); Russia, Zheleznaya Bay 53°4.7′N, 160°1.3′E ($n = 10$), Medney Island 54°41′N, 167°40′E ($n = 10$). Western stock, central group: western Aleutian Islands, Buldir Island 52°21.6′N, 175°58.4′E ($n = 10, 9$); central Aleutian Islands, Seguam Island 52°21′N, 172°34.4′W ($n = 10$), Ogchul Island 52°59.7′N, 168°24.2′W ($n = 10$); eastern Aleutian Islands, Bogoslof Island 53°55.7′N, 168°24.2′W ($n = 10$), Ugamak Island 54°13.5′N, 164°47.5′W ($n = 10$); Bering Sea, Walrus Island 57°11′N, 169°56′W ($n = 14, 12$); western Gulf of Alaska, Pinnacle Rocks 54°46′N, 161°45.9′W ($n = 10$), Atkins Island 55°3.2′N, 159°17.4′W ($n = 5$); central Gulf of Alaska, Chirikof Island 55°46.5′N, 155°39.5′W ($n = 9, 10$), Marmot Island 58°13.6′N, 151°47.8′W ($n = 10, 5$); Prince William Sound, Fish Island

**Civ. No. 05-1392 (ESH)**
**Defendants' Exhibit 2**

59°52.9′N, 147°20.6′W ($n = 10, 9$), Seal Rocks 60°9.8′N, 146°50.3′W ($n = 11, 10$). Eastern stock: southeastern Alaska, White Sisters Islands 57°38′N, 136°15′W ($n = 10$), Hazy Island 55°52′N, 134°34′W ($n = 11$), Forester Island 54°50′N, 133°31′W ($n = 11, 6$); northern California, St. George Reef 41°44.7′N, 124°15′W ($n = 9$).

## APPENDIX II

*Microsatellite primer sequences.*—The primer sequences of the six microsatellite loci employed in this study were identified from cloned DNA isolated from 3 pinniped species. In this study, these loci were found to yield polymorphic PCR products in Steller sea lions. The locus name, forward and reverse primer sequences, fluorescent label used as a tag for autosequence analysis, source species, and primer reference are as indicated: locus M2B: F: 5′-TCAGTCCACCCACCTAC, R: 5′-CCGACTGCTGGGGTAAAG, TET fluorescent label, *Mirounga angustirostris* (Hoelzel et al. 1999); locus PVC29: F: 5′-GGTTAATTGTGTTGTTTACATCT, R: 5′-AACCAGAAGAATAGAATTAGCAT, HEX fluorescent label, *Phoca vitulina* (Coltman et al. 1996); locus HG6.3: F: 5′-CAGGGGACCTGAGTGCTTATG, R: 5′-GACCCAGCATCAGAACTCAAG, FAM fluorescent label, *Halichoerus grypus* (Allen et al. 1995); locus HG8.10: F: 5N-AATTCTGAAGCAGCCCAAG, R: 5′-GAATTCTTTTCTAGCATAGGTTG, TET fluorescent label, *H. grypus* (Allen et al. 1995); locus M11A: F: 5′-TGTTTCCCAGTTTTACCA, R: 5′-TACATTCACAAGGCTCAA, FAM fluorescent label, *M. angustirostris* (Allen et al. 1995); locus PV11: F: 5′-GTGCTGGTGAATTAGCCCATTATAAG, R: 5′-CAGAGTAAGCACCCAAGGAGCAG, HEX fluorescent label, *P. vitulina* (Goodman 1997).