**Civ. No. 05-1392 (ESH)**
**Defendants' Exhibit 5**

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney (DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CARLOS M. GUTIERREZ, et al.,<br><br>                    Defendants. | Civ. No. 05-1392<br><br>**DECLARATION OF JAMES H. LECKY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

Civ. No. 05-1392 (ESH)
Defendants' Exhibit 5

# DECLARATION OF JAMES H. LECKY

I, James H. Lecky, hereby declare as follows:

1. I am the Director of the Office of Protected Resources, National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Department of Commerce. In this capacity, I am responsible for approving Biological Opinions issued under Section 7 of the Endangered Species Act (ESA), 16 U.S.C. Section 1536.

2. NMFS has decided to revisit the 2005 Biological Opinion on the issuance of Steller sea lion research permits and permit amendments. NMFS will remedy any internal inconsistencies in the effects analysis of the biological opinion, and clarify the basis for its determination that the permitted activities would not reasonably be expected to appreciably reduce the species' likelihood of surviving and recovering in the wild.

3. NMFS will also reconsider the cumulative effects of future state, tribal, local or private actions that are reasonably certain to occur in the action area.

4. NMFS will complete a revised biological opinion by March 1, 2006.

5. The majority of research under the permits, in terms of field effort and number of takes, will not occur until after March 1, 2006, with the bulk of the permitted research occurring after May 1, 2006.

**Civ. No. 05-1392 (ESH)**
**Defendants' Exhibit 5**

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed in Silver Spring, Maryland, on this 20 day of _January_, 2006.

_[signature]_
James H. Lecky