SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney (DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. ) ) ) | |
| Plaintiffs, ) | Civ. No. 05-1392 |
| ) | |
| vs. ) | |
| ) | |
| CARLOS M. GUTIERREZ, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ERRATA

Federal Defendants wish to notify the Court and the parties of two errors in their

Cross-Motion for Summary Judgment as to all counts of plaintiffs' Complaint and

Combined Memorandum in Opposition to Plaintiffs' Motion For Summary Judgment and

in Support of Their Cross-Motion for Summary Judgment, filed on January 27, 2006 (Doc.

No. 14).

First, Federal Defendants failed to file a Proposed Order with their Cross-Motion for Summary Judgment, and hereby file a Proposed Order as an attachment to this Notice.

Further, there was an error in the electronic version of the Declaration of James H. Lecky in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment (Doc. No. 14, Exhibit 5).  The date on the version that was filed is illegible; thus, Federal Defendants are hereby filing a new electronic version of the Declaration, executed on January 26, 2006, as Exhibit 1 to this Notice.

Respectfully submitted this 30th day of January, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney
(DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

<u>Of Counsel:</u>
Mary O'Brien
NOAA Office of General Counsel
for Fisheries
1315 East-West Highway
SSMC3 - Room 15111
Silver Spring, MD  20910

*Attorneys for Defendants*