**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. )<br>)<br>)<br>            Plaintiffs, )<br>)<br>vs. )<br>)<br>CARLOS M. GUTIERREZ, et al., )<br>)<br>            Defendants. )<br>_____ | Civ. No. 05-1392 |

**[PROPOSED] ORDER**

Upon consideration of Federal Defendants' Cross-Motion for Summary Judgment, and any response thereto, it is HEREBY ORDERED that the motion shall be GRANTED, and plaintiffs' Complaint shall be dismissed in its entirety with prejudice.

DATED: _____, 2006     _____
                                                   Hon. Ellen Segal Huvelle
                                                   United States District Judge