# **EXHIBIT 1**



UNITED STATES DEPARTMENT OF COMMERCE
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
1315 East West Highway
Silver Spring, Maryland 20910

THE DIRECTOR

JUN 2 2 2005

JUN 2 7 2005

Mr. David J. Hayes
Latham and Watkins, LLP
555 Eleventh Street, N.W.
Washington, DC 20004-1304

Dear Mr. Hayes:

Thank you for your letter on behalf of the Humane Society of the United States (HSUS) regarding the issuance of scientific research permits for Steller sea lions and concerns over whether the National Oceanic and Atmospheric Administration's (NOAA) National Marine Fisheries Service (NMFS) is complying with our legal mandates for these permit actions.

I appreciate your willingness to meet on this issue. I believe we had a productive discussion on May 25, 2005, and we share your concerns over the scope of the research on Steller sea lions. NMFS has decided to prepare an environmental impact statement (EIS) on the effects of scientific research on this species. We have secured funding to begin this initiative immediately and we plan to secure additional funding in FY 2006. We anticipate completing the process and issuing a final EIS by September 2007.

If you have any questions, please contact Steve Leathery, Chief of the Permits Division, at (301) 713-2289.

Sincerely,

William T. Hogarth

William T. Hogarth, Ph.D.

THE ASSISTANT ADMINISTRATOR
FOR FISHERIES




Printed on Recycled Paper