## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE            )
UNITED STATES, *et al.*,             )
                                     )      Civ. No. 05-1392 (ESH)
                    Plaintiffs,      )
                                     )
vs.                                  )
                                     )
CARLOS GUTIERREZ, *et al.*,          )
                                     )
                    Defendants.      )
_____)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT THE
ADMINISTRATIVE RECORD

Upon consideration of Plaintiffs Will Anderson, Sharon Young and The Humane Society

of the United States' Motion to Supplement the Administrative Record and Memorandum of

Point and Authorities in support thereof;

The Court here by ORDERS Defendants to supplement the Administrative Record with

the following documents:

1.    Letter from Dr. William T. Hogarth, Assistant Administrator, National Marine
      Fisheries Service to David J. Hayes, Latham and Watkins LLP, dated June 27,
      2005 (Exhibit 1),

2.    Letter from David Cottingham, Executive Director, Marine Mammal Commission
      to Steven Leathery, Chief, Permits Division, National Marine Fisheries Service,
      reflecting the Marine Mammal Commission's preliminary comments on the 2005
      permit applications, dated May 19, 2005 (Exhibit 2), and

3.    Letter from David Cottingham, Executive Director, Marine Mammal
      Commission, to Steve Leathery, Chief, Permits Division, National Marine
      Fisheries Service, reflecting the Marine Mammal Commission's final comments
      on the 2005 permit applications, dated June 10, 2005 (Exhibit 3).

IT IS SO ORDERED.


Dated: _____, 2006

By: _____

      Ellen Segal Huvelle

      Judge for the United States District Court for the District of Columbia

DC\838485.1