Case 1:05-cv-01392-ESH    Document 22-3    Filed 03/10/2006    Page 1 of 6

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                                    **Exhibit 7**

# Civ. No. 05-1392 (ESH)

# Excerpt from AR 385

Case 1:05-cv-01392-ESH   Document 22-3   Filed 03/10/2006   Page 2 of 6

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                    Exhibit 7

# ENVIRONMENTAL ASSESSMENT

## ON THE EFFECTS OF NMFS PERMITTED SCIENTIFIC RESEARCH ACTIVITIES ON THREATENED AND ENDANGERED STELLER SEA LIONS

### June 2002

| | |
|---|---|
| **Lead Agency:** | National Oceanic and Atmospheric Administration<br>National Marine Fisheries Service |
| **Responsible Official** | Dr. William Hogarth<br>Assistant Administrator for Fisheries |
| **For Further Information Contact:** | Office of Protected Resources<br>National Marine Fisheries Service<br>1315 East West Highway<br>Silver Spring, MD 20910<br>(301) 713-2332 |

**Abstract**: The National Marine Fisheries Service (NMFS), Office of Protected Resources, proposes to issue five new scientific research permits, and major amendments to two existing scientific research permits for takes of Steller sea lions (*Eumetopias jubatus*) in the wild, pursuant to the Marine Mammal Protection Act of 1972, as amended (MMPA; 16 U.S.C. 1361 et seq.), and the Endangered Species Act of 1973, as amended (ESA; 16 U.S.C. 1531 et seq.). The objective of the proposed action is to collect information on the ecology and biology of threatened and endangered Steller sea lions that would improve understanding of management needs for recovering the species to the point that it can be removed from ESA listing. The permitted research under the preferred action alternative would exceed the categorical exclusion (National Environmental Policy Act (NEPA); 42 U.S.C. 4321 et seq.) from the need to prepare an EA or EIS in that 1) it involves controversial techniques; 2) the proposed activities involve unknown or highly uncertain risks; 3) and the potential for an adverse effect on an endangered and threatened species because of the significant increase in research activity in recent years, which is largely related to recent funding opportunities, warranted a further environmental review to determine whether significant environmental impacts could result from issuance of the proposed scientific research permits and permit amendments. Therefore, this document evaluates the relevant effects of a variety of scientific research activities on Steller sea lions under several permitting alternatives. The analyses considered special mitigation measures addressing duration of research, developing a monitoring plan, limiting accidental mortality, and ensuring research coordination. With these mitigation measures in place, issuing the permits as requested would not have a significant effect on the human environment.

1

Case 1:05-cv-01392-ESH  Document 22-3  Filed 03/10/2006  Page 3 of 6

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.  Exhibit 7

# TABLE OF CONTENTS

CHAPTER 1   PURPOSE OF AND NEED FOR ACTION ............................. 4
   1.1   Description of Action ........................................... 4
      1.1.3   Objectives ................................................ 9
   1.2   Other EA/EIS that influence scope of this EA ....................... 10
   1.3   Decision and other agencies involved in this analysis ............... 11
   1.5   Federal Permits, Licenses, and Entitlements Necessary to Implementation of the Action ............................................................ 15
      1.5.1   Brief overview of process for obtaining a NMFS Scientific Research Permit under MMPA and ESA ................................. 15
      1.5.2   MMPA regulations regarding issuance of SRPs ................. 16
      1.5.3   ESA regulations regarding issuance of SRPs ................... 17

CHAPTER 2   ALTERNATIVES INCLUDING THE PROPOSED ACTION .............. 19
   2.1   General Considerations .......................................... 19
      2.1.1   Research techniques ....................................... 22
      2.1.2   Commonly employed mitigation measures ..................... 30
      2.1.3   Existing Mitigation Measures in NMFS Permits ................ 32
      2.1.4.  Special Mitigation Measures for this Action ................... 33
      2.2.1   Alternative 1: Status Quo - No Amendments or New Permits ...... 35
      2.2.2   Alternative 2: Issue new and amend existing permits to allow all additional takes as requested by applicants (with standard permit conditions for mitigating measures and special mitigation measures for these permits) ....................................................... 35
      2.2.3   Alternative 3 - Re-allocation of Intrusive Research Alternative ...... 36
  2.3  Alternatives Considered and Eliminated from the Detailed Study ............. 36

CHAPTER 3   AFFECTED ENVIRONMENT ...................................... 38
   3.1   Past, Present, and Reasonably Foreseeable Future Actions Affecting the Present Condition of the Population/Habitat ................................. 39
         3.1.1   Historical Commercial Harvest and Intentional Takes ....... 39
         3.1.2.  Commercial Fishing ................................. 40
         3.1.3   Subsistence Harvests ................................ 40
         3.1.4   Scientific Research .................................. 41

CHAPTER 4   ENVIRONMENTAL CONSEQUENCES ............................... 43
   4.2   Potential Effects of Alternative 1 - Status Quo on Steller Sea Lions ....... 56
      4.2.1 Information Gained by this Alternative ........................ 56
      4.2.2 Potential Takes Under this Alternative ........................ 56
   4.3   Potential Effects of the Proposed Action - Alternative 2 ................ 65
      4.3.1 Information Gained by this Alternative ........................ 65
      4.3.2 Potential Takes Under this Alternative ........................ 65
  4.4  Effects of Alternative 3-Reallocation of Intrusive Research ................ 84
      4.4.1 Information Gained by this Alternative ........................ 84
      4.4.2 Potential Takes Under this Alternative ........................ 85
   4.5   Significance of Effects ........................................... 97
   4.6   Cumulative Effects .............................................. 107

Chapter 5   List of Preparers ............................................... 117

CHAPTER 6 OTHER APPLICABLE LAWS ........................................ 118

Case 1:05-cv-01392-ESH   Document 22-3   Filed 03/10/2006   Page 4 of 6

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**          **Exhibit 7**

CHAPTER 7  FINDING OF NO SIGNIFICANT IMPACT .............................. 120

Chapter 8       REFERENCES ................................................ 124

Glossary of Terms and Acronyms ............................................ 129

Case 1:05-cv-01392-ESH   Document 22-3   Filed 03/10/2006   Page 5 of 6

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                              **Exhibit 7**

well-trained in the use of branding techniques to brand pups.

To minimize the potential negative effects of sampling activities in general, pinniped scientific research permits contain the following standard conditions: (1) researchers shall select target animals far enough away from other animals to minimize the possibility of having other sea lions interfere with the target animals; and (2) clean darts, enemas, and all needles thoroughly between uses, and sterilize them with alcohol or betadine immediately prior to use.

All NMFS scientific research permits contain these general conditions to ensure research coordination and minimize the potential for unnecessarily duplicative research: (1) the Permit Holder must coordinate research authorized with other researchers conducting the same or similar studies on the same species and in the same locations; and (2) prior to each field season, the Permit Holder must notify the appropriate Regional Administrator at least two weeks in advance, and such notification shall include the dates and specific locations of the research.

### 2.1.4. Special Mitigation Measures for this Action

To ensure that the Proposed Action does not effect an endangered or threatened species the following mitigation measures are to be implemented as a condition of authorizing the permits requested.

**Duration**: There is insufficient information for a reliable evaluation of the synergistic effects of these repeated procedures on individual sea lions; however, NMFS has already determined that allowing most of these procedures to be performed on 2,400 sea lions for an additional 2 years (the existing permits expire in December 2004 and June 2005) would not have a significant effect on Steller sea lions. Consequently, as a mitigating measure, NMFS is authorizing additional take or procedures only for the duration of the existing permits. This restricted duration will limit the impact (potential lethal or sublethal effects) only to the animals that will be handled through June 2005.

**Monitoring**: A recommendation from MMC and others is to implement a monitoring program that would provide information to evaluate the effects of the research activities on survival and health of Steller sea lions, particularly to obtain re-sights of branded individuals. Research protocols include such monitoring. The effort spent in subsequent resighting of permanently marked animals is a critical component of any survival study. Assuming survival rates are equal over the range and that at least 600 pups are branded, survival can be estimated with a coefficient of variation of less than 0.125. In the areas where branding activities have taken place, resighting efforts have already occurred during dedicated resighting-effort cruises (in May, August, and November), during other research cruises in February, March, April, June, July, and September, and from field camp observations at Marmot and Forrester Islands in 2000 and 2001. Additional field camps will be established at Ugamak, Fish, and White Sisters Islands in 2002. Five research activities include cruises dedicated to brand resight effort; for 14 other activities, brand resighting is one of several primary objectives (in combination with pup surveys, juvenile captures, scat collection, etc.). Brand resighting is a routine part of field protocol whenever research teams go ashore at a rookery or haul-out site. In fact, the only activities that will not include brand resight effort are the 29 aerial survey activities.

**Accidental mortality**: The upper limit for accidental mortality under the status quo is 10 Steller sea lions per year, and the proposed action would increase this limit to 51 sea lions per year. If all accidental mortality was restricted to the eastern stock of Steller sea lions, proposed authorization for accidental mortality would have a negligible impact on the stock. On the other

Case 1:05-cv-01392-ESH    Document 22-3    Filed 03/10/2006    Page 6 of 6

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                    **Exhibit 7**

hand, if all of this authorized take was applied to the western stock, such a level of mortality would exceed negligible impact. Consequently, NMFS has established an upper limit to the average annual mortality that can be applied to the western stock at a level that would cause insignificant impact. If accidental mortality in the western stock reached 10 sea lions (about 5% of the stock's PBR) then researchers would be required to consult with one another to identify research practices that would prevent accidental mortality in the western stock to exceed 20 sea lions (10% of the stock's PBR). With this mitigation measure in place, accidental mortality would not have a significant adverse impact on the Steller sea lion population.

**Research coordination**: The NMFS Alaska Region has employed a Coordinator for the Steller Sea Lion Recovery Program to ensure that research conducted by NMFS, and other organizations, is consistent with the priorities identified in The Final Recovery Plan for Steller Sea Lions to conduct research on those actions that are most likely to stop the population decline, while continuing ongoing research and developing new programs designed to improve understanding of Steller sea lion management needs. Among the highest priority management actions were monitoring the status and trends of sea lions of sea lion abundance throughout their range, and monitoring incidental and subsistence takes. The highest priority administrative actions were focused on regulating fisheries (i.e., areas, seasons, operations, catches), identifying and designating critical habitat, recommending a maximum allowable take and reducing incidental take. Research needs considered most critical to conservation and management were to develop survey procedures, determine food requirements, and determine feeding areas and strategies. Since the Recovery Plan was finalized, Steller sea lions have been classified as two distinct population segments, with the result that there is now a different focus on each population. Most of the management focus is now on the western population whereas the research focus is split with much of the invasive, and new research being focused on the eastern population. Also a new Recovery Team has recently been convened to draft a revised Recovery Plan that reflects the change in listing status of the Steller sea lion and to review research priorities that will take into account the status of each population and the priority research that remains to be completed to address management needs.. The Recovery Team will be recommending management actions needed to recover Steller sea lions and identifying research needs for the conservation and management of threatened and endangered Steller sea lions.

Due in part to the research efforts focused on Steller sea lions since 2000 and an order of magnitude increase in research funding, there is now, or there will be in a few years, a large body of information on a variety of aspects of Steller sea lion biology and ecology. The Alaska Fisheries Science Center (AFSC), NMFS, has a full-time research coordinator role that will ensure that the researchers perform research that is bona fide, that is not duplicative except where duplicative samples would be considered appropriate and necessary to address that particular issue, and to ensure that communication exists between researchers such that the research is conducted to benefit the conservation of the species.

During the next 2 years (the life of these permits), this coordinated effort will improve. The focus of the research as directed by the outcome of the Recovery Team deliberations will also provide a more focused and coordinated effort for the next 5-10 year period. Therefore, an objective of the Steller Sea Lion Recovery and research programs will be to ensure that the permit issuance criteria listed at 216.34 are met and that the research is (1) humane and does not present any unnecessary risks to the health and welfare of Steller sea lions, (2) the activity is consistent with all restrictions set forth at 216.35 and any purpose-specific restrictions as appropriate set forth at 216.41, 216.42, and 216.43, (3) the activity will be conducted consistent with the purposes and policies set forth in section 2 of the ESA, and (4) the applicant's expertise, facilities, and resources are adequate to accomplish successfully the objectives and activities stated in the application. In addition to these requirements, the AKR and AFSC will ensure that