# Civ. No. 05-1392 (ESH)

# Excerpt from AR 345

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                    Exhibit 10

REPORT OF ACTIVITIES ON STELLER SEA LIONS FOR 2002:
MMPA AND ESA PERMIT 358-1564-02 (-03 covering actions since 12 November, 2002)

REPORTING PERIOD

January 1, 2002 – December 31, 2002

STELLER SEA LION PROJECT
DIVISION OF WILDLIFE CONSERVATION
ALASKA DEPARTMENT OF FISH AND GAME
529 West 67th Avenue
ANCHORAGE, ALASKA 99518

Thomas S. Gelatt, Principal Investigator

Case 1:05-cv-01392-ESH    Document 22-6    Filed 03/10/2006    Page 3 of 14

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                    Exhibit 10

## INTRODUCTION

Marine Mammal Protection Act and Endangered Species Act Permit No. 358-1564-00 was issued to the Alaska Department of Fish and Game in June 2000 and is valid from July 1, 2000 – June 30, 2005. Subsequent amendments were as follows: Amendment No. 01 was issued on May 2, 2001, Amendment No. 01 on February 27, 2002, and Amendment No. 3 was issued on November 12, 2002. The amendments authorize some of the work reported here. All work authorized under the November 12, 2002 amendment was completed during a sea lion capture trip November 13 – 23, 2002. This permit authorizes a number of research activities including aerial surveys, land-based pup counts, captures and specimen collections from carcasses, pups, juveniles, and adults, branding of pups, attachment of telemetry devices, incidental disturbances, and accidental mortalities.

Objectives of the authorized research are to continue monitoring the status of the Alaskan Steller sea lion population, to identify potential causes of the population decline so as to provide for the population's recovery. More specifically, research is intended to identify habitat requirements to protect areas of specific biological significance, identify management stocks, monitor status and trend, monitor health, condition and vital parameters, and investigate feeding ecology and factors affecting energetic status. This permit requires annual reporting on the June 30 anniversary of the original authorization date. However, in order to maintain consistency with past annual reports, and to allow sufficient time for review before the hectic field season, we are again submitting this review for work completed during the previous calendar year.

Research results from activities conducted under authorization of Permit No. 358-1564-02 included data on morphology, physiology, body condition, disease, pathology, contaminant levels, foraging range, habitat use, and movements of adult female and juvenile Steller sea lions in both the eastern and western Alaskan populations. Activities conducted under authorization of this permit during the reporting period are summarized in Table 1. Table 1 is designed to reproduce Table 1 in our latest amendment to date, Amendment 03. Therefore, new categories that did not exist in previous amendments are included here.

## METHODS
### Sea lion Field Trips for Captures and Surveying

Juvenile sea lions were captured using either a hoop net on land or primarily by a noose under water. Five separate field trips were conducted for the purpose of capturing sea lions. The number of animals handled and sampled is listed in Table 1. Briefly, these trips were conducted in the following locations (Detailed trip reports listing sites visited during each trip are included as appendices A-H): March 26 – April 3, central Aleutian Islands; May 13 – 23, Prince William Sound; June 15 – 21, Frederick Sound; September 10 – 20, Prince William Sound; and November 13 – 23, Frederick Sound and Lynn Canal.

In addition, two brand-resighting trips were completed for the purpose of collecting survivorship data. As in the past, a trip was taken between June 4 – July 4 to survey all known haulouts and rookeries in southeast Alaska and northern British Columbia. A second trip was initiated this year to test for the appearance of animals not

2

Case 1:05-cv-01392-ESH   Document 22-6   Filed 03/10/2006   Page 4 of 14

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.          Exhibit 10

seen at other times of the year. This trip surveyed most of the southeast Alaska haulouts and rookeries between August 18-28.

Sea lion pups were branded at three rookeries in 2002; June 26, 27 at Lowrie Island in the Forrester Island complex ($54.858^0$ N, $133.538^0$ W, $N = 151$), July 1, 2 at The White Sisters Islands ($57.633^0$ N, $136.25^0$ W, $N = 126$) and July 3 at a recently established rookery at Graves Rock ($57.633^0$ N, $136.25^0$ W, $N = 50$).

A field camp was again established at Lowrie Island and occupied from May 15 – Sept 15. Between 4-6 biologists occupied the camp and collected daily observations of marked sea lions. Data collected in 2001 and 2002 on branded pup survival at Lowrie is being prepared for a short manuscript by ADF&G.

A medium-format aerial survey was contracted in collaboration with the NMML to collect images for pup and non-pup counts. Aircraft were flown between 500-900' and the survey was designed to take the photographs without disturbing the animals. A map of the survey route is included as Appendix I. In addition, the USDA Forest Survey, Tongass National Forest has annually monitored the abundance of sea lions at the Alsek river mouth (59.05N 138.57 W) each spring under the ADF&G permit to document the change in density. Their report appears as Appendix J. The high count of 1347 has been added to the total listed in Table 1. Thus, the total number of takes listed in Table 1 is conservatively based on the total number counted in southeast Alaska.

## METHODS
### Individuals Involved

The work outlined in this report requires a large and dynamic field team in order to accomplish all of the activities listed. The PI and Co-Investigators were involved in all aspects of animal capture, handling and sampling. Research assistants worked under the authority and presence of the PI or Co-investigators and many were involved in surveying or brand resighting only, resulting in no apparent takes. The following personnel participated during 2002:

Principal Investigator: Tom Gelatt
Co-Investigators: Lorrie Rea, Kim Raum-Suryan, Michael Rehberg, Grey Pendleton, Dennis McAllister, Kathy Burek, William Taylor, Chris Curgus, Ken Pitcher, Jamie King, Lauri Jemison, Vicki Stegall, Andrew Trites, Bruce Heath, Francis Gulland, Marty Haulena, Heather Harmon, Kimberlee Beckman,
Research Assistants: Julie Richmond, Ward Testa, Aaron Christ, Greg O'Correy-Crow, John Westlund, Greg Snedgen, Greg Campbell, Jamie Womble, Karen Blejwas, Bill Lucey, Jay Ver hoef,

## RESULTS

Takes by activity are separated in Table 1. This table was designed to mimic Table 1 in permit amendment 03 issued on November 12, 2002. Acknowledging that many of the takes are 'nested' within other takes but that a simple repetition of Table 1 in narrative would be near impossible to follow, we give a short description of each activity as listed in Table 1.

Activity 1. Aerial Survey – The aerial survey take as listed authorizes surveys during the breeding season. The number of takes comes from the maximum number of animals counted despite the fact that there is virtually no noticeable 'take' since the intent

3

Case 1:05-cv-01392-ESH   Document 22-6   Filed 03/10/2006   Page 5 of 14

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                    Exhibit 10

is not to disturb animals for the photographs. The aerial survey performed by the USFS over a period of 4 days in the spring is outlined in their attached report. The dates of their survey did not cover the breeding season and cover an area that is only used during the spring eulachon run. Likewise, their surveys are not intended to disturb and the surveyors did not report any sign of disturbance. Conservatively, their greatest count is included in the total reported. It is unknown if > 1 'take' of a given animal ever occurred since individuals cannot be identified during aerial surveys.

Activity 2. Ground Counts and incidental scat collection – There were no ground counts conducted in 2002 as in the past. Approximately 1010 takes are listed from the number of animals taken during incidental scat collections. These takes were recorded as the number of sea lions moving or going into the water when researchers (Co-investigator Andrew Trites, University of British Columbia) collected scat.

Activity 3. Incidental Disturbance during scat collection, capture etc. – The number listed here (6,385) is the count made by researchers of animals moving during captures. This is primarily as a result of the capture skiff approaching the haulout to retrieve a noosed sea lion and thereby startling sea lions on the haul out. As with aerial surveys and any 'take' in which unidentified animals show a response, we cannot estimate the number of takes/animal/year for incidental disturbance.

Activity 4. Collect Carcasses or parts – The carcasses listed here came from collections made during normal capture and resight operations or resulted from accidental mortalities as noted below. A pup carcass collected by a Canadian researcher at Langara Island, BC, Canada was transferred to ADF&G for necropsy and the letter of transfer is included as Appendix K.

Activity 5. Receive tissue samples from subsistence harvested sea lions – Parts (teeth, whiskers) of carcasses collected by subsistence hunters at St. Paul Island have been transferred to ADF&G for use in ongoing studies.

Activity 6. Accidental mortality – Three animals are listed as accidental lethal takes. These were pups lost during the branding operations. As noted in an email to Tammy Adams in July 2002, two pups died of asphyxiation presumably when they were caught under other pups in a crack. The third pup had fallen into a very deep crack (~ 30' deep) at the White Sisters Island. This crack was full of old pup carcasses. The pup was lodged very tight and appeared to be facing the same demise as its cohorts stuck in the same hole. Our only options were to leave the pup to starve, euthanize it in place, or try to pull it out with a rope. There was no way to euthanize it as we couldn't get a person down to it safely and we thought we might be able to get it out. We managed to get a rope around it but in pulling it out the neck was dislocated. Cervical dislocation is periodically listed as a humane method of euthanization and in retrospect quicker than the alternative and also provided a very fresh carcass for utilization by numerous collaborators. This was the first time that we conducted branding at the White Sisters Islands and we were not aware of the very large and deep crack at the back of the rookery. We should be able to avoid moving pups near that crack in the future. Likewise, we will try to fashion a different type of noose for extracting pups caught in tight spots that will spread out the pressure more evenly.

The two pups lost to asphyxiation succumbed extremely fast despite having an experienced observer watching the pups. The mitigation for this is, as always, greater vigilance by the person(s) watching the pups. In addition, after this instance we increased

4

Case 1:05-cv-01392-ESH    Document 22-6    Filed 03/10/2006    Page 6 of 14

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                    **Exhibit 10**

our effort to hold the pups on as flat and slightly pitched substrate as possible since pups will aggregate towards each other and make an effort to climb over and sit on top of others.

Activity 7. Capture by various methods – This activity lists all animals captured for handling purposes. Five of the young animals captured in the Aleutians were captured via hoop net. The remaining captures were all by underwater lasso except for the 317 pups captured in Jun/July for branding. Those pups were all captured by hand on the rookery. All animals were anesthetized using gas anesthesia (isoflurane). No Telazol or Valium was used. Three animals were given dopram, a respiratory stimulant, to increase breathing while recovering from the anesthetic. There were no mortalities during anesthesia.

Activity 7a. Blood collection – Not all animals captured had blood collected. Most of the underwater lasso captures did involve blood collection but only about 1/3 of the pup captures included blood collection. No animals > 3 years were confirmed captured (tooth analysis).

Activity 7b. Muscle Biopsy – this activity was only permitted in November 2002 and samples collected during a late November capture trip in Southeast Alaska. The muscle biopsies were taken from the same animals as blubber biopsies as it simply involves an additional step using the same surgical opening as the biopsy sample.

Activity 7c. Skin/blubber biopsy – This refers to the blubber biopsies taken from all juveniles captured during non-pup branding.

Activity 7d. Fecal loops and culture swabs – Similar to 7c this refers to samples collected during juvenile captures.

Activity 7e. Tooth extraction – The second upper premolar is taken on some but not all juveniles captured. It is collected from known-age animals and juveniles believed to be > 1 yr. The purpose is to use the known-age teeth to help gauge the estimate of age in the unknown age. We also collect tooth eruption measurements and photograph the teeth in hopes of calibrating eruption with age.

Activity 7f. Vibrissae, hair and nails – Vibrissae were clipped or plucked for isotope analysis from all juveniles as in 7c and 7d. Hair is clipped from the biopsy sites and collected for contaminants and isotope analysis. We are not currently collecting nails.

Activity 7g. Flipper tag – Flipper tags were attached to 50 of the branded pups for a study of tag loss. The additional animals are listed as skin/tissue samples were taken from these animals for genetic study but no tags were put in. The samples were collected with a hog ear notcher while under anesthesia.

Activity 7h. Hot brand – All animals handled are hot-branded while under anesthesia for permanent identification.

Activity 7i. Attachment of scientific instruments – Satellite transmitters were attached to two juveniles at Adak Island in April, Three were attached to known-age one-year olds in Frederick Sound in June, and ten were attached to juveniles in Frederick Sound (5) and Lynn Canal (5) in November, 2002.

Activity 7j. Bioelectrical impedance analysis – This procedure was permitted in November, 2002 and performed on 25 of the juveniles captured that month.

Activity 7k. Deuterated water – This procedure was performed on all but one of the captured juveniles.

Case 1:05-cv-01392-ESH    Document 22-6    Filed 03/10/2006    Page 7 of 14

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                    Exhibit 10

Activity 7l. Evans blue dye -- This procedure was permitted in November, 2002 and performed on 23 of the juveniles captured that month.

Activity 7m. Stomach intubation or enemas -- This procedure is attempted on all juveniles captured by simply running a tube down the throat and suctioning from the stomach by hand. It is performed while the sea lion is immobilized and provides the milk samples used in fatty acid analysis.

**Samples Taken**

As noted in Table 1 samples were collected for a large suite of collaborators/ cooperators. These are identified in the second half of the table.

**Sea Lion Responses/ Reactions**

Virtually all of the invasive takes listed here were performed while the sea lions were fully immobilized under gas anesthesia. No visible responses occurred during these procedures although all sea lions are monitored with heart rate, respiration, and blood oxygen monitors. Periodically, a short response of muscle contraction will occur in response to a fecal loop but this can be easily controlled with the gas mixture. The greatest response/reaction comes from the capture event itself. The pup capture involves a round up and then a later capture by hand. The pups are quickly immobilized before branding etc. and released immediately. The common response is to crawl away with the other pups and fall asleep. Juveniles captured by the underwater lasso struggle to escape during the initial capture that usually lasts between 3 – 10 minutes.

Reactions to aerial surveys are usually not apparent other than an occasional look skyward. The intent of the aerial survey is to collect photos of animals on land so disturbance is avoided. During underwater capture operations the capture boat occasionally has to approach closely to the haulout to retrieve the sea lion. This will sometimes disturb animals on the rocks and they may enter the water. Many of them frequently exit again within minutes. The underwater lasso capture is beneficial to land captures because there is no disturbance to the sea lions on land by the divers. Thus, repeat captures in the same site can occur with no disturbance to other animals.

**CONCLUSION**

The results and methods presented here are directly in line with our research goals of investigating Steller sea lion biology and behavior with the intent of applying that knowledge to the general goal of promoting population recovery. The Steller sea lion program at ADF&G has previously focused much of the research on the threatened eastern stock of sea lions. This was in part conducted under the theory that since the eastern stock was not endangered, they were less vulnerable to negative population effects caused by researchers. Therefore, information could be collected on new techniques without risking the western stock. Our program has since expanded to perform more work in the western stock and use some of these techniques. By collecting basic information on sea lion biology, demographics, life history, and condition and by archiving samples for future use, we are establishing the base line data necessary for future work. This fundamental information is the starting point for virtually all research examining hypotheses for the sea lion decline.

Case 1:05-cv-01392-ESH    Document 22-6    Filed 03/10/2006    Page 8 of 14

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                    **Exhibit 10**

Individually, our research fits directly in line with the goals and objectives of the current Steller Sea Lion Recovery Plan. These include the following: population studies involving branding and brand resighting; aerial surveys; capture and sampling; development of condition indices; archiving tissues; and investigations of feeding ecology, dive behavior and movements. Additionally, we continue to participate in and organize inter-agency meetings and workshops to promote collaborative work.

**Manuscripts/ Presentations**

The following manuscripts resulting in part from work conducted under this or previous ADF&G permits were recently published. Copies of these papers are included with this report.

Beckmen, K. et al. 2002. Mercury concentrations in the fur of Steller sea lions and northern fur seals from Alaska.

Raum-Suryan, K., et al. 2002. Insights into dispersal, fidelity, and metapopulation structure of Steller sea lions in an increasing and declining population in Alaska. Marine Mammal Science 18:746-764.

Pitcher, K., et al. 2001. Spatial and Temporal variation in the timing of births of Steller sea lions. Journal of Mammalogy 82:1047-1053.

The following presentations, based in part on research conducted under Permit No.358-1564, were presented at the 2002 Conference on Marine Science in the Northeast Pacific: Science for Resource Dependent Communities, held in Anchorage, January 13-17. Approximately 1/5 of the papers/posters presented at the conference involved work conducted under this permit.

Beck, C. et al. Location and age class differences in the dietary fatty acids of young Steller sea lions.

Beckmen, K. et al. An investigation of the potential effects of environmental contaminants on immune function and health in free-ranging Steller sea lions.

Beckmen, K. et al. Population survey of Organochlorine contaminant exposure in Steller sea lions.

Burns, J. et al. Diving behavior and physiology in juvenile Steller sea lions: what are the links?

Daniel, R. and A. Trites. Timing of moulting in Steller sea lions.

S. Farley et al. Application of laser ablation ICP-MS to elemental fingerprinting and isotope analysis to evaluate nutritional history and diet of Steller sea lions.

Hastings, K. and T. Gelatt. Mark-recapture studies of branded sea lions pups at Lowrie Island, Alaska.

Jemison, L. et al. Preliminary report on Steller sea lion brand-resighting results in Southeast Alaska.

Mazzaro, L. et al. Comparison of serum retinal, tocopherol and lipid levels in free-ranging Steller sea lions and their prey from the Eastern and Western stocks.

Moore, M. and F. J. Morado. Evaluation of the effects of parasites on Steller sea lions in Alaska.

Myers, M. et al. Thyroid and cortisol hormones as an indication of metabolic function and well being in Steller sea lions (*Eumetopias jubatus*).

Case 1:05-cv-01392-ESH    Document 22-6    Filed 03/10/2006    Page 9 of 14

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                                Exhibit 10

O'Corry Crowe, G. et al. Using molecular genetics to estimate dispersal rates between Steller sea lion rookeries.

Piatt, J. et al. Inverse production regimes and inverse population dynamics of three high trophic-level consumers in the North Pacific.

Pitcher, K. et al. Status of the Eastern Steller sea lion population.

Pitcher, K. and J. Sease. Equivocal indicators of Steller sea lion population trend in Prince William Sound, Alaska.

Raum-Suryan, K. et al. Dispersal and movement patterns of juvenile Steller sea lions in Alaska.

Rea, L. Difference in blubber levels of the fatty acid 20:1n-11 suggest free-ranging Steller sea lions (*Eumetopias jubatus*) ingest prey at a younger age in Prince William Sound than sea lions captured in southeast Alaska.

Rea, L. et al. Modeling diet composition of fee-ranging Steller sea lions using quantitative fatty acid signature analysis.

Rehberg, M. and J. Burns. Developing methods to describe Steller sea lion (*Eumetopias jubatus*) juvenile habitat usage at varying temporal scales.

Richmond, J. et al. Steller sea lion foraging ecology is an important factor in juvenile survival

Sease, J. and C. Stinchcomb. 2002 Surveys of Steller sea lions in Alaska.

Sigler, M. et al. Southeast Alaska Steller sea lion prey study.

Stegall, V. et al. Stable isotope fluctuations in Steller sea lion (*Eumetopias jubatus*) vibrissae indicating weaning events.

Trites, A. et al. Diets of Steller sea lions in Southeast Alaska.

The following manuscripts, based in part on research conducted under Permit No.358-1564, are being prepared.

- Andrews, R. et al. in prep. Foraging behavior of lactating female Steller sea lions. To be submitted to Marine Mammal Science.
- Beckmen, K., et al. in prep.. Comparative immune function between the eastern and western Alaskan Steller sea lion populations. Journal to be determined.
- Beckmen, K., et al. in prep. Relationships of organochlorine contaminants in blood, blubber, and feces of Steller sea lions. Journal to be determined.
- Burek, K., et al. Serological survey of diseases in Steller sea lions. Submitted to Journal of Wildlife Diseases. .
- Rehberg, M., et al. in prep. Ontogeny of dive behavior of pup and juvenile Steller sea lions. Journal to be determined.
- Raum-Suryan, K., et al. in prep. Movements, haulout behavior, and home ranges of juvenile Steller sea lions.

## ATTACHMENTS

Table 1 – Table of Takes

Appendix A – Trip report for March-April 2002, Central Aleutians
Appendix B – Trip report for May 2002, Prince William Sound

8

Case 1:05-cv-01392-ESH   Document 22-6   Filed 03/10/2006   Page 10 of 14

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**   **Exhibit 10**

Appendix C – Trip report for June 2002, Southeast Alaska
Appendix D – Trip report for September 2002, Prince William Sound
Appendix E – Trip report for November 2002, Southeast Alaska
Appendix F – Trip report for June-July 2002, brand resightings in Southeast Alaska
Appendix G – Trip report for August 2002, brand resightings in Southeast Alaska
Appendix H – Trip report for June-July 2002, pup branding in Southeast Alaska
Appendix I– Map of Southeast Alaska aerial survey route
Copies of recently printed papers
Appendix J – Report from Tongass National Forest, sea lion surveys
Appendix K- Letter of authorization for pup carcass from Dept. of Fisheries and Oceans, Canada

Case 1:05-cv-01392-ESH    Document 22-6    Filed 03/10/2006    Page 11 of 14

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                Exhibit 10

App. H.

**Trip Report**
**Steller Sea Lion Pup Branding, 2002**
**Lowrie Island, White Sisters Islands, Graves Rock**
**26 June – 3 July, 2002**

Personnel: Tom Gelatt, Jamie King, Lorrie Rea, Vicki Stegall, Julie Richmond, Mike Rehberg, Ken Pitcher, Greg Snedgen, John Westlund, Chris Curgus, Alastair Baylis, Betsy Wilson, Aaron Christ, Heather Harmon, Jamie Womble (ADF&G). Kathy Burek (AVPS), Marty Haulina (MMC), Greg O'Corry-Crowe (SWFSC).

Vessel: ADF&G vessel R/V Medeia; Capt. Wade Loofbourrow, Crew: Rick Gottwald, Bob Frampton, Russell Sandstrom, Linda Mancuso.

**Introduction**

The Steller sea lion program at ADF&G recently completed a pup-branding trip in Southeast Alaska. This work was part of the ongoing research designed to collect basic life history data and mark a large sample of animals for future observation. Concurrent with this work a crew of biologists was surveying all haul outs and rookeries in Southeast Alaska and British Columbia for sea lions branded in previous years. Four biologists working at a field camp on Lowrie Island assisted with branding at Lowrie Island and Cape Horn Rocks. This trip was also used to resupply the camp and remove garbage. The timing of the branding was chosen to maintain consistency with previous branding dates. Four sites were chosen for branding.

Branding Locations: Area 1A on Lowrie Island (54.86N 133.54W), in the Forrester Island complex west of Dall Island was the only site branded in both 2001 and 2002. A field camp on Lowrie Island was set up in May, 2002 to allow daily observations and resightings of marked animals for a study of branded pup survival. These were also the only pups marked with Allflex sheep ear tags in the front flippers.

Cape Horn Rocks (54.85N 133.55W) is an offshore rock near Lowrie Island and sea lions move frequently between the island and Lowrie Island. It is also a large slab of rock and served as a very good location for branding. One more day of branding was planned for the Forrester complex but four days of continuous winds and bad weather prevented another day of branding.

The White Sisters (57.63N 136.25W) are a group of granite Islands west of Chichagof Island. Two days were spent branding pups on these islands. Pups had never been branded on these rocks previously and the sites were marginal for working. Large, very deep cracks in the rocks made herding of pups dangerous and much of the haulout was under water at high tide.

Case 1:05-cv-01392-ESH   Document 22-6   Filed 03/10/2006   Page 12 of 14

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                    **Exhibit 10**

Graves Rocks (58.24 136.76) is a group of offshore rocks near Graves Harbor just north of the entrance to Cross Sound and within the boundaries of Glacier Bay National Park. Pups were first noted on Graves rocks in the mid 1990's and 89 pups were counted from the air in 2001. Pups have never been branded or handled at Graves Rocks previously. The rocks are gradually sloping and do not have large cracks. This was a very good site for branding pups. Only 50 pups were branded at Graves Rocks in one day of work as per an earlier agreement with the Park Service. However, more pups were present and available on the rock. Interestingly, this was the only rookery site where no pup carcasses of any condition were seen.

## Methods

At each site a small group of four or five biologists surveyed the rock from a skiff to plan the best way to approach, herd and corral pups for branding. The adults were slowly moved off the rocks and the pups were rounded up and held with a combination of natural obstacles, snow fencing, and human presence. Each pup was captured by hand with a small net, sexed and weighed. The pups were then carried to a branding station set up with two veterinarian/anesthetists and one brander. The pups were anesthetized with isoflurane by placing a small cone over the nose. Each pup was measured (standard length and axillary girth) tagged (Lowrie Island only) and a tissue sample was collected from the rear flipper for genetic studies. Additionally, any unusual marks or injuries were noted and if possible, sampled for pathology. Approximately 65% of the pups had blood collected from the caudal gluteal vein for health and condition indices, collaborative research, and archival (Table 1). Pups were released back onto the rock.

Pups less than 20 kg. or with an umbilicus still attached were weighed, sexed, and marked with white paint, then released without anesthetizing or branding. Acknowledging that this biases the sample of pups handled, we chose not to handle small, very young pups as they were considered to be the most vulnerable to injury or long periods of disturbance and thus the most likely to result in a lethal take. Small pups were marked with white paint in order to avoid re-capture during the branding operation and to assist observers (on Lowrie Island) in recording sightings of the pups after branding.

## Results

The number of pups, measurements and samples collected are summarized in Table 1. Five days of branding were conducted during this trip. A total of 332 pups were handled, 317 were branded and had genetic samples taken, 207 blood samples were taken, 12 pups were released with minimal handling and three mortalities were recorded (Table 1). Complete necropsies were conducted on the three mortalities and three fresh carcasses found on the rocks. Causes of death were attributed to asphixiation (3), blunt trauma (1), starvation (1), and cervical dislocation (1). Organ samples were collected from all necropsied animals for archiving and distribution to SSLRI-funded researchers. Two additional carcasses were collected and frozen whole for future sampling.

Case 1:05-cv-01392-ESH    Document 22-6    Filed 03/10/2006    Page 13 of 14

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                    **Exhibit 10**

Resights of previously branded sea lions were recorded and are reported elsewhere (L. Jemison ADF&G pers. Comm.). Approximately 240 scats were collected (80 at each site) to supplement the 1,526 scats collected during the branding resight cruise. These were sent to the University of British Columbia for a long-term study of prey identification.

Flipper tags were attached to both front flippers of 80 pups branded at Lowrie Island, site 1A. Tags were only attached at Lowrie Island because it is the only site that has continuous observations through the summer. Tagging had two purposes; 1) By observing pups with brands and tags, we hope to get an estimate of tag loss during the first 2-3 months following tagging, and 2) the tags were brightly colored and placed on both sides so that they serve as a visual aid in locating branded pups on the rocks. This contributes to a greater sightability of the pups in the intensive study area.

In general, the branding work went well. Because of the lost day of branding due to weather, The total sample size was reduced by approximately 90. Pup size did not differ markedly at any area. It is unknown why the sex ratio was so skewed at Graves Rocks with over twice as many males handled as females. This was the only site where the majority of pups were caught by stalking individuals rather than herding as a group and it may simply reflect a difference in the escapement ability of the sexes rather than a random sample of the population.

Very few other marine mammals were noted during this trip. Eleven Humpback whales were seen bubble feeding on herring schooling near the surface adjacent to Lowrie Island on 27 June.

Lowrie Island Observations. As of 24 June, 2002 observers on Lowrie Island report that they have resighted 79/80 pups branded at site 1A and that 16/61 pups branded at Cape Horn Rocks had been seen on Lowrie Island.

Acknowledgements

Many thanks to Wade Loofbourrow and the crew of the R/V Medeia for a safe and successful trip. Thanks also to the Marine Mammal Center and Alaska Veterinary Pathology Services for providing anesthesia services.

Case 1:05-cv-01392-ESH  Document 22-6  Filed 03/10/2006  Page 14 of 14

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**          **Exhibit 10**

**App. I**. Aerial Survey route in Southeast Alaska

