Case 1:05-cv-01392-ESH   Document 22-7   Filed 03/10/2006   Page 1 of 10

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                **Exhibit 11**

**Civ. No. 05-1392 (ESH)**

**AR 348**

Case 1:05-cv-01392-ESH    Document 22-7    Filed 03/10/2006    Page 2 of 10

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**                    **Exhibit 11**

Trip Report
Steller Sea Lion Pup Branding, 2003
Hazy Islands, Cape Horn Rocks, Lowrie Island, North Rocks
25 June – 5 July 2003

James King
and
Tom Gelatt
Alaska Dept. of Fish & Game
525 W. 67th Ave
Anchorage, AK 99518

Personnel: James King, Lorrie Rea, Carrie Beck, Ken Pitcher, Greg Snedgen, Kim Raum-Suryan, Bob Small, Bill Taylor, Eric Schoen, Kevin White, Chris Curgus, Jamie Womble, Craig Flatten, Mike Rehberg, (ADF&G). Kathy Burek (AVPS), Bob Braun, Bryan Murphie (WA.Game & Fish), Megan Lambert (Tex A&M), Charlie Stinchcomb (SWFSC), Dom Tollit (UBC).

Vessel: ADF&G vessel R/V Medeia; Capt. Wade Loofbourrow, Crew: Rick Gottwald, Bob Frampton, and Linda Mancuso.

**Introduction**

The Steller sea lion program at ADF&G recently completed a pup-branding trip in Southeast Alaska. This work was part of the ongoing research designed to collect basic life history data and mark a large sample of animals for future observation. Concurrent with this work a crew of biologists was surveying all haul outs and rookeries in Southeast Alaska for sea lions branded in previous years. Six of these Biologists assisted in Branding at the Hazy Islands, and four biologists working at a field camp on Lowrie Island assisted with branding at Lowrie Island, North Rocks and Cape Horn Rocks. The timing of the branding was chosen to maintain consistency with previous branding dates. Four sites were chosen for branding within the Hazy Islands and the Forrester Island Complex.

**Hazy Islands** (Grassy Island) (55.86N 134.58W). The Hazy Islands are made of several Islands. Two of these islands are used as rookeries (Grassy and Hazy). Branding was conducted on Grassy Island on two days both in the same area on the North East side of Island. This was the same location where branding was conducted by ADF&G in July of 2001.

Three Locations were selected in the **Forrester Island Complex** which lies west of Dall Island on the North East side of Dixon Entrance.

**Lowrie Island,** which has two main rookery sites (Area 1A and 5) both having 200-250 pups at the time of Branding. Branding was conducted at **Area 1A** (54.86N 133.54W), which was the

Case 1:05-cv-01392-ESH    Document 22-7    Filed 03/10/2006    Page 3 of 10

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**    **Exhibit 11**

only site branded in 2001, 2002, and 2003. Area 5 was branded in 2001 but has not been visited at since. Although ADF&G is no longer conducting a study of branded pup mortality and branding disturbances at Lowrie Island, Several on-going studies are being conducted at Lowrie Island, which offer opportunities for resighting of the branded pups. Four biologists with ADF&G and Colorado State University have been at Lowrie since May of 2003 conducting research on early pup mortality and one biologist has been conducting brand resights for ADF&G since May as well. The University of British Columbia was also conducting research on the disturbances caused by branding at Lowrie Island. This factor played a major role in our decision to brand at Lowrie Island for a third year.

**Cape Horn Rocks** (54.85N 133.55W). This was the second year in a row that branding was conducted on the Eastern side of Cape Horn Rocks. The Eastern side of the Rookery is a large slab of rock and once again served as a very good location for branding.

**North Rocks** (54.87N 133.56W). North Rocks contains the highest density of all the rookeries in South East Alaska. An estimated 1000 pups are born there every year. Due to the often-rough weather, this was the first time pups at North Rocks had been branded since renewing the branding program at ADF&G in 2001. When possible to land at North Rocks it offers some of the best opportunities for branding in SE Alaska. The island itself is relatively flat; however there is a large depression in the center of the Island with few cracks and crevasses offering an excellent place to safely move pups in a large open natural setting. The topography of the Island also makes it possible to work small areas while not disturbing the entire rookery. Because of this we were able to work at North Rocks on two days.

**Methods**
At each site a small group of four or five biologists surveyed the rock from a skiff to plan the best way to approach, herd and move pups for branding. Once a location was chosen, the adults were slowly moved off the rocks and the pups were rounded up and held with a combination of natural obstacles, snow fencing, and human presence. It was possible to put a large number of the adult animals into the water by approaching from the skiff and causing the initial disturbance while in the skiff by making noise and attracting attention. This allowed us to control the rate that animals entered the water i.e. how fast and how many animals move into the water, thereby permitting a slower movement of the sea lions. By moving the adults slowly this also allows the pups time to move away from the water reducing the number of pups that went into the water when people moved onto the rock. Once it was felt that pups had moved away from the water and that a large stampede would not occur people moved onto the rock and an initial area was completely disturbed and cleared of animals. These four to five biologists we later learned could wait in the area and began to set up and make a general plan. Once a second load of people and gear had been brought to the rock several individuals were now able to move pups. After the first day of branding the protocol was modified such that fencing was only used to prevent pups from being pushed into cracks or pools. Otherwise animals not in nets were not corralled or contained in any way, and free to move. We found that if the branding operation was set up in relative seclusion and animals being released were done so in a place and a way as to not scare unbranded pups, the unbranded pups would remain relatively close and undisturbed until roundups were conducted. During each roundup fifteen to twenty pups were captured by hand with small nets and held until branding was to begin on that animal. These pups were watched

Case 1:05-cv-01392-ESH   Document 22-7   Filed 03/10/2006   Page 4 of 10

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                Exhibit 11

by two to five people at all times to insure the safety of the animals. Once ready the pups were sexed and weighed. The pups were then carried to a branding station set up with two veterinarian/anesthetists and one brander. The pups were anesthetized with isoflurane by placing a small cone over the nose. Each pup was measured (standard length and axillary girth) and a tissue sample was collected from the rear flipper for genetic studies. Additionally, any unusual marks or injuries were noted and if possible, sampled for pathology. Blood samples were collected from 75 animals in order to assess the general health and condition of the pups. Eleven pups had ingested milk, blubber, and vibrissae samples collected as part of a validation study for fatty acid and stable isotope methods for identifying diet in older animals. Several different swabs were collected from a subset of the pups for culture and analysis. Oral and rectal swabs for bacterial culture were collected as part of a project with AVPS to describe the bacterial flora and determine if there are significant pathogens present. Nasal, oral, rectal and lesional swabs were collected for virus culture and PCR (genetic analysis). This is part of an attempt to look at the cause of very common oral, flipper, perineal and preputial ulcers. Forty-six animals also had feces collected in formualin for hookworm egg counts. This is part of an additional project with AVPS to determine the hookworm loads and potential pathogenic effects, these animals were a subset of the animals that had blood collected to determine if there were significant changes in hematology (Table 1.)

Pups less than 20 kg. or with an umbilicus still attached were weighed, sexed, tagged, and then released without anesthetizing or branding. Acknowledging that this biases the sample of pups handled, we chose not to handle small, very young pups as they were considered to be the most vulnerable to injury or long periods of disturbance and thus the most likely to result in a lethal take. Small pups were marked with yellow All-Flex® ear tags in both front flippers in order to avoid re-capture during the branding operation and to assist observers in recording sightings of these pups after branding.

**Results**

The number of pups, measurements and samples collected are summarized in Table 1. Six days of branding were conducted during this trip. A total of 417 pups were handled, 392 were branded and had genetic samples, and pictures of brand and right and left forflippers taken. Twenty-five pups were tagged only, and seven mortalities were recorded (Table 1). Complete necropsies were conducted on the seven mortalities and four fresh carcasses found on the rocks. Causes of death were attributed to asphyxiation and terminal aspiration (5); aspiration of milk and asphyxiation post anesthesia (1); fulminant pulmonary edema caused by asphyxiation of cesspool (1). Organ samples were collected from all necropsies animals for archiving and distribution to SSLRI-funded researchers. Approximately 19% (75 of 392) of the pups had blood collected from the caudal gluteal vein for health and condition indices, collaborative research, and archival (Table 1.). Eleven pups also had blubber, milk and vibrissae taken while under anesthesia. Oral, rectal, nasal, and/or lesional swabs were collected from 35 animals (Table1.).

Approximately 240 scats were collected (60 at each site) to supplement the scats collected during the branding resight cruise. These were sent to the University of British Columbia for a long-term study of prey identification.

Case 1:05-cv-01392-ESH    Document 22-7    Filed 03/10/2006    Page 5 of 10

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                    Exhibit 11

In general, the branding work went well. After the first day of branding and the six mortalities several changes were made to our technique. Instead of corralling pups and holding animals with snow fence and people we decided to round up 15-20 pups, brand those animals and than capture 15-20 more. This new method for ADF&G was much safer for the pups and in general caused no more disturbance (as was previously thought) than corralling all the pups into a general area. Although this requires more effort and forethought than just corralling pups due to the terrain in SE Alaska, we believed it to have been highly successful and a prudent measure to help insure the safety of the animals on future branding trips.

Acknowledgements

Many thanks to Wade Loofbourrow and the crew of the R/V Medeia for a safe and successful trip. This branding trip could not have gone as well as it did without the dedication and hard work of everyone involved. The first day could have caused one of our most important projects to stop. However, the fact that 371 animals were branded after the initial loss of animals and only one additional mortality attests to the amount of effort and care that was put forth by the entire group. Thank you to all individuals listed above for the hard work and long hours.

Case 1:05-cv-01392-ESH    Document 22-7    Filed 03/10/2006    Page 6 of 10

**Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.**    **Exhibit 11**

Table 1. Steller sea lion pup branding locations and data from Southeast Alaska, June 25-July 5, 2003.

| n | | Pups Branded | Mn Weight (kg) | Mn Length (cm) | Mn Girth (cm) | Tagged <20 kg | Genetic Samples | Blood Samples | Milk Samples | Blubber Samples | Vibrasse Samples | Fecal Samples | Swab Samples |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hazy Islands | | | | | | | | | | | | | |
| Grassy Island | | | | | | | | | | | | | |
| | females | 44 | 24.5 | 98.0 | 69.2 | 6 | 44 | 20 | 0 | 0 | 0 | 11 | 2 |
| | males | 56 | 29.0 | 102.4 | 73.7 | 3 | 56 | 14 | 0 | 0 | 0 | 9 | 2 |
| | unknown | 1 | 24.0 | 102.0 | 67.0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Forrester Island Complex | | | | | | | | | | | | | |
| Cape Horn Rocks | | | | | | | | | | | | | |
| | females | 37 | 24.8 | 99.8 | 71.4 | 7 | 38 | 5 | 0 | 0 | 0 | 3 | 10 |
| | males | 47 | 28.5 | 103.7 | 73.0 | 1 | 47 | 7 | 0 | 0 | 0 | 8 | 10 |
| Lowrie Island - 1A | | | | | | | | | | | | | |
| | females | 18 | 25.4 | 99.8 | 68.1 | 1 | 18 | 3 | 3 | 3 | 3 | 0 | 0 |
| | males | 39 | 31.3 | 105.7 | 73.6 | 1 | 39 | 5 | 5 | 5 | 5 | 0 | 0 |
| North Rocks (Eastern Side) | | | | | | | | | | | | | |
| | females | 32 | 24.7 | 99.0 | 67.6 | 3 | 32 | 10 | 1 | 1 | 1 | 2 | 2 |
| | males | 60 | 28.3 | 101.9 | 70.4 | 1 | 60 | 10 | 2 | 2 | 2 | 4 | 6 |
| North Rocks (North End) | | | | | | | | | | | | | |
| | females | 18 | 24.2 | 98.2 | 66.3 | 1 | 18 | 0 | 0 | 0 | 0 | 0 | 0 |
| | males | 40 | 28.7 | 101.9 | 70.1 | 1 | 40 | 0 | 0 | 0 | 0 | 0 | 0 |
| T... | | 392 | 27.3 | 101.4 | 70.9 | 25 | 393 | 75 | 11 | 11 | 11 | 37 | 32 |

| ...alities | 7 |
|---|---|
| Carcasses collected | 4 |
| Necropsies completed | 11 |

Case 1:05-cv-01392-ESH    Document 22-7    Filed 03/10/2006    Page 7 of 10

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                Exhibit 11

# STATE OF ALASKA

FRANK H MURKOWSKI,
GOVERNOR

## DEPARTMENT OF FISH AND GAME

### DIVISION OF WILDLIFE CONSERVATION

525 W. 67th Ave
Anchorage, AK  99518-1599
PHONE: (907) 267-2182
FAX: (907) 267-2433

www.state.ak.us/adfg

Steve Leathery
Chief, Permits, Conservation and Education Division
Office of Protected Resources
NMFS

Dear Steve,

As you know our Steller sea lion research program recently completed the annual pup branding in Southeast Alaska. During this work 7 pup mortalities occurred that are being claimed as lethal takes in our permit No. 358-1564-04. This letter serves as the written description of those mortalities as directed by Research Condition 'B'. Also, I have included a letter written by Dr. Kathy Burek describing the necropsies, cause of death, and eventual outcomes of the carcasses.

On June 27th, our crew began branding at a site in the Hazy Islands where we had worked previously in 2001. The pups were rounded up using our normal protocol of moving the adults off the rocks and herding up a small group of pups to be sequestered until branding. The pups were held in an area that allowed for easy observation and was free of cracks. However, recent rains had filled a depression in the rocks to an unknown depth and the pups moved through the puddle. Soon after the roundup, one pup was seen not moving in the puddle and retrieved. Attempts to resuscitate were not successful. Three people were assigned to watch the group of pups and to begin draining the puddle. After approximately two hours a branded pup was released and failed to recover from anesthesia. This pup could not be resuscitated. At approximately the same time a motionless pup was seen at the bottom of the puddle. The puddle was then searched entirely and three additional carcasses were found. All five pups found in the puddle died of asphyxiation and terminal aspiration and appeared to have died at approximately the same time. As noted by Dr. Burek, the branded pup "..died of aspiration of milk and asphyxiation post anesthesia" but it also had other chronic problems that likely led to its failure to recover.

After the discovery of the pups in the puddle, all branding activities were canceled for the day. The remaining pups were released, and the branded pups were observed until they had recovered. Additionally, the pup carcasses were collected for samples. Jamie King, the crew leader for that project contacted NMFS SSL permit coordinator Shane Capron that evening and reported the takes. Shane indicated that it was appropriate to continue the branding work as long as there were not 10 mortalities. Jamie also spoke with me that evening and we discussed two major changes in the protocol to avoid another problem. There would be no more round up of pups but rather pups would be caught individually on an as-needed basis and if any pup was held in a natural corral the researchers would

1

Case 1:05-cv-01392-ESH    Document 22-7    Filed 03/10/2006    Page 8 of 10

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                           Exhibit 11

ensure that there was no standing water in the area. This method proved successful and 78 pups were branded in the same area the next day.

On July 2nd, during the 5th day of branding a pup was found dead at Lowrie Island after the adults were moved off the site. Cause of death was ruled as pulmonary edema most likely, but not certainly, caused by the pup ingesting fluid while at the bottom of a pile up of pups. Branding continued for a few more hours but was called early and Shane was again phoned.

A total of 417 pups were handled and 392 branded during this work. The lost of 7 pups can be attributed to the most common problem faced on a rookery, the tendency for pups to pile up on each other when frightened. When this happens around even small pools of water with zero visibility it is impossible to know if a pup is in the pool without draining it. When it occurs while pups are being herded, a pup can suffocate within seconds. By modifying our protocol after the first day I feel that we were able to avoid this problem as much as possible. The seventh pup lost was an almost unavoidable accident as it likely occurred before people were even on the island. However, we continue to make a special effort to approach an area slowly to allow both the adults and pups sufficient time to move.

Pup branding continues to be the most difficult and productive work that we do. The data collected during this work is vast and shared among numerous scientists. Each carcass was utilized to the fullest extent and collectively will serve as the primary sample for some SSLRI-funded projects. We are continuing to learn about the safest, most efficient way to conduct this research.

Please feel free to contact me if you require any additional information pertaining to this work. A full report of the branding work will be distributed within the next couple weeks.

Sincerely,


Tom Gelatt
Principal Investigator

Enclosure: Pup Necropsy Reports

2

Case 1:05-cv-01392-ESH    Document 22-7    Filed 03/10/2006    Page 9 of 10

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                    Exhibit 11



## Alaska Veterinary Pathology Services

Kathy Burek, D.V.M., M.S.
Diplomate, A.C.V.P.

P.O. Box 773072
Eagle River, AK  99577-3072
(907) 696-3704
FAX (907) 696-3706

August 21, 2003

Tom Gelatt, PhD
ADF&G Div of Wild Cons, MM section
525 W. 67th Ave
Anchorage, AK  99518

Dear Tom:

During the Steller sea lion branding trip June 22th through July 5th 2003, there were 7 branding related mortalities of pups.  The first six occurred on the first day of branding, July 27th, 2003.  Shortly after the first "pup roundup" in which a large number of pups were gathered and held in one place, an animal was found in a cess pool not breathing around 10:15am.  He could not be resuscitated.  This was labeled as Hazy-1-2003.  Four more animals were found dead in the same large cess pool a couple of hours after the initial round up of pups after some of the material had been pumped out of the pool.  The initial round up had occurred at approximately 10:00 / 15 am and these four animals were found around 12:15 / 30. These animals all had similar degrees of rigor mortis and also a similar degree to the pup initially found immediately after the round up indicating they had all died within a similar period of time.  These pups were labeled Hazy-2-2003 through Hazy-5-2003.  On necropsy, these animals all had aspirated cell-pool material in the trachea and bronchi, some had minor trauma to head.  Cause of death is considered to be asphixiation and terminal aspiration. Some of these had minor ulcerative viral lesions considered to be incidental. Several other lesions considered to be incidental include minor organ pallor, lice, and some possible areas of parasite migration tracts in the liver.  For the final mortality on this day, after an uneventful anesthesia and branding, SSLH319SE03 was taken to the recovery site. When she was later checked on, she was not breathing.  During resuscitation attempts respirations were recovered, however she then vomited and aspirated large quantities of milk and could not be resuscitated again. This occurred at 12:30. On necropsy of this animal, the proximate cause of death was aspiration of milk and asphixiation post anesthesia.  However, there did appear to be some preexisting conditions including a possible viral pneumonia and relatively severe ulcerative dermatitis (also most likely viral).  An enlarged spleen (splenomegaly) and enlarged lymph nodes were also further evidence of systemic infection. The animal was also borderline anemic (HCT = 25).  Complete histopathology, viral culture of the skin and lung lesions as well as hookworm counts are underway to confirm these diagnoses.

Case 1:05-cv-01392-ESH    Document 22-7    Filed 03/10/2006    Page 10 of 10

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.          Exhibit 11

After these mortalities some of the methods of capture and anesthesia were changed to help prevent further related mortalities. Animals were no longer collected and held in large numbers, reducing the chances of pile-ups and drownings. Animals were held at the anesthesia table until they developed a swallow reflex to reduce chances of post anesthetic complications.

The last mortality thought to be branding related occurred at Lowry 1A on 7/2/03. This animal was found dead on a ledge above a small pool of cell material at around 10:30/11:00. The first capture of animals had been at approximately 7:30am and during this capture, animals had had a small pile-up in the shallow cesspool. When found, this animal was extremely fresh and had early rigor mortis most prominent to the head and neck similar to our other cases which were found a couple of hours post mortem. On necropsy, this animal had frothy brown tinged (cell-pool) material within the trachea and bronchi. There was also a large amount of red-tinged fluid within the pleural cavity and marked interlobular edema in the lungs. This pleural fluid, interlobular edema and the frothiness of the material in the trachea indicates acute pulmonary edema. The most likely scenario is that this animal had aspirated a significant amount of cess pool material during the round up. It lived long enough to develop fulminant pulmonary edema and then died. In cases of aspiration of very acidic stomach contents, the aspirated material is so caustic that there is massive damage of the epithelial cells lining the lung, and fulminant pulmonary edema develops extremely rapidly. Typically, the animal dies even before development of inflammatory changes. I suspect that the cesspool material, being a combination of feces and urine would be similarly caustic. I cannot absolutely rule out that this animal did not have preexisting pulmonary edema and died as a result of the added stress of the round up, but this seems rather unlikely considering the presence of cess pool material in the trachea and acuteness of the lesion. This animal also had viral lesions on proximal hind limbs and large quantities of milk draining from the mouth and nose. Otherwise it was in excellent body condition. Histopathology and analysis of viral samples (skin and lung) are pending.

Extensive samples were collected from these animals including fresh lymph nodes (2) for immunology work, fresh liver for cyt P450 (2), AMMTAP samples (4), extensive archive samples, toxicology samples, samples for John Wise and complete set of tissue in formalin for histopathology from all of them. Feces were collected for bacteriology work, virology and parasite egg counts. Intestinal tracts were collected for adults hookworm counts and adult hookworms were collected in alcohol for genetic analysis. Tables of exact samples taken and their distribution/storage conditions will be listed in the full necropsy reports to be submitted later. Fresh samples for cell culture work were collected from the last animal and were shipped to Dr. J. Wise.

Four other necropsies were performed on found dead animals. These mortalities were not related to branding activities and full reports will be submitted with the trip report.

Sincerely,

Kathy Burek,

D.V.M., M.S., diplomate A.C.V.P.