# Civ. No. 05-1392 (ESH)

# AR 130

Case 1:05-cv-01392-ESH   Document 22-8   Filed 03/10/2006   Page 2 of 4

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                    Exhibit 12

**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
Silver Spring, MD 20910

MAR 16 2004

Randall W. Davis, Ph.D.
Department of Marine Biology
Texas A&M University
5007 Avenue U
Galveston, Texas 77551

Dear Dr. Davis:

Thank you for the annual report submitted pursuant to Condition D. of Permit No. 800-1664-01. We especially appreciate the detailed description of the age, date/time/location of capture, total handling time, and type of tags applied to individual animals in Table 2. We also appreciate the narrative of your methods, which briefly outlined how animals were captured and handled. Unfortunately, a comparison of your annual report with the terms and conditions of Permit No. 800-1664-01 revealed some discrepancies that are of concern.

First, it appears that 11 of the 15 animals captured were less than one year old. As explicitly stated in Table 1 of Permit No. 800-1664-01, the permit specifically authorizes only capture of adult female Steller sea lions and juveniles equal to or greater than one year of age. While we appreciate your honesty, the capture and handling of young of the year Steller sea lions, which are less than one year old, is not authorized under Permit No. 800-1664-01. If you need authority to capture and handle this age class of Steller seal lions, you must submit a written request for an amendment to your permit. This request must explain how such an amendment fits within the objectives of your research and, more importantly, how the results of such a study would contribute to the recovery of Steller sea lions.

Second, Condition B.2.f of Permit No. 800-1664-01 requires that you terminate research at the end of a permit year – December 31 – and request reauthorization prior to continuation of research. You had not requested nor received annual reauthorization prior to conducting the research cruise that took place between January 9-16, 2004. Again, we appreciate your honesty in reporting this activity. However, we encourage you to read your permit carefully before embarking on any future research activities to ensure you and all personnel involved in the research are operating within the terms and conditions of your permit.

Third, it appears Valium was given to one animal to subdue it. The application you submitted for a scientific research permit did not request such use of Valium; hence it is not authorized under Permit No. 800-1664-01. Perhaps it was administered under authority of a permit held by someone with whom you were collaborating? If you anticipate needing to use Valium to chemically sedate animals captured under Permit No. 800-1664 in the future, you must submit a written request for this amendment of your permit.

G\Pr1\Active Permits\Scientific Research\RDavis (800_821-\800-1664\800-1664-01_annualreauth.doc

 Printed

CC: chron, PHF, Brix (F/AKR) with copy of report



Case 1:05-cv-01392-ESH    Document 22-8    Filed 03/10/2006    Page 3 of 4

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                Exhibit 12

Finally, you report having used neoprene cement or black hair dye to place an ID number on the fur of captured animals prior to their release. This protocol was not included in your application for a scientific research permit, nor is it currently authorized under Permit No. 800-1664-01. Permit No. 900-1664-01 authorizes marking of animals using either flipper tags or by hot-iron branding. You indicated in your application that these permanent or semi-permanent methods of marking would be applied to all animals captured for their future identification by your or other researchers. You further stated "Although not an essential part of our research, we concur with NMFS that once an animal is captured and you have its vital statistics (e.g., sex, location, blood variables, health status), it is of scientific interest to be able to identify it again." While we do not explicitly object to less intrusive methods of marking endangered species whenever it is compatible with the study design, it is not clear why you did not mark the animals you captured in a way that would make them identifiable to other researchers. Further, if you intend to use these temporary marking methods in the future, you must submit a written request to amend your permit.

We have forwarded a copy of this letter and your annual report to National Marine Fisheries Service (NMFS) Office of Law Enforcement and the NMFS Alaska Regional Office. You may be contacted by an enforcement agent for more information regarding this matter.

There were a number of other issues in your annual report that require clarification. Please review the attached questions and respond as soon as possible. You may submit your responses via email, facsimile (301-713-2289), or regular mail.

Although we are concerned by what appears to be a lack of compliance with the terms and conditions of Permit No. 800-1664-01, we do appreciate your honesty in reporting the activities you conducted. We therefore hereby grant authorization to continue research activities on Steller sea lions through December 31, 2004. Please note that, pursuant to Research Condition B.2.f, authorization for continuation of research in 2004 does not in any way guarantee or imply that NMFS will authorize subsequent years' activities. We again caution you to read your permit carefully prior to undertaking any future research activities to ensure that you, your co-investigators and research assistants understand what is authorized and comply with the terms and conditions of the permit. If you have any questions, please contact me or Dr. Tammy Adams at 301/713-2289.

Sincerely,

Stephen L. Leathery
Chief, Permits, Conservation and
  Education Division
Office of Protected Resources

Attachment

cc: Kaja Brix, F/AKR

2

Case 1:05-cv-01392-ESH    Document 22-8    Filed 03/10/2006    Page 4 of 4

Fed. Defs.' Reply in Supp. of Cross-Mot. for Summ. Jdmt.                           Exhibit 12

Attachment: Questions regarding 2003 annual report for Permit No. 800-1664-01

1. The report indicates that blood, fecal, and blubber samples were taken by the Alaska SeaLife Center (ASLC) for general health assessment studies. While the collection of such samples is authorized under Permit No. 800-1664-01 to fulfill the objectives stated in your application, it is not clear whether they were given to ASLC, who has their own permit and objectives for collection of such samples, or whether ASLC personnel simply collected the samples for you. Please clarify who took possession of the samples and for what study they were collected.

2. The report indicates that you and your research assistants attached all tags and that ASLC technicians collected tissue samples. Appendix A of Permit No. 800-1664-01 outlines the information to be included in an annual report, including the number of personnel involved and an explanation of the function of each individual. In addition, Condition B.2.b.(8) of Permit No. 800-1664-01 requires that you "Ensure that an experienced marine mammal veterinarian is present to carry out or provide direct on-site supervision of all activities involving use of anesthesia." Please provide the names of and duties performed by all personnel involved in the research activities reported for the cruises that took place in February and March 2003, and January 2004.

3. You indicated that numbers were painted onto the fur of animals using neoprene cement or black hair dye. Please explain why you used this temporary method of marking and did not attach a flipper tag or hot-iron brand the animals for future identification as indicated in your application?

4. In the Results section of the annual report you indicate that some animals fled into the water when boats approached their haulout sites. However, the report does not enumerate how many animals were harassed in this manner by date or location. Please provide an account of the number of sea lions taken by incidental harassment at each location/date.

5. You indicated that you have presented data resulting from your research on Steller sea lions at several conferences/symposia. Please send a copy of the abstracts for these presentation to be included in your permit file.