UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-1392 (ESH) |
| v. | ) ) | |
| CARLOS GUTIERREZ, *et al*., | ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO RESPOND TO DEFENDANTS' NEWLY ISSUED BIOLOGICAL OPINION

Plaintiffs respectfully request leave to file a Sur-Reply in further opposition to Defendants' Cross-Motion for Summary Judgment. A sur-reply is warranted because Defendants submit for the first time in their Reply Brief filed with this Court on March 10, 2006, a revised Biological Opinion ("BiOp") for the Court's consideration. As Plaintiffs have not yet had an opportunity to respond to the new BiOp, Plaintiffs respectfully move for leave to file a short sur-reply in order to file appropriate objections and to respond fully to this new evidence. Counsel for Plaintiffs left a voicemail for Defendants' counsel on Thursday, March 16, 2006, pursuant to LCvR 7(m), and received a call from Defendants' counsel on Monday, March 20, 2006. Defendants' counsel stated that they will oppose the motion.

A party generally is given leave to file a sur-reply if new issues are raised in a reply that the party has not had the opportunity to address. *See, e.g., Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001) (holding that "[t]he standard for granting a leave to file a sur-reply is whether the party making the motion would be unable to contest matters presented to the court

for the first time in the opposing party's reply"). In this case, Defendants attempt to supplant their 2005 BiOp – and, by implication, the Administrative Record in this case – with the BiOp filed with the Court on March 10, 2006. Plaintiffs' Endangered Species Act ("ESA") claim relates specifically to the 2005 BiOp, the inadequacies of which Defendants now argue have been remedied in the recently filed BiOp. Because Defendants present their revised BiOp for the first time in their Reply, and argue that Plaintiffs' ESA claims are now moot based on the revised BiOp, Plaintiffs should be afforded an opportunity to respond in a sur-reply.

DATED:    March 20, 2006

Respectfully Submitted,

   /s/ James R. Barrett              
LATHAM & WATKINS LLP
JAMES R. BARRETT (DC Bar No. 41674)
DAVID J. HAYES (DC Bar No. 252130)
SARA K. ORR (DC Bar No. 493765)
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200

KIMBERLY M. MCCORMICK
8363 Sumanee Place N.E.
Bainbridge Island, WA 98110

Counsel for Plaintiffs The Humane Society of the United States, Will Anderson and Sharon Young