# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )  Civil Action No. 05-1392 (ESH) |
| v. | )<br>)<br>) |
| CARLOS GUTIERREZ, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO RESPOND TO DEFENDANTS' NEWLY ISSUED BIOLOGICAL OPINION

This matter is before the Court on Plaintiffs' Motion for Leave to File a Sur-Reply to Respond to Defendants' Newly Issued Biological Opinion. Upon consideration of the motion, any response thereto, and the entire record in the case, it is hereby ORDERED that Plaintiffs' motion is granted. Plaintiffs shall have until Monday, March 27, 2006, to file a sur-reply in further opposition to Defendants' Cross-Motion for Summary Judgment.

SO ORDERED.

DATED:_____                    _____
                                             Ellen S. Huvelle
                                             United States District Judge