SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney (DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| CARLOS M. GUTIERREZ, et al., | ) ) |
| Defendants. | ) |

Civ. No. 05-1392

**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR LEAVE TO FILE A SUR-REPLY TO RESPOND TO DEFENDANTS'
NEWLY ISSUED BIOLOGICAL OPINION**

Federal defendants (hereinafter collectively referred to as "NMFS") hereby respond to plaintiffs' request for leave to file a sur-reply in further opposition to NMFS' Cross-Motion for Summary Judgment (Doc. No. 24). Because plaintiffs had an opportunity to address in their opposition brief the issue of whether, as a result of the issuance of a new BiOp, their ESA claim would be moot, NMFS does not believe that a sur-reply is necessary in this case. However, NMFS would not oppose the filing of a sur-reply that was limited in scope, addressing only the jurisdictional mootness argument raised in NMFS' March 10, 2006, reply brief, and not the substance of the Revised BiOp.

The Revised BiOp was not before the agency decisionmaker, and is not part of the administrative record in this case. See Camp v. Pitts, 411 U.S. 138, 142 (1973). The Revised BiOp is relevant to the case – and was filed as an exhibit to NMFS' reply brief – solely to establish that NMFS has in fact issued a Revised BiOp which renders moot plaintiffs' ESA claim. In its reply memorandum (Doc. No. 22) (Def. Reply), NMFS did not address the merits of the Revised BiOp, but merely cited relevant portions of the document to illustrate that NMFS had reconsidered and revised the specific sections of the analysis challenged by plaintiffs, in support of its argument that plaintiffs' ESA claim is moot. Def. Reply at 6, 8-9. Thus, should the Court permit plaintiffs to file a sur-reply, NMFS respectfully requests that the sur-reply be limited in scope, and that plaintiffs be barred from addressing the merits of the Revised BiOp.

Respectfully submitted this 21st day of March, 2006

                SUE ELLEN WOOLRIDGE
                Assistant Attorney General
                JEAN E. WILLIAMS, Chief
                SETH M. BARSKY, Assistant Chief
                U.S. Department of Justice
                Environment and Natural Resources Division
                Wildlife and Marine Resources Section

                  /s/
                KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
                P.O. Box 7369
                Washington, D.C.  20044-7369
                Telephone: (202) 305-0210
                Facsimile: (202) 305-0275
                Kristen.Floom@usdoj.gov

                GREGORY PAGE, Trial Attorney
                (DC Bar No. 398121)
                U.S. Department of Justice
                Environment and Natural Resources Division
                General Litigation Section
                P.O. Box 663
                Washington, D.C.  20044-0663
                Telephone: (202) 305-0446
                Facsimile: (202) 305-0506
                Gregory.Page@usdoj.gov

<u>Of Counsel:</u>
Mary O'Brien
NOAA Office of General Counsel
for Fisheries
1315 East-West Highway
SSMC3 - Room 15111
Silver Spring, MD  20910

                *Attorneys for Defendants*