UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-1392 (ESH) |
| v. | ) ) | |
| CARLOS GUTIERREZ, *et al*., | ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO RESPOND TO DEFENDANTS' NEWLY ISSUED BIOLOGICAL OPINION**

This matter is before the Court on Plaintiffs' Motion for Leave to File a Sur-Reply to Respond to Defendants' Newly Issued Biological Opinion. Upon consideration of the motion, any response thereto, and the entire record in the case, it is hereby ORDERED that Plaintiffs' motion is granted.

SO ORDERED.

DATED:_____        _____
                                Ellen S. Huvelle
                                United States District Judge