IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, *et al.*, <br><br> Defendants. | ) <br> ) <br> )  Civil Action No. 05-1392 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Will Anderson, Sharon Young and The Humane Society of the United States wish to apprise this Court of a decision recently issued by the U.S. District Court for the Northern District of California in *Pacific Coast Federation of Fishermen's Ass'ns v. U.S. Bureau of Reclamation*, Civ. No. C02-2006, 2006 WL 798920, at *3-8 (N.D. Cal. March 27, 2006) (holding that after-the-fact "supplement" of an earlier biological opinion cannot cure an agency decision based on the prior, inadequate biological opinion).

This case is being brought to the Court's attention in further support of Plaintiffs' Motion for Summary Judgment in this matter.

Respectfully submitted,

Dated April 5, 2006

/s/ James R. Barrett
LATHAM & WATKINS
JAMES R. BARRETT (DC Bar No. 441674)
DAVID J. HAYES (DC Bar No. 252130)
SARA K. ORR (DC Bar No. 493765)
555 Eleventh Street, N.W.
Washington, DC 20004
Tel: (202) 637-2200

2

KIMBERLY MCCORMICK
8363 Sumanee Place N.E.
Bainbridge Island, WA  98110


Counsel for Plaintiffs The Humane Society of the
United States, Will Anderson and Sharon Young

2