## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE       )
UNITED STATES, *et al.*,        )
                                )
    Plaintiffs,             )    Civil Action No. 05-1392 (ESH)
                                )
v.                              )
                                )    **JOINT MOTION TO EXTEND THE**
CARLOS GUTIERREZ, *et al.*,     )    **FILING DATE FOR PLAINTIFFS'**
                                )    **APPLICATION FOR ATTORNEYS'**
    Defendants.             )    **FEES AND COSTS**
                                )

        The undersigned Parties, by and through their respective counsel, do hereby move this Court to extend the time for Plaintiffs' filing of their application for attorneys' fees and costs in the above-captioned matter. The Court issued and entered an order on May 26, 2006, granting Plaintiffs' Motion for Summary Judgment, and Plaintiffs intend to file an application for attorneys' fees and costs under both the Endangered Species Act, 16 U.S.C. § 1531 *et seq.* ("ESA"), and the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA").

        Under the ESA, the Federal Rules of Civil Procedure, and this Court's rules, Plaintiffs' application for attorneys' fees and costs under the ESA would be due within 14 days of the Court's entry of judgment, or on or before June 9, 2006. *See* 15 U.S.C. § 1540(g)(4) (2002); LCvR 54.2(a); Fed. R. Civ. P. 54(d)(2). Plaintiffs also intend to file an application for attorneys' fees and costs under the EAJA, which is due within 30 days of a final, non-appealable judgment. *See* 28 U.S.C. § 2412(d)(1)(B).

        Because Defendants may choose to appeal the Court's May 26, 2006, order, and because Plaintiffs and Defendants may independently reach an agreement on attorneys' fees and costs, the Parties believe that it would be in their best interests and those of the Court to extend

the time within which Plaintiffs would be required to submit an application for attorneys' fees and costs under the ESA. Such an extension of time also would permit Plaintiffs to file a single, consolidated application for attorneys' fees and costs under both the ESA and EAJA, thereby furthering the interests of judicial economy. The Court may grant this motion pursuant to LCvR 54.2(a), which provides that where, as here, the court has not entered an order regarding attorneys' fees, the parties may proceed with motions for attorneys' fees under Rule 54(d)(2) of the Federal Rules of Civil Procedure (FRCP), which provides that motions for attorneys' fees must be made within fourteen days of the entry of judgment, unless that timeframe is extended by statute or "order of the court." *See* Fed. R. Civ. P. 54(d)(2)(B).

For the foregoing reasons, the Parties respectfully move this Court to establish a date of August 24, 2006, as the deadline for Plaintiffs to file an application for attorneys' fees and costs with respect to the Court's May 26, 2006 order entered in this case.


DATED:      June 6, 2006

Respectfully Submitted By,

/s/ James R. Barrett
LATHAM & WATKINS LLP
JAMES R. BARRETT (DC Bar No. 441674)
DAVID J. HAYES (DC BAR No. 252130)
SARA K. Orr (DC Bar No. 493765
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
(202) 637-2000

KIMBERLY MCCORMICK
8363 Sumanee Place N.E.
Bainbridge Island, WA 98110

Counsel for Plaintiffs The Humane Society

Kristen Floom /sko
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources
Division, Wildlife and Marine Resources
Section

KRISTEN BYRNES FLOOM, Trial
Attorney (DC Bar No. 469615)
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0210

of the United States, Will Anderson and
Sharon Young

Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY DANIEL PAGE, Trial
Attorney (DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources
Division, General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

Of Counsel:
Mary O'Brien
NOAA Office of General Counsel
for Fisheries
1315 East-West Highway
SSMC3 - Room 15111
Silver Spring, MD 20910

Attorneys for Defendants