IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br><br>CARLOS GUTIERREZ, *et al.*,<br><br>            Defendants. | )<br>)<br>)   Civ. No. 05-1392 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND THE FILING DATE FOR PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS

Upon consideration of the Plaintiffs' and Defendants' Joint Motion to Extend the Filing Date for Plaintiffs' Application for Attorneys' Fees and Costs;

The Court hereby ORDERS that the filing date for Plaintiffs' Application for Attorneys' Fees and Costs is extended to August 24, 2006.

IT IS SO ORDERED.

Dated: _____, 2006

By: _____

Ellen Segal Huvelle

Judge for the United States District Court for the District of Columbia