SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

GREGORY PAGE, Trial Attorney (DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE ) <br> UNITED STATES, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CARLOS M. GUTIERREZ, <u>et al.</u>, ) <br> ) <br> Defendants. ) | Civ. No. 05-1392 |

**FIRST JOINT MOTION TO AMEND REMEDY**

Pursuant to a settlement framework that the Parties currently are negotiating, the Parties jointly move the Court to amend its May 26, 2006 Order for the limited purpose of allowing

one previously authorized population survey of adult Steller sea lions to be completed solely by aerial observation, between June 13 and June 30, 2006.  National Marine Fisheries Service scientists believe this aerial survey is an important part of a recorded history that includes similar population surveys completed at similar times in the past and that, therefore, the advantages to the Steller sea lion species of completing the survey within the strict time lines specified above substantially outweigh any effects on individual Steller sea lions.

The draft terms of the Parties' settlement framework are described in a memorandum attached as Exhibit A and incorporated into this joint motion.   Defendants' description of the activities  contemplated for inclusion in a settlement agreement is also attached as Attachment 1.  After the Parties complete their negotiations, they will (1) memorialize their settlement in a settlement agreement, and (2) submit the settlement agreement for the Court's approval, pursuant to a Second Joint Motion to Amend Remedy.

Respectfully submitted this 13th day of June, 2006

| | |
|---|---|
| /s/ James R. Barrett | SUE ELLEN WOOLDRIDGE |
| LATHAM & WATKINS LLP | JEAN E. WILLIAMS, Chief |
| JAMES R. BARRETT(DC Bar No. 441674) | SETH M. BARSKY, Assistant Chief |
| DAVID J. HAYES (DC Bar No. 252130) | U.S. Department of Justice |
| SARA K. ORR (DC Bar No. 493765) | Environment and Natural Resources 555 |
| Eleventh Street, N.W. | Division |
| Suite 1000 | Wildlife and Marine Resources Section |
| Washington, DC  20004-1304 | |
| (202) 637-2200 | |
| | /s/_____ |
| | KRISTEN BYRNES FLOOM, Trial Attorney |
| KIMBERLY MCCORMICK | (DC Bar No. 469615) |
| 8363 Sumanee Place N.E. | P.O. Box 7369 |
| Bainbridge Island, WA  98110 | Washington, D.C.  20044-7369 |
| | |
| Counsel for Plaintiffs the Humane Society | Telephone: (202) 305-0210 |

| | |
|---|---|
| of the United States, Will Anderson and Sharon Young | Facsimile: (202) 305-0275 |
| | Kristen.Floom@usdoj.gov |

GREGORY PAGE, Trial Attorney
(DC Bar No. 398121)
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0446
Facsimile: (202) 305-0506
Gregory.Page@usdoj.gov

<u>Of Counsel:</u>
Mary O'Brien
NOAA Office of General Counsel
for Fisheries
1315 East-West Highway
SSMC3 - Room 15111
Silver Spring, MD  20910

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.       )<br>)<br>)   Plaintiffs,   )<br>)<br>vs.   )<br>)<br>CARLOS M. GUTIERREZ, et al.,   )<br>)<br>   Defendants.   ) | Civ. No. 05-1392 |

## ORDER

Having reviewed the parties' First Joint Motion to Amend Remedy, the Court hereby grants it. Therefore, it is

**ORDERED** that the contested permits remain vacated, except for the limited purpose of allowing one previously authorized population survey of adult sea lions to be completed solely by aerial observation, between 13 and 30 June 2006.

Ellen S. Huvelle
U.S. District Judge