Table 1. Previously-authorized Steller sea lion research activities with no or low takes and disturbance. See the associated text for descriptions of activities outlined in the various permits held by the parties noted (NMML, National Marine Mammal Laboratory; ADFG, Alaska Department of Fish and Game; ASLC, Alaska SeaLife Center; NPUMMRC, North Pacific Universities Marine Mammal Research Consortium; AEB, Aleutians East Borough; ODFW, Oregon Department of Fish and Wildlife).

| Research activity | NMML | ADFG | ASLC | NPUMMRC | AEB | ODFW |
|---|---|---|---|---|---|---|
| **NO TAKE** | | | | | | |
| No-disturbance observations from land | X | X | | | | |
| No-disturbance operation of remote-controlled monitoring stations | | | X | | | X |
| **LOW TAKE, NON-INVASIVE** | | | | | | |
| Low-disturbance resights from boats | X | X | | X | | |
| Low-disturbance aerial survey counts | X | | | X | | |
| Low-disturbance observations from land | | | | X | X | |
| Low-disturbance maintenance of remote monitoring stations | | | X | X | | X |